**Exhibit 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BLUERIBBON COALITION, *Plaintiff,* v. MERRICK GARLAND, in his official capacity as Attorney General of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of the Interior; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; CHARLES F. SAMS III, in his official capacity as Director of the National Park Service; and, RANDY MOORE, in his official capacity as Chief of the United States Forest Service, *Defendants*. | Case No.: 4:23-cv-00505-DCN **Declaration of Lilly Suzanne Greenhalgh** |

I, Lilly Suzanne Greenhalgh, in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Realty Specialist and National Program Lead for the Bureau of Land Management (BLM), an agency of the Department of the Interior. I have been in this position for 3 years. In this capacity, I provide program oversight for the BLM's Commercial Filming Program on a national level. I also serve as the technical expert regarding aspects of the program, including the development or modification of manuals, handbooks, and other guidance as needed. In this position, I provide trainings and expert

1

advice concerning commercial filming permits across the BLM, including 12 State Offices and over 50 field offices.

2. I began working for the BLM in 1997 as a public contact representative at the Boise District Office, and later for the Boise State Office, in Boise, Idaho. During my 26-year BLM career, I have worked at every level of the BLM, including field, district, and state offices, and headquarters. I have held a variety of leadership positions within the Lands & Realty Program, including Supervisor, Assistant Field Manager, Section Chief, Program Lead/Manager, Project Manager, and Senior Realty Specialist. In all these positions, I was responsible for providing technical expertise regarding the BLM's commercial filming program.

3. I have reviewed the Plaintiff's complaint and the accompanying exhibits.

4. The purpose of this Declaration is to provide the Court with additional information in support of the Federal Defendants' response to Plaintiffs' Motion for Preliminary Injunction.

5. The BLM manages approximately 245 million acres of public land. In accordance with section 302(a) of the Federal Land Policy and Management Act, 43 U.S.C. § 1732(a), the BLM manages public land under the principles of multiple use and sustained yield, "except that where a tract of such public land has been dedicated to specific uses according to any other provisions of law," the BLM manages such lands in accordance with those laws.

6. Substantial portions of the approximately 245 million acres of public land managed by the BLM has been dedicated to specific uses by statutes, presidential proclamations, and other provisions of law.

7. The BLM does not designate certain portions of public land as public forums or non-public forums. However, the specific uses that certain public land has been dedicated to under statutes, presidential proclamations, and other provisions of law can be incompatible with such land being considered a public forum under the First Amendment.

8. A BLM-managed wilderness area is "an area of public lands that Congress has designated for BLM to manage as a component of the National Wilderness Preservation System in accordance with the Wilderness Act of 1964." 43 C.F.R. § 6301.3.

9. Unless otherwise provided by the BLM, the Wilderness Act, or the act of Congress designating the area as wilderness, BLM-managed wilderness areas are open to uses consistent with the preservation of their wilderness characteristics and their future use and enjoyment as wilderness. 43 C.F.R. § 6302.11. BLM-managed wilderness areas are generally closed to uses that are not consistent with the preservation of their wilderness characteristics, including, but not limited to, operating a commercial enterprise, building temporary or permanent roads, using motorized equipment, motor vehicles, or other forms of mechanical transport, or building, installing, erecting structures or installations. 43 C.F.R. § 6302.20.

10. As of February 2022, the BLM managed approximately 10,003,216 acres of Congressionally designated wilderness. This represents approximately 4 percent of the approximately 245 million acres of public lands managed by the BLM. A table detailing the amount of acreage in each wilderness area managed by the BLM as of February 2022 is available on the BLM website at https://www.blm.gov/sites/blm.gov/files/docs/2022-03/Wilderness_Web_Table_2022.pdf. Notably, the acreages of some wilderness areas

may change over time. Changes can occur when the BLM acquires State or private land; refines its geospatial data, which enables acreages to be calculated with greater precision; or conducts other routine activities, such as land exchanges.

11. Wilderness Study Areas (WSAs) are places that have wilderness characteristics; that is a minimum size, naturalness, and outstanding opportunities for recreation which make them eligible for designation as wilderness. In 1976, Congress directed the BLM to evaluate all of its land for the presence of wilderness characteristics, and identified areas became WSAs.  The establishment of a WSA served to identify areas for Congress to consider for addition to the National Wilderness Preservation System.

12. Section 603(c) of the Federal Land Policy and Management Act, 43 U.S.C. § 1782(c), directs the Secretary of the Interior, acting through the BLM, to manage WSAs in manner so as not to impair the suitability of such areas for preservation as wilderness until Congress makes a decision to add a WSA to the wilderness system or end consideration of a WSA for wilderness designation.

13. As of January 2023, the BLM managed approximately 11,118,496 acres of WSAs. This represents approximately 4.5 percent of the approximately 245 million acres of public lands managed by the BLM. A table detailing the amount of acreage in each WSA managed by the BLM as of January 2023 is available on the BLM website at https://www.blm.gov/sites/default/files/docs/2023-04/WSA_Q2_2023.pdf.

14. The BLM also manages 30 national monuments, 19 national conservation areas, and six similarly designated lands, including three outstanding natural areas, one cooperative management and protection area, and one forest reserve. These units are part of the National Landscape Conservation System, which was established by the Omnibus Public

Lands Management Act of 2009 (OPLMA) to "conserve, protect, and restore national significant landscapes that have outstanding cultural, ecological, and scientific values for the benefit of current and future generations." 16 U.S.C. § 7202(a). Units of the National Landscape Conservation System are established by Congress or presidential proclamation.

15. OPLMA directs the Secretary of the Interior, acting through the BLM, to manage units of the National Landscape Conservation System "in a manner that protects the values" for which the unit was designated. 16 U.S.C. § 7202(c).

16. As of August 2023, approximately 10,540,629 acres of BLM-managed public land is in located national monuments.

17. As of March 2023, approximately 4,325,208 acres of BLM-managed public land is located in national conservation areas and other similar designations.

18. Several national monuments, national conservation areas, and other similar designations contain wilderness areas and WSAs within their boundaries.

Executed this 15th Day of December 2023, in Redding, California.

LILLY GREENHALGH
Digitally signed by LILLY GREENHALGH
Date: 2023.12.15 13:14:25 -08'00'

Lilly Suzanne Greenhalgh

Senior Realty Specialist