

**Part 3**



# Related Areas

Touro Synagogue National Historic Site

The units in this section have been autho-rizeed by Congress and will be added as official System units when they fulfill the requirements of their enabling legislation.



**Samuel Colt Memorial Statue, Coltsville National Historical Park**

**Adams Memorial**
Washington, DC

This memorial will honor 2nd President John Adams and his legacy; his wife Abigail Smith Adams; their son 6th President John Quincy Adams; his wife Louisa Catherine Johnson Adams; their son Charles Francis Adams; and his son Henry Adams. They were all members of an illustrious family that enriched the Nation through their profound civic consciousness, abiding belief in the perfectibility of the Nation's democracy, and commitment to service and sacrifice for the common good.
Authorized Nov. 5, 2001.
*Acreage—undetermined.*

**Coltsville National Historical Park**
40 Huyshope Avenue, #331
Hartford, CT 06106

The result of the inspirational dreams of Samuel and Elizabeth Colt, Coltsville was an industrial village built both to produce the legendary Colt firearms, and to provide practical, spiritual, and recreational opportunities for armory workers. With Sam Colt's untimely passing in 1862, Elizabeth Colt, a successful business woman and philanthropist, ensured that the industrial empire flourished for 40 more years. Coltsville NHP encompasses the Colt armory complex and Colt estate, including the Colt's home Armsmear, Colt Park, the Church of the Good Shepard, and armory worker houses.
Authorized Dec. 19, 2014.
*Acreage—135.00, all Nonfederal.*

**Dwight D. Eisenhower Memorial**
Washington, DC

This will be a memorial to honor the 34th President Dwight D. Eisenhower, and his service as the Supreme Commander of the Allied Forces in Europe in World War II.
Authorized Jan. 10, 2002.
*Acreage—3.9, all Federal.*

**Harriet Tubman National Historical Park**
Auburn, NY

Acclaimed abolitionist and suffragist Harriet Tubman acquired this land from U.S. Senator William Henry Seward in 1859 and worked and resided here with her family from 1861 until her death in 1913. In 1903 she donated land to the A.M.E. Zion Church in Auburn for the establishment of a home "for aged and indigent colored people." Resources associated with the park include: the Harriet Tubman Home, the Home for the Aged, and the Thompson Memorial A.M.E. Zion Church and its parsonage.
Authorized Dec. 19, 2014.
*Acreage—31.5 as proposed, all Nonfederal.*

**Ronald Reagan Boyhood Home National Historic Site**
Dixon, IL

Born in Tampico, Illinois, on February 6, 1911, Ronald Reagan and his family moved many times during his childhood. In December 1920, when he was 9 years old, they rented a house on Hennepin Avenue in Dixon, Illinois. This modest house was Reagan's home from 1920 to 1924, the site of his earliest childhood memories, and a place he recalled with great fondness. The gable-roofed, two-story white frame house is a typical late 19th-century small-town American home.
Authorized Feb. 6, 2002.
*Acreage—1.01, all Nonfederal.*



In the Act of August 18, 1970, the National Park System was defined in law as "any area of land and water now or hereafter administered by the Secretary of the Interior through the National Park Service for park, monument, historic, parkway, recreational or other purposes." The same law specifically excludes "miscellaneous areas administered in connection therewith," that is, those properties that are neither federally owned nor directly administered by the National Park Service but that the National Park Service assists.

The Affiliated Areas comprise a variety of locations in the United States and Canada that preserve significant properties outside the National Park System. Some of these have been recognized by Acts of Congress, others have been designated national historic sites by the Secretary of the Interior under authority of the Historic Sites Act of 1935. All draw on technical or financial aid from the National Park Service.



**Roosevelt Campobello International Park**

118

**Aleutian World War II National Historic Area**
Ounalashka Corporation
PO Box 149
Unalaska, AK 99685
www.nps.gov/aleu

This area preserves lands owned by the Ounalashka Corporation on the island of Amaknak. It provides for the interpretation of the unique and significant circumstances involving the history of the Aleut people and the role the Aleut people and the Aleutian Islands played in the defense of the United States in World War II.
Designated Nov. 12, 1996.
*Acreage—134.94, all Nonfederal.*

**American Memorial Park**
PO Box 5189 CHRB
Saipan, MP 96950
www.nps.gov/amme

This site on the island of Saipan in the Northern Mariana Islands was created as a living memorial honoring the sacrifices made during the Marianas Campaign of World War II. Recreational facilities, a World War II museum, and a flag monument keep alive the memory of over 4,000 U.S. military personnel and local islanders who died in June 1944.
Authorized Aug. 18, 1978.
*Acreage—133.00, all Nonfederal.*

**Benjamin Franklin National Memorial**
c/o The Franklin Institute
222 North 20th Street
Philadelphia, PA 19103

In the rotunda of the Franklin Institute the colossal seated statue of Franklin, by James Earle Fraser, honors the inventor-statesman.
Designated Oct. 25, 1972. Owned and administered by the Franklin Institute.
*Acreage—0.00.*

**Chicago Portage National Historic Site**
c/o Forest Preserves of Cook County
536 N. Harlem Avenue
River Forest, IL 60305

A portion of the portage between the Great Lakes and the Mississippi, discovered by French explorers Jacques Marquette and Louis Joliet, is preserved here.
Designated Jan. 3, 1952. Administered by Cook County.
*Acreage—91.20, all Nonfederal.*

**Chimney Rock National Historic Site**
PO Box F
Bayard, NE 69334

Pioneers camped near this landmark, which stands 500 feet above the Platte River along the Oregon and California trails.
Designated Aug. 2, 1956. Owned by Nebraska; administered by the city of Bayard, the Nebraska State Historical Society, and the National Park Service under a cooperative agreement of June 21, 1956.
*Acreage—83.36, all Nonfederal.*

**Fallen Timbers Battlefield and Fort Miamis National Historic Site**
US 24 & Jerome Road
Toledo, OH 43615-2100
www.nps.gov/fati

The site interprets the Aug. 20, 1794, Battle of Fallen Timbers and the location of Fort Miamis, a British fort built with the Indian Confederation to hold the Maumee Valley. Fallen Timbers is considered to be the last American Indian-battle of the American Revolution. Major General Anthony Wayne defeated the British-supplied Indian Confederation, made up of seven tribes led by war chief Little Turtle of the Miami Indians, near the Maumee River. The battle resulted in the Treaty of Greenville, a peace treaty between the United States and the seven tribes. Fort Miamis, 1794-1813, was also the site of a War of 1812 battle.
Established Dec. 9, 1999.
*Acreage: 185.00, all Nonfederal.*

**Father Marquette National Memorial**
Michigan Department of Natural Resources and Department of State
Straits State Park
720 Church Street
St. Ignace, MI 49781

The memorial pays tribute to the life and work of Father Jacques Marquette, French priest and explorer, including his establishment of a mission at Saint Ignace in 1671, and his historic exploration, in company with Louis Joliet, of the Mississippi River in 1673. It is located in Straits State Park near St. Ignace, Mich., where Marquette founded a Jesuit mission in 1671 and was buried in 1678.
Authorized Dec. 20, 1975. The memorial is part of the Michigan Department of Natural Resources and jointly administered by the Michigan Historical Center and the Parks and Recreation Divisions.
*Acreage—52.00, all Nonfederal.*

**Gloria Dei (Old Swedes') Church National Historic Site**
916 South Swanson Street
Columbus Boulevard and Christian Street
Philadelphia, PA 19147
www.nps.gov/glde

This second oldest Swedish church in the United States was founded in 1677. The present structure, a splendid example of 1600s Swedish church architecture, was erected about 1700.
Designated Nov. 17, 1942. Church site owned and administered by Corporation of Gloria Dei (Old Swedes') Church. Boundary change: Aug. 21, 1958.
*Acreage—3.71 Federal: 2.08 Nonfederal: 1.63.*

**Green Springs National Historic Landmark District**
c/o Fredericksburg & Spotsylvania National Military Park
120 Chatham Lane
Fredericksburg, VA 22405
www.nps.gov/grsp

This portion of Louisa County in Virginia's Piedmont is noted for its concentration of architecturally varied manor houses, related buildings, and landscapes in an unmarred setting. NO PUBLIC FACILITIES.
Designated a national historic landmark on May 30, 1974. On Dec. 12, 1977, the Secretary agreed to accept preservation easements for nearly half of the 14,000 acres in the district.
*Acreage—15,645.11 Federal (easements): 7,086.99 Nonfederal: 8,558.12.*

**Historic Camden Revolutionary War Site**
222 Broad Street
PO Box 710
Camden, SC 29020

This early colonial village was established in the mid-1730s and was known as Fredericksburg Township. In 1768 the village was named Camden in honor of Charles Pratt, Lord Camden, a British Parliamentary champion of colonial rights. The site was occupied by the British under Lord Cornwallis from June 1, 1780, until May 9, 1781. Camden was one of the few frontier settlements where two Revolutionary War battles were fought: Aug. 16, 1780, and April 25, 1781.
Authorized May 24, 1982.
*Acreage—107.00, all Nonfederal.*

**Ice Age National Scientific Reserve**
Wisconsin Department of Natural Resources
PO Box 7921
Madison, WI 53707

This reserve contains nationally significant examples of landforms resulting from continental glaciation. Each of the nine units is state-owned and managed as a park recreational area, natural area, or wildlife area.
Authorized Oct. 13, 1964.
*Acreage—32,500.00, all Nonfederal.*

**International Peace Garden**
10939 Highway 281
Dunseith, ND 58329

This site is a symbol of the peaceful relations between Canada and the United States. North Dakota holds the 888-acre U.S. portion for International Peace Garden, Inc., which administers the area for North Dakota and Manitoba.
Originated by North Dakota in 1931. Dedicated July 14, 1932. Federal aid authorized in acts of Oct. 25, 1949; June 28, 1954; Aug. 28, 1958; Oct. 26, 1974.
*Acreage—2,330.30, all Nonfederal.*

**Inupiat Heritage Center**
PO Box 749
Barrow, AK 99723
www.nps.gov/inup

This center is affiliated with New Bedford Whaling National Historical Park to commemorate over 2,000 whaling trips from New Bedford to the western Arctic in the 1800s. The center collects, preserves, and exhibits historical material, art objects, and scientific displays.
Designated Feb. 3, 1999.
*Acreage—0.00.*

**Jamestown
National Historic Site**
c/o Preservation Virginia
204 West Franklin St.
Richmond, VA 23220
www.nps.gov/jame

Part of the site of the first permanent English settlement in North America (1607), on the upper end of Jamestown Island, was the scene of the first representative legislative government on this continent, July 30, 1619.
Designated Dec. 18, 1940. Owned and administered by Association for the Preservation of Virginia. Adjacent areas of the historic Jamestown site and island are part of Colonial National Historical Park.
*Acreage—21.99 Federal: 1.74 Nonfederal: 20.25.*

**Kate Mullany
National Historic Site**
c/o American Labor
Studies Center
100 South Swan Street
Albany, NY 12210

Catherine A. (Kate) Mullany was an Irish immigrant laundry worker who organized and led Troy's Collar Laundry Union during the 1860s, one of the first all-female unions in the United States. She lived in this house at 350 8th Street, Troy, N.Y., from 1869 to 1875, inherited the house when her mother died in 1876, moved away, returned in 1903, and died here in 1906. The house is owned by the American Labor Studies Center.
Established Dec. 3, 2004.
*Acreage—0.06, all Nonfederal.*

**Lower East Side Tenement
National Historic Site**
103 Orchard Street
New York, NY 10002
www.nps.gov/loea

The heart of the Lower East Side Tenement Museum is its landmark tenement building, home to over 7,000 people from 20 nations between 1863 and 1935. The Tenement Museum preserves and interprets the history of immigration through the personal experiences of the generations of newcomers who settled in and built lives on Manhattan's Lower East Side, America's iconic immigrant neighborhood; forges emotional connections between visitors and immigrants past and present; and enhances appreciation for the profound role immigration has played in shaping America's national identity.
Designated Nov. 12, 1998. Expanded Dec. 19, 2014. The site is privately owned by the Lower East Side Tenement Museum.
*Acreage—1.20, all Nonfederal.*

**Oklahoma City
National Memorial**
620 N. Harvey Avenue
Oklahoma City, OK 73102
www.nps.gov/okci

The bombing of the Alfred P. Murrah Federal Building on April 19, 1995, killed 168 people and injured over 650. The memorial is owned and operated by a private foundation. The National Park Service provides interpretive services on the Outdoor Symbolic Memorial.
Established Oct. 9, 1997; redesignated as affiliated area Jan. 23, 2004.
*Acreage—6.24 Federal: 3.12 Nonfederal: 3.12*

**Pinelands
National Reserve**
c/o New Jersey Pinelands
Commission
15 Springfield Road
PO Box 7
New Lisbon, NJ 08064
www.nps.gov/pine

The Pinelands (Pine Barrens) is a unique ecosystem of historic villages and berry farms amid vast pine-oak forests, extensive wetlands, and diverse species of plants and animals. It is managed by the New Jersey Pinelands Commission and protected by state and federal legislation through a partnership of management by the local, state, and federal governments and the private sector. The National Park Service is the federal representative on the 15 member commission. Public recreation facilities are provided within state parks and forests. Pinelands was the nation's first designated national reserve.
Authorized Nov. 10, 1978. Designated a U.S. Biosphere Reserve in 1983.
*Acreage—1,164,025 Federal: 90,530 Nonfederal: 1,073,495.*

**Red Hill Patrick Henry
National Memorial**
Patrick Henry Memorial
Foundation
1250 Red Hill Road
Brookneal, VA 24528

The law office and grave of the fiery Virginia legislator and orator are preserved at this small plantation. The site contains a reconstruction of Patrick Henry's last home, several dependencies, and a museum.
Designated May 12, 1986.
*Acreage—0.00.*

**Roosevelt Campobello
International Park**
c/o Executive Secretary
Roosevelt Campobello
International Park
Commission
PO Box 97
Lubec, ME 04652
www.nps.gov/roca

President Franklin D. Roosevelt was stricken by poliomyelitis here at his summer home in New Brunswick, Canada, at the age of 39.
Established July 7, 1964. Owned and administered by a U.S.-Canadian commission.
*Acreage—2,721.50, all Nonfederal.*

**Sewall-Belmont House
National Historic Site**
144 Constitution Avenue, NE
Washington, DC 20002
www.nps.gov/nace

Rebuilt after fire damage from the War of 1812, this red brick house is one of the oldest on Capitol Hill. It has been the National Woman's Party headquarters since 1929 and commemorates the party's founder and women's suffrage leader, Alice Paul, and associates. OPEN ON A LIMITED BASIS.
Authorized Oct. 26, 1974.
*Acreage—0.35, all Nonfederal.*

**Thomas Cole
National Historic Site**
218 Spring Street
Catskill, NY 12414
www.nps.gov/thco

This is the Hudson River home of the eminent British- American landscape painter Thomas Cole (1801–1848). Recognized as the founder of the Hudson River School, America's first indigenous school of landscape painting, Cole created some of his greatest paintings, including the "Voyage of Life" series, in the small studio on the property.
Authorized Dec. 9, 1999. Owned and operated by the Greene County Historical Society.
*Acreage—3.40, all Nonfederal.*

**Touro Synagogue National Historic Site**
85 Touro Street
Newport, RI 02840
www.nps.gov/tosy

One of the finest examples of colonial religious architecture, designed by Peter Harrison, this synagogue is the present-day place of worship of Congregation Jeshuat Israel. Designated March 5, 1946. Owned by Congregation Shearith Israel, New York City.
*Acreage—0.23, all Nonfederal.*

**Wing Luke Museum of the Asian Pacific American Experience**
719 South King Street
Seattle, WA 98104
www.nps.gov/wing

Located in Seattle's Chinatown-International District, the Wing Luke Museum connects visitors to the rich, dynamic cultures and art of Asian Pacific Americans through vivid storytelling and inspiring experiences. The museum was first opened in 1967. Designated Feb. 10, 2013.
*Acreage—0.00*



LIBRARY OF CONGRESS COLLECTIONS, PHOTOGRAPH ARTHUR ROTHSTEIN

**National Coal Heritage Area**

National Heritage Areas expand on traditional approaches to resource stewardship by supporting large-scale, community centered initiatives that connect local citizens to preservation, conservation, and planning processes. Through the facilitation of a local coordinating entity, such as a private non-profit corporation or a public commission, residents of a region come together to improve regional quality of life by protecting their shared cultural and natural resources.

In National Heritage Areas, businesses, governments, non-profit organizations, and private individuals collaborate to promote sustainable economic development and community revitalization projects. This cooperative approach allows National Heritage Areas to achieve both conservation and economic growth in ways that do not compromise local land use controls. Participation in projects and programs is always voluntary, with zoning and land-use decisions remaining under the jurisdiction of local governments.

National Heritage Areas are designated by Congress. Each National Heritage Area is governed by separate authorizing legislation and operates under provisions unique to its resources and desired goals. The National Park Service provides technical planning and limited financial assistance, serving as a partner and advisor. Decision-making authority is in the hands of local residents and organizations.

Since the first designation in 1984, National Heritage Areas now include 48 areas, ranging from factory towns and city neighborhoods to farmland and battlefields. As part of a living, working, evolving landscape, National Heritage Areas reflect the diverse and evolving histories and cultures of the people who call the region home. Visitors who explore these special places will learn about an innovative approach to resource protection; they will also gain insight into the physical character and cultural legacy of the United States.

**Abraham Lincoln National Heritage Area**
1 Old State Capitol Plaza
Springfield, IL 62701

The Abraham Lincoln National Heritage Area is home to a significant collection of historic resources related to Lincoln's life. Here, in the 42-county region of central Illinois, are courthouses, log cabins, hotels, and homes where Lincoln argued cases and entertained neighbors and friends for over 30 years.
Authorized May 8, 2009.

**America's Agricultural Heritage Partnership**
(Silos & Smokestacks National Heritage Area)
604 Lafayette Street, Suite 202
PO Box 2845
Waterloo, IA 50703

Discover the story of agriculture, agribusiness, and farm life through sites, events, and communities. No other region in the United States shares such a rich agricultural legacy.
Authorized Nov. 12, 1996.

**Arabia Mountain National Heritage Area**
3350 Klondike Road
Lithonia, GA 30038-4406
www.nps.gov/armo

Located in parts of three counties east of Atlanta, Georgia, the heritage area features active quarries, rolling topography, rural landscapes, and unique granite outcroppings.
Authorized Oct. 12, 2006.

**Atchafalaya National Heritage Area**
1051 North Third Street
Baton Rouge, LA 70804-5239
www.nps.gov/attr

This treasury of nature, culture, and history in south-central Louisiana encompasses the nation's largest river swamp. While the 14 parishes that compose the heritage area are best-known for the Cajun descendants of French-speaking Acadians, the area's complex racial and ethnic mix is reflected in distinctive architecture, music, language, food, and festivals.
Authorized Oct. 12, 2006.

**Augusta Canal National Heritage Area**
1450 Green Street, Suite 400
Augusta, GA 30903-2367
www.nps.gov/auca

This corridor in northeastern Georgia interprets a piece of our nation's history that transformed Augusta into an industrial center on the eve of the Civil War.
Authorized Nov. 12, 1996.

**Automobile National Heritage Area**
(See MotorCities National Heritage Area)

**Baltimore National Heritage Area**
Baltimore Heritage Area Association
12 W. Madison Street, Suite 120
Baltimore, MD 21201
www.nps.gov/balt

This heritage area includes Baltimore's oldest neighborhoods and features museums, expansive parks and vibrant neighborhoods shaped by patterns of immigration and architecture. At its center is the Inner Harbor, one of the nation's oldest seaports and today a vibrant destination for tourists and residents.
Authorized March 30, 2009

**Blue Ridge National Heritage Area**
195 Hemphill Knob Road
(Parkway Milepost 384)
Asheville, NC 28803
www.nps.gov/blrn

This heritage area of 25 counties in the Blue Ridge Mountains of North Carolina contains eastern America's tallest mountain (Mt. Mitchell) and deepest gorge (Linville Gorge). The heritage area preserves Cherokee and Scotch-Irish culture, traditional mountain music, arts and crafts, and associated historic sites.
Authorized Nov. 10, 2003.

125

**Cache La Poudre River National Heritage Area**
Poudre Heritage Alliance
Poudre Learning Center
8313 F Street
Greeley, CO 80631
www.nps.gov/cala

The corridor encompasses the river and its flood plain from the Roosevelt National Forest to its confluence with the South Platte River in Colorado. This heritage area commemorates the contributions of the Poudre River to the development of water laws in the western United States and the evolution of complex water delivery systems.
Authorized Oct. 19, 1996.

**Cane River National Heritage Area**
Cane River National Heritage Area, Inc.
1115 Washington Street
Natchitoches, LA 71457
www.nps.gov/crha

This area in Louisiana is a largely rural landscape known for its historic plantations, distinctive Creole architecture, and multi-cultural legacy. It is home to a blend of cultures, including French, Spanish, African, American Indian, and Creole.
Authorized Nov. 2, 1994.

**Champlain Valley National Heritage Partnership**
54 West Shore Road
Grand Isle, VT 05458-2005
www.nps.gov/chva

Here are the linked navigable waterways and adjacent lands of Lake Champlain, Lake George, the Champlain Canal, and portions of the Upper Hudson River in Vermont and New York. This region, homeland of Algonquin and Iroquois people, played an important role in the establishment of the United States and Canada.
Authorized Oct. 12, 2006.

**Crossroads of the American Revolution National Heritage Area**
101 Barrack Street
Trenton, NJ 08608
www.nps.gov/xrds

This area encompasses 213 municipalities and all or parts of 14 counties from Bergen to Gloucester in New Jersey. Gen. George Washington planned and led some of the most decisive military actions of the American Revolution across this landscape.
Authorized Oct. 12, 2006.

**Delaware and Lehigh National Heritage Corridor**
2750 Hugh Moore Park Road
Easton, PA 18042-7120
www.nps.gov/dele

This 165-mile region, rich in anthracite coal and other natural resources, is a transportation crossroads. Canals and railroads in the Delaware and Lehigh valleys transported lumber, hard coal, slate, iron, and steel from mountain to market, fueling America's Industrial Revolution.
Authorized Nov. 18, 1988.

**Erie Canalway National Heritage Corridor**
PO Box 219
Waterford, NY 12188
www.nps.gov/erie

This heritage corridor commemorates and celebrates the impacts of the Erie Canal on the expansion of the United States. The 524-mile canal system is an engineering marvel that knitted together New England, New York, and the West, spreading commerce and ideas.
Authorized Dec. 21, 2000.

**Essex National Heritage Area**
10 Federal Street, Suite 12
Salem, MA 01970
www.nps.gov/esse

The area encompasses 500 square miles of eastern Massachusetts. It includes thousands of historic sites, rivers and marshes, and miles of unspoiled coastline. The heritage area illuminates almost 400 years of our nation's history.
Authorized Nov. 12, 1996.

**Freedom's Frontier National Heritage Area**
PO Box 526
Lawrence, KS 66044-0526

This area encompasses counties in eastern Kansas and western Missouri. Along this border, before and during the Civil War, a conflict took place between the forces of slavery and freedom. As abolitionists and others fought to keep Kansas a free state and pro-slavery forces gathered in Missouri, the Eastern press began calling the region "Bleeding Kansas."
Authorized Oct. 12, 2006.

**Freedom's Way National Heritage Area**
94 Jackson Road #311
Devens, MA 01434

Freedom's Way National Heritage Area in Massachusetts and New Hampshire includes 45 communities stretching across the two states. The area has a long history of social and intellectual innovation including the emergence of a democratic vision that led to the American Revolution; a tradition of religious freedom and experimentation; and nationally influential movements for conservation, social justice, abolitionism, and the American Renaissance of the nineteenth century. Authorized March 30, 2009.

**Great Basin National Heritage Route**
PO Box 78
Baker, NV 89311-0078

The heritage route incorporates the classic landscape of White Pine County, Nevada, Duckwater Shoshone Reservation, Nevada, and Millard County, Utah. This region of biological diversity and fragile ecological communities has cultural sites and American Indian heritage. Highlights include the Nevada Northern Railway Museum and Fillmore Territorial Statehouse, Nevada, and Topaz Japanese Relocation Camp, Utah. Authorized Oct. 12, 2006.

**Gullah/Geechee Cultural Heritage Corridor**
Gullah Geechee Cultural Heritage Corridor Commission
PO Box 1007
Johns Island, SC 29457
www.nps.gov/guge

This area recognizes the important contributions made to American culture and history by Africans and African Americans known as the Gullah/Geechee who settled in the coastal counties of South Carolina and Georgia, the southeast coast of North Carolina, and the northeast coast of Florida. Authorized Oct. 12, 2006.

**Hudson River Valley National Heritage Area**
Hudson River Valley Greenway
625 Broadway - 4th Floor
Albany, NY 12207
www.nps.gov/hurv

The heritage area stretches from New York City to Saratoga County, north of Albany. The area promotes and interprets resources that support three corridor-wide themes: the interrelationship of nature and culture, the vital roles of freedom and dignity throughout the valley's history, and the historical and contemporary role of commerce. Authorized Nov. 12, 1996.

**Illinois & Michigan Canal National Heritage Corridor**
Canal Corridor Association
754 First Street
LaSalle, IL 61301

The corridor commemorates and interprets the 97-mile canal, completed in 1848, that connected Lake Michigan to the Illinois River along an American Indian portage route. By forging the last link in water transport between the Great Lakes and the Mississippi watershed, the canal rapidly transformed Chicago from a small settlement to a critical transportation hub. Authorized Aug. 24, 1984.

**John H. Chafee Blackstone River Valley National Heritage Corridor**
Blackstone Heritage Corridor, Inc.
1 Depot Square
Woonsocket, RI 02895

This area is composed of 24 cities and towns on 454 square miles of land in the watershed of the Blackstone River. Beginning in the 1700s, the Blackstone Valley provided the setting for a remarkable transformation from farm to factory, a local story that became the model for a national phenomenon—the Industrial Revolution. Authorized Nov. 10, 1986.

**Journey Through Hallowed Ground National Heritage Area**
15481 2nd Street
Waterford, VA 20197-0077

The area stretches 175 miles along the U.S. Route 15 corridor. The journey includes Gettysburg, Pennsylvania, Frederick and Washington counties, Maryland, Harpers Ferry, West Virginia, and Thomas Jefferson's Monticello in Charlottesville, Virginia. Its path is a treasure trove of history—American Indian and African American sites, restored architectural gems, presidential homes, and the nation's greatest concentration of Civil War battle sites.
Authorized May 8, 2008.

**Kenai Mountains-Turnagain Arm National Heritage Area**
PO Box 771054
Eagle River, AK 99577

Kenai Mountains-Turnagain Arm National Heritage Area highlights the experience of the Native Alaskans, Russians, explorers, gold miners, and settlers who traveled through the branching valleys and over the waters of this rugged mountain coordinator. In the heritage area, the isolated historic communities that developed around transportation and the Gold Rush are dwarfed by the sweeping landscapes, by the magnificence of the mountains and the strength and dominance of nature.
Authorized March 30, 2009.

**Lackawanna Valley National Heritage Area**
538 Spruce Street, Suite 516
Scranton, PA 18503

This region in northeastern Pennsylvania gives residents and visitors a chance to understand the people and industries that made the United States a powerhouse of technology and ingenuity. Visitors can see where anthracite coal was mined, steel forged, and textiles woven—and they can learn about the people who did that back-breaking work.
Authorized Oct. 6, 2000.

**Mississippi Delta National Heritage Area**
Delta Center for Culture and Learning
Delta State University
PO Box 3152
Cleveland, MS 38733
www.nps.gov/mide

Mississippi Delta National Heritage Area includes counties in the alluvial floodplain of the Mississippi River. This area was cleared for cotton production, and peopled by sharecroppers and landowners, including immigrants from Europe and Asia. Many people from this region became the source of "The Great Migration" north, and thus the family home of many living today in northern cities, like Chicago and Detroit. It is an area known as "The Birthplace of the Blues" and Gospel music as well as many sites that were pivotal in the early civil rights movement.
Authorized March 30, 2009.

**Mississippi Gulf Coast National Heritage Area**
Mississippi Department of Marine Resources
1141 Bayview Ave., Suite 101
Biloxi, MS 39530
www.nps.gov/migu

The area encompasses the Mississippi Coastal Plain that borders the Gulf of Mexico. The landscape has been shaped by the natural coastal and riverine environment and cultural influences, including early American Indians and Spanish, French, and English settlers.
Authorized Dec. 8, 2004.

**Mississippi Hills National Heritage Area**
398 East Main Street, Suite 132
Tupelo, MS 38804
www.nps.gov/mihi

Mississippi Hills National Heritage Area represents a distinctive cultural landscape shaped largely by the dynamic intersection of Appalachian and Delta cultures, an intersection that produced a powerful concentration of nationally significant cultural icons. Lasting contributions to our country's musical and literary legacies were forged by Hills' natives Elvis Presley, Howlin' Wolf, and Tammy Wynette. The heritage area seeks to interpret and share the stories of these individuals, as well as the legacies of Civil Rights pioneers James Meredith and Ida B. Wells-Barnett.
Authorized March 30, 2009.

**Mormon Pioneer
National Heritage Area**
115 West Main Street
Mt. Pleasant, UT 84647
www.nps.gov/mopi

The region, stretching through six counties along U.S. Highway 89 in southern Utah, is recognized for its dramatic landscapes. Communities along the corridor reflect the experience of Mormon colonization.
Authorized Oct. 12, 2006.

**MotorCities National
Heritage Area**
(formerly Automobile
National Heritage Area)
200 Renaissance Center
Suite 3148
Detroit, MI 48243
www.nps.gov/auto

The area consists of six corridors representing the region that put the world on wheels. Auto-related museums, historical sites, and natural, cultural, and recreational resources link, protect, preserve, and interpret the automobile's story.
Authorized Nov. 6, 1998. Renamed Dec. 19, 2014.

**Muscle Shoals National
Heritage Area**
University of North Alabama
One Harrison Plaza - UNA
Box 5231
Florence, AL 35632
www.nps.gov/mush

Muscle Shoals National Heritage Area spans across six counties within the Tennessee River basin. The region celebrates its musical legacy, including the booming years of the Muscle Shoals recording studios in the 1960s and 1970s and the creation of the rich heritage that helped shape today's music scene. Authorized March 30, 2009.

**National Aviation
Heritage Area**
Aviation Heritage
Foundation
PO Box 414, Wright Brothers
Station
Dayton, Ohio 45409
www.nps.gov/avia

The National Aviation Heritage Area is recognized as the Birthplace of Aviation and home of the Wright Brothers. This eight-county area in southwest Ohio builds on the Wright brothers' legacy and the aviation history that followed them in the Dayton, Ohio, region. Heritage area partners celebrate and interpret the history of flight, preserve related historic resources, and look to the future with many education programs that focus on science, technology, engineering and math.
Authorized Dec. 8, 2004.

**National Coal
Heritage Area**
Coal Heritage Highway
Authority
PO Box 15
100 Kelly Ave.
Oak Hill, WV 25901
www.nps.gov/coal

In no other place has coal mining so dominated an economy and social structure as the 5,300-square-mile region encompassed by this area in southern West Virginia. Huge amounts of coal, unsurpassed in quality, have been exported, leaving a society and landscape rich in history and culture. Today, the rugged area's communities retain much of their original character as "company towns," reflecting local traditions, immigrant laborers, and the dominance of the coal industry.
Authorized Nov. 12, 1996.

**Niagara Falls
National Heritage Area**
PO Box 1932
Timon Hall, Room 125
Niagara University, NY
14109
www.nps.gov/nifa

This area, stretching from the western boundary of Wheatfield, N.Y., to the mouth of the Niagara River on Lake Ontario, includes the communities of Niagara Falls, Youngstown, and Lewiston, N.Y. The region is home to natural wonders, cultural traditions, and nationally significant historical sites. It has associations with American Indians, European exploration, the French and Indian War, the American Revolution, the War of 1812, and the Underground Railroad.
Authorized May 8, 2008.

**Northern Plains National Heritage Area**
Northern Plains Heritage Foundation
401 W. Main Street
Mandan, ND 58554

The Northern Plains National Heritage Area stretches almost the length of the free-flowing Missouri River, in the homeland of the Mandan and Hidatsa Indians. The area contains Fort Abraham Lincoln State Park, Fort Mandan and the Lewis and Clark Interpretive Center, Knife River Indian Villages National Historic Site, North Dakota Heritage Center and the state Capitol Grounds, and the tall cottonwoods of Cross Ranch State Park.
Authorized March 30, 2009.

**Northern Rio Grande National Heritage Area**
PO Box 610
Espanola, NM 87532-0610
www.nps.gov/norg

In northern New Mexico, the area stretches from Santa Fe to Taos and includes Santa Fe, Rio Arriba, and Taos counties. It encompasses a mosaic of cultures and history, including eight Pueblos and the descendants of Spanish ancestors who settled here as early as 1598.
Authorized Oct. 12, 2006.

**Ohio and Erie National Heritage Canalway**
Ohio and Erie Canalway Association
PO Box 609420
Cleveland, OH 44109

This area of northeast Ohio celebrates the canal that enabled shipping between Lake Erie and the Ohio River and vaulted Ohio into commercial prominence in the early 1830s. The canal and Towpath Trail pass through agricultural lands and rural villages into industrial communities like Akron, Canton, and Cleveland that trace their prosperity to the canal.
Authorized Nov. 12, 1996.

**Oil Region National Heritage Area**
217 Elm Street
Oil City, PA 16301
www.nps.gov/oire

This area in northwestern Pennsylvania tells the story of Col. Edwin Drake's drilling of the world's first successful oil well in 1859. Visitors learn about the legacy of the petroleum industry, which continues to shape the economy, society, politics, and daily life.
Authorized Dec. 8, 2004.

**Quinebaug and Shetucket Rivers Valley National Heritage Corridor**
(See The Last Green Valley National Heritage Corridor)

**Rivers of Steel National Heritage Area**
The Bost Building
623 E. Eighth Avenue
Homestead, PA 15120
www.nps.gov/rist

The area celebrates the industrial history of Pittsburgh and the surrounding region, which for over a century was the "Steel Making Capital of the World." The area documents and shares the stories of immigrants who worked in the steel industry.
Authorized Nov. 12, 1996.

**Sangre de Cristo National Heritage Area**
PO Box 844
Antonito, CO 81101

Sangre de Cristo National Heritage Area in the San Luis Valley is the cradle of Colorado's earliest settlement, and is recognized as a confluence of Hispano, Anglo, and American Indian cultures. Spanning more than 3,000 square miles, the area includes the counties of Conejos, Costilla, and Alamosa, the Monte Vista National Wildlife Refuge, the Baca National Wildlife Refuge, the Alamosa National Wildlife Refuge, and the Great Sand Dunes National Park and Preserve, containing the largest sand dunes in North America.
Authorized March 30, 2009.

**Schuylkill River Valley National Heritage Area**
Schuylkill River Greenway Association
140 College Drive
Pottstown, PA 19464
www.nps.gov/scrv

For generations, people of southeastern Pennsylvania have viewed the Schuylkill River as integral to their way of life. They built homes, raised families, and shaped the course of history along its banks. The 125-mile river is central to the story of colonization and industrialization of America. Authorized Oct. 6, 2000.

**Shenandoah Valley Battlefields National Historic District**
Battlefields Foundation
PO Box 897
New Market, VA 22844-0897
www.nps.gov/shvb

Here are the stories of the soldiers and civilians who shaped a critical period in American history. During the American Civil War, Virginia's Shenandoah Valley was in the crossfire between the North and South. This agricultural valley was militarily significant due to its ability to feed armies and its location close to the capitals of the opposing sides, Richmond, Va., and Washington, D.C. Authorized Nov. 12, 1996.

**Silos & Smokestacks National Heritage Area**
(See America's Agricultural Heritage Partnership)

**South Carolina National Heritage Corridor**
PO Box 477
Belton, SC 29627
www.nps.gov/soca

Bounded at one end by the historic port city of Charleston and at the other by the Blue Ridge mountains, the corridor has historical, cultural, and natural resources that tell the vibrant story of South Carolina's centuries-old history. Authorized Nov. 12, 1996.

**South Park National Heritage Area**
Park County Department of Heritage, Tourism and Community Development
501 Main Street
PO Box 1373
Fairplay, CO 80440

South Park National Heritage Area commemorates the rich mining and ranching history of the American West, and includes 19 working ranches, some of which were founded as early as the 1860s along headwaters of the South Platte River. It also includes a number of mines, including the world's highest mine, at 14,157 feet, on Mt. Lincoln near Alma, Colorado. Authorized March 30, 2009.

**Tennessee Civil War National Heritage Area**
Center for Historic Preservation, Middle Tennessee State University
1421 East Main Street
Murfreesboro, TN 37132
www.nps.gov/tecw

A number of sites interpret and preserve the legacies of the Civil War and Reconstruction in Tennessee. The heritage area provides technical assistance with historical documentation and interpretation projects across the state. Authorized Nov. 12, 1996.

**The Last Green Valley National Heritage Corridor**
(Formerly the Quinebaug and Shetucket Rivers Valley National Heritage Corridor)
PO Box 29
203 B Main Street
Danielson, CT 06239
www.nps.gov/qush

This region in northeast Connecticut and south central Massachusetts is one of the last primarily rural areas in the northeastern U.S. It includes archeological sites, excellent water quality, rural landscapes, architecturally significant mill structures and villages, several National Historic Landmarks and historic districts, and large parks and open spaces. Authorized Nov. 2, 1994. Renamed Dec. 19, 2014.

**Upper Housatonic Valley**
**National Heritage Area**
PO Box 493
Salisbury, CT 06068-0493
www.nps.gov/uphv

This region in northwestern Connecticut and western Massachusetts is noted for its picturesque landscape, the meandering Housatonic River, and traditional New England towns. The area's early history was marked by the American Revolution, early industrialization, and deforestation followed by a long history of reclamation and conservation.
Authorized Oct. 12, 2006.

**Wheeling**
**National Heritage Area**
1400 Main Street, 3rd Floor
Wheeling, WV 26003
www.nps.gov/whee

The area commemorates the 1849 suspension bridge that extended the National Road (U.S. Route 40) into Ohio. The bridge brought people and goods to the city and enabled eastern settlers to migrate to the western frontier. The heritage area preserves and celebrates Wheeling's dramatic setting, resources, and history, including its role as birthplace of the state of West Virginia during the Civil War.
Authorized Oct. 11, 2000.

**Yuma Crossing**
**National Heritage Area**
180 West First Street, Suite E
Yuma, AZ 85364
www.nps.gov/yucr

This heritage area celebrates the pivotal role Yuma, Arizona, played as a Colorado River crossing point in the 1800s and the city's innovative role in water management in the 1900s.
Authorized Oct. 19, 2000.

# National Wild and Scenic Rivers System

Public Law 90-542, of October 2, 1968, provides for the establishment of a system of rivers to be preserved as free-flowing streams accessible for public use and enjoyment. Components of the system, which may include only a portion of a river, are classified as wild, scenic, or recreational rivers. They are classified according to the degree of development on the river, shoreline, and adjacent lands. Thus a wild river shows little evidence of human activity, the river is free of dams, and it is generally inaccessible except by trail. A scenic river is one with relatively primitive shorelines but accessible in places by road. A recreational river has more development, is accessible, and may have been dammed or diverted in the past.

Once a river is designated a component of the National Wild and Scenic Rivers System, the objective of the managing agency is to preserve or enhance the features that qualified the river for inclusion within the system; any recreational use must be compatible with preservation. The rivers listed here are administered by the National Park Service. Those administered by the U.S. Fish and Wildlife Service are components of the National Wildlife Refuge System.

Rivers and streams that are in state-protected systems may become units of the national system if the state's governor asks for such inclusion. The Secretary of the Interior may then designate the river, if it is appropriate, as a unit of the system. Federally managed components of the system are designated by acts of Congress. Usually Congress first authorizes a detailed study to determine the qualification of a river area for the system.



**Saint Croix National Scenic Riverway**

**Alagnak Wild River**
1000 Silver Street, Bldg.603
PO Box 245
King Salmon, AK 99613
907-246-3305
www.nps.gov/alag

See Alagnak Wild River, Alaska, a unit of the National Park System.

**Alatna Wild River**
Gates of the Arctic
National Park and Preserve
201 First Avenue
Doyon Bldg.
Fairbanks, AK 99701-4848

The stream lies wholly within Gates of the Arctic National Park and Preserve, Alaska, in the Central Brooks Range. Wildlife, scenery, and interesting geologic features abound in the river corridor. The River was designated for outstandingly remarkable scenic and recreational values.
Authorized Dec. 2, 1980. Length: 83 miles.

**Aniakchak Wild River**
Katmai National Park
and Preserve, PO Box 7
King Salmon, AK 99613-0007

The river, which lies within Aniakchak National Monument and Preserve, Alaska, flows out of Surprise Lake in the Aniakchak caldera and plunges spectacularly through The Gates, a great cleft in the caldera wall. The designation includes the mainstem and major tributaries, Hidden Creek, mystery Creek, albert Johnson Creek, and the North Fork Aniakchak River. The river was designated for outstandingly remarkable fish and geological, recreational, scenic, and ecological values.
Authorized Dec. 2, 1980. Length: 63 miles.

**Bluestone
National Scenic River**
c/o New River Gorge
National River
PO Box 246
Glen Jean, WV 25846-0246
www.nps.gov/blue

See Bluestone National Scenic River, West Virginia, a unit of the National Park System.

**Cache la Poudre Wild and
Scenic River**
2150 Centre Avenue
Building E
Fort Collins, CO 80526

The Cache la Poudre River is located east of the Continental Divide, in the northern Front Range of Colorado. The contributions of the river to the development of water law in the western United States, the evolution of water delivery systems, and the shaping of the region's cultural heritage are all commemorated along the flood plain of this working river through programs and activities that combine the area's rich history, beautiful scenery and many opportunities for recreation. The Cache la Poudre and South Fork Cache la Poudre are designated for 12 miles within Rocky Mountain National Park. The designation continues downstream for an additional 64 miles, managed by the U.S. Forest Service. The river was designated for outstandingly remarkable scenic, recreational, cultural, and ecological values.
Authorized Oct. 30, 1986. Length: 76 miles.

**Charley Wild River**
Yukon-Charley Rivers
National Preserve
201 First Avenue
Doyon Bldg.
Fairbanks, AK 99701-4848

Lying within Yukon-Charley Rivers National Preserve, Alaska, this stream is known for the exceptional clarity of its water. For the experienced canoeist or kayaker, it offers many miles of whitewater challenges. The designation includes the entire river, and its major tributaries: Copper Creek, Bonanza Creek, Hosford Creek, Derwent Creek, Flat-Orthmer Creek, Crescent Creek, and Moraine Creek. The river was designated for outstandingly remarkable recreational, cultural, and natural values.
Authorized Dec. 2, 1980. Length: 208 miles.

**Chilikadrotna Wild River**
Lake Clark National Park
and Preserve
4230 University Drive
Suite 311
Anchorage, AK 99508-4626

The river lies within Lake Clark National Park and Preserve, Alaska. Long stretches of swift water and outstanding fishing are exceptional features. The river was designated for outstandingly remarkable fish and scenic, recreational, and historical values.
Authorized Dec. 2, 1980. Length: 11 miles.

**Eightmile National Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

Located in Connecticut, this is a 62-square-mile watershed of rolling forested landscape with over 150 miles of pristine rivers and streams and a variety of historic features. Most notable is that the overall ecosystem is healthy and intact throughout essentially all of its range. The river was designated for outstandingly remarkable fish, wildlife, and scenic, recreational, geological, historical, botanical, ecological, hydrological, and traditionally cultural values.
Authorized: May 8, 2008. Length: 25.3 miles.

**Farmington National Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

The Farmington River Valley is an important habitat for wildlife and is currently the only place in Connecticut with nesting bald eagles. The West Branch is recognized as one of the most valuable trout fisheries in Connecticut and the northeast region, and it is also essential to the Atlantic salmon recovery plans for the Connecticut River. The river was designated for outstandingly remarkable fish, wildlife, and scenic, recreational, geological, historical, ecological, hydrological, and traditionally cultural use values.
Authorized Aug. 26, 1994. Length: 14 miles.

**Flathead River**
Flathead National Forest
1935 3rd Avenue E.
Kalispell, MT 59901

Glacier National Park
PO Box 128
West Glacier, MT 59936-0128

Coursing the western boundary of Glacier National Park, Montana, this is a noted spawning stream. The designation includes portions of the North, Middle, and South Fork Flathead Rivers, and Bear Creek. The river was designated for outstandingly remarkable fish, wildlife, and scenic, recreational, geological, historical, botanical, and ethnographical values.
Authorized Oct. 12, 1976. Length: 219 miles.

**Great Egg Harbor Scenic and Recreational River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818
www.nps.gov/greg

See Great Egg Harbor Scenic and Recreational River, New Jersey, a unit of the National Park System.

**John Wild River**
Gates of the Arctic
National Park and Preserve
201 First Avenue
Doyon Bldg.
Fairbanks, AK 99701-4848

The river flows south through the Anaktuvuk Pass of Alaska's Brooks Range, located within the Gates of the Arctic National Park and Preserve. The river was designated for outstandingly remarkable wildlife and scenic and cultural values.
Authorized Dec. 2, 1980. Length: 52 miles.

**Kern River**
Sequoia National Park
47050 Generals Highway
Three Rivers, CA 93271-9651

This river includes both the north and south forks of the Kern. The south fork is totally free-flowing. It descends through deep gorges with large granite outcroppings and domes interspersed with open meadows. The river was designated for outstandingly remarkable wildlife and scenic, recreational, and geologicalvalues.
Authorized Nov. 24, 1987. Length: 81 miles.

**Kings River**
Kings Canyon National Park
47050 Generals Highway
Three Rivers, CA 93271-9651

This river includes the entire middle and south forks, which are largely in Kings Canyon National Park. Beginning in glacial lakes above treeline, the rivers flow through deep, steep-sided canyons, over falls and cataracts, eventually becoming an outstanding whitewater rafting river in its lower reaches. The river was designated for outstandingly remarkable wildlife and scenic, recreational, and geological values.
Authorized Nov. 3, 1987. Length: 81 miles.

**Kobuk Wild River**
Gates of the Arctic
National Park and Preserve
201 First Ave., Doyon Bldg.
Fairbanks, AK 99701-4848

This river is contained within Gates of the Arctic National Park and Preserve, Alaska. From its headwaters in the Endicott Mountains, the stream courses south through a wide valley and passes through two scenic canyons. The river was designated for outstandingly remarkable fish and scenic, recreational, geological, and cultural values.
Authorized Dec. 2, 1980. Length: 110 miles.

**Lamprey**
**Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

The Lamprey River in southeastern New Hampshire has the largest quantity of anadromous fish in the Great Bay watershed, hosts substantial numbers of freshwater mussel species, and includes archeological sites of prehistoric and nineteenth-century culture, which are representative of the early settlement of New Hampshire's seacoast region. The river was designated for outstandingly remarkable fish, wildlife, and historical, cultural, botanical, ecological, and hydrological values.
Authorized Nov. 12, 1996. Length: 23.5 miles.

**Lower Delaware**
**Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818
www.nps.gov/lode

This river includes portions of the mainstem Delaware River and 3 tributaries: Tinicum Creek, Tohickon Creek, and Paunacussing Creek. The river valley contains habitats that do not occur elsewhere in the region, including flora and fauna usually found only in arctic-alpine climates. In addition, the river is one of the most significant corridors in the nation, containing buildings used during Washington's famous crossing, historic navigation canals, and Native American and colonial era archaeological sites and mills. The river was designated for outstandingly remarkable scenic, recreational, geological, cultural, and ecological values.
Authorized Nov. 1, 2000. Length: 67.3 miles.

**Maurice Scenic and Recreational River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

This rivers includes portions of the Maurice River and three tributaries: Manumuskin River and Menantico and Muskee Creeks. The Maurice River corridor is an unusually pristine Atlantic Coastal river with nationally and internationally important resources. Serving as a critical link between the Pinelands National Reserve and the Delaware Estuary, it is also part of the Atlantic Flyway, where its clean waters and related habitats are vitally important to the migration of shorebirds, songbirds, waterfowl, raptors, rails, and fish. The river was designated for outstandingly remarkable fish, wildlife, and recreational, cultural, and ecological values.
Authorized Dec. 1, 1993. Length: 35.4 miles.

**Merced River**
Yosemite National Park
PO Box 577
Yosemite National Park, CA
95389-0577

Including the south fork, this segment of the Merced flows through superlative scenery—glaciated peaks, lakes, alpine and subalpine meadows—in alternating pools and cascades. The South Fork possesses one of the few remaining pristine Sierra fisheries with self-sustaining populations of rainbow, eastern brook, and brown trout. The river was designated for outstandingly remarkable scenic, recreational, geological, cultural, biological, and hydrological values.
Authorized Nov. 2, 1987. Length: 81 miles.

**Middle Delaware River**
c/o Delaware Water Gap
National Recreation Area
Bushkill, PA 18324-9410

See Middle Delaware National Scenic River, Pennsylvania, a unit of the National Park System.

**Missisquoi and Trout National Wild and Scenic Rivers**
2839 VT Route 105
East Berkshire, VT 05447

The designation includes portions of the Missisquoi River, upstream and downstream of the Canadian border, and its major tributary, the Trout River with Big Falls, the largest natural, undammed falls in Vermont. The rivers are renowned for their numerous deep and picturesque bedrock swimming holes. The river was designated for outstandingly remarkable fish, wildlife, and cultural, geological, historical, recreational, and scenic values.
Authorized Dec. 19, 2014. Length: 46.1 miles.

**Missouri National Recreational River**
508 East Second Street
Yankton, SD 57078

See Missouri National Recreational River, Nebraska, a unit of the National Park System.

**Mulchatna Wild River**
Lake Clark National Park
and Preserve
4230 University Drive
Suite 311
Anchorage, AK 99508-4626

Mulchatna Wild River, which lies within Lake Clark National Park and Preserve, Alaska, is exceptionally scenic as it flows out of Turquoise Lake with the glacier-clad Chigmit Mountains to the east. Moose and caribou inhabit the area. The river was designated for outstandingly remarkable fish and scenic, recreational, and historical values.
Authorized Dec. 2, 1980. Length: 24 miles.

**Musconetcong National Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

This river, nestled in the heart of the distinctive New Jersey Highlands region, features a remarkably diverse array of natural and cultural resources. It is often referred to as the best trout fishery in New Jersey, where anglers in the region have access to the river from hundreds of acres of publicly owned lands along the river's banks. The river was designated for outstandingly remarkable scenic, recreational, historical, cultural, and ecological values.
Authorized: Dec. 22, 2006. Length: 24.2 miles.

**Niobrara**
**National Scenic River**
214 W. Hwy 20
Valentine, NE 69201-2104
www.nps.gov/niob

See Niobrara National Scenic Riverway, Nebraska, a unit of the National Park System.

**Noatak Wild River**
PO Box 1029
Kotzebue, AK 99752-1029

c/o Gates of the Arctic
National Park and Preserve
201 First Avenue
Doyon Bldg.
Fairbanks, AK 99701-4848

Noatak Wild River is situated in Gates of the Arctic National Park and Preserve and Noatak National Preserve in Alaska. The Noatak drains the largest mountain-ringed river basin in America that is still virtually unaffected by human activities. The river was designated for outstandingly remarkable fish, wildlife, and cultural, recreational, and scenic values.
Authorized Dec. 2, 1980. Length: 330 miles.

**North Fork of the Koyukuk**
**Wild River**
Gates of the Arctic
National Park and Preserve
201 First Ave., Doyon Bldg.
Fairbanks, AK 99701-4848

The river flows from the south flank of the Arctic Divide through broad, glacially-carved valleys beside the rugged Endicott Mountains in Alaska's Central Brooks Range. The river was designated for outstandingly remarkable cultural, historic, recreational, and scenic values.
Authorized Dec. 2, 1980. Length: 102 miles.

**Obed**
**Wild and Scenic River**
PO Box 429
Wartburg, TN 37887-0429
www.nps.gov/obed

See Obed Wild and Scenic River, Tennessee, a unit of the National Park System.

**Rio Grande**
**Wild and Scenic River**
c/o Big Bend National Park
PO Box 129
Big Bend National Park, TX
79834-0129
www.nps.gov/rigr

See Rio Grande Wild and Scenic River, Texas, a unit of the National Park System.

**River Styx**
**Wild and Scenic River**
c/o Oregon Caves National
Monument and Preserve
19000 Caves Highway
Cave Junction, OR
97523- 9716

The River Styx is actually the underground segment of Cave Creek as it flows through Oregon Caves National Monument. The river was designated because of its free flow and water quality.
Authorized Dec. 19, 2014. Length: 0.4 miles.

**Saint Croix**
**National Scenic Riverway**
401 N. Hamilton Street
St. Croix Falls, WI
54024-0708
www.nps.gov/sacn

See Saint Croix National Scenic Riverway, Wisconsin, a unit of the National Park System.

**Salmon Wild River**
Kobuk Valley National Park
PO Box 1029
Kotzebue, AK 99752-1029

Salmon Wild River, located within Kobuk Valley National Park, Alaska, is small but exceptionally beautiful, with deep, blue-green pools and many rock outcroppings. The river was designated for outstandingly remarkable recreation, wildlife, and cultural values.
Authorized Dec. 2, 1980. Length: 70 miles.

**Snake River Headwaters Wild and Scenic River**
c/o Bridger-Teton National Forest
340 N. Cache
PO Box 1888
Jackson, WY 83001

The Snake River Headwaters flows through parts of Yellowstone and Grand Teton National Parks, the John D. Rockefeller Memorial Parkway, and the Bridger-Teton National Forest in Wyoming. The river was designated for outstandingly remarkable fish, wildlife, and cultural, geological, recreational, scenic, and ecological values.
Authorized March 30, 2009. Length: 387.5 miles.

**Sudbury, Assabet and Concord National Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

The Sudbury and Assabet Rivers join in Concord, Massachusetts, to form the Concord River. The Concord flows through both Great Meadows National Wildlife Refuge and Minute Man National Historical Park. The river played a significant role in early American history as the site of the "shot heard 'round the world" and in the writings of Henry David Thoreau, Ralph Waldo Emerson, and others. The river was designated for outstandingly remarkable ecological, historical, scenic, and recreational values as well as for its place in American literature.
Authorized April 9, 1999. Length: 29 miles.

**Taunton Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

The Taunton River is the longest undammed coastal river in New England, supporting 154 species of birds and 45 species of fish, including the bald eagle and the Atlantic sturgeon. The river was designated for outstandingly remarkable fish, estuary, diversity, and historical, archaeological, recreational, scenic, ecological, biological, and agricultural values.
Authorized March 30, 2009. Length: 40 miles.

**Tinayguk Wild River**
Gates of the Arctic National Park
201 First Avenue,
Doyon Bldg.
Fairbanks, AK 99701-4848

Alaska's Tinayguk River is the largest tributary of the North Fork of the Koyukuk. Both lie entirely within the pristine environment of Gates of the Arctic National Park and Preserve, Alaska. The river was designted for outstandingly remarkable recreatioanl value.
Authorized Dec. 2, 1980. Length: 44 miles.

**Tlikakila Wild River**
Lake Clark National Park and Preserve
4230 University Drive
Suite 311
Anchorage, AK 99508-4626

Located about 100 miles west of Anchorage in Lake Clark National Park, Alaska, Tlikakila Wild River is closely flanked by glaciers, 10,000-foot-high, rock-and-snow-capped mountains, and perpendicular cliffs. The river was designated for outstandingly remarkable fish, wildlife, and geological, historical, recreational, and scenic values.
Authorized Dec. 2, 1980. Length: 51 miles.

**Tuolumne River**
Yosemite National Park
PO Box 577
Yosemite National Park, CA 95389-0577

The Tuolumne originates from snowmelt off Mounts Dana and Lyell in Yosemite National Park and courses 54 miles before crossing into Stanislaus National Forest. The national forest segment contains some of the most noted whitewater in the High Sierra and is an extremely popular rafting stream. The river was designated for outstandingly remarkable cultural, recreational, scenic, and biological values.
Authorized Sept. 28, 1984. Length: 83 miles.

**Upper Delaware Scenic and Recreational River**
274 River Road
Beach Lake, PA 18405-9737

See Upper Delaware Scenic and Recreational River, Pennsylvania, a unit of the National Park System.

**Virgin**
**Wild and Scenic River**
c/o Zion National Park
Springdale, UT 84767-1099
435-772-3256
www.nps.gov/zion

Over the course of 13 million years, the Virgin River has carved through the red sandstones of Zion National Park, Utah, to create some of the most unforgettable scenery in the National Park System. The erosion from this river created "The Narrows," which is one of the premiere hiking adventures in the park. The river was designated for outstandingly remarkable fish, wildlife, and cultural, geological, recreational, and scenic values.
Authorized March 30, 2009. Length: 169.3 miles.

**Wekiva**
**Wild and Scenic River**
c/o National Park Service
Southeast Region
National Wild and Scenic
Rivers Division
100 Alabama Street SW
Atlanta, GA 30303

The Wekiva River Basin is a complex ecological system of rivers, springs, seepage areas, lakes, streams, sinkholes, wetland prairies, hardwood hammocks, pine flatwoods, and sand pine scrub communities. Water qualitiy is exhibited in spring-fed clear streams and blackwater streams receiving most of their flow from precipitation. The river was designated for outstandingly remarkable fish, wildlife, and historical, recreational, and scenic values.
Authorized Oct. 13, 2000. Length: 41.6 miles.

**Westfield**
**Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

The Westfield River provides over 50 miles of the Northeast's finest whitewater, canoeing, and kayaking; contains one of the largest roadless wilderness areas remaining in the state; and is home to several endangered species. The river was designated for outstandingly remarkable fish, wildlife, and geological, historical, recreational, scenic, ecological, biological, and hydrological values.
Authorized Nov. 2, 1993. Lengthened: Oct. 29, 2004. Length: 78.1 miles.

**White Clay Creek**
**Wild and Scenic River**
c/o National Park Service
Northeast Region
National Wild and Scenic
Rivers Division
200 Chestnut Street
Philadelphia, PA 19106-2818

White Clay Creek flows through southwestern Chester County, Pennsylvania, and northwestern New Castle County, Delaware. The White Clay Creek watershed is renowned for its scenery, opportunities for birding and trout fishing, and for its historic resources. The watershed is also an important source of drinking water for residents of Pennsylvania and Delaware. The river was designated for outstandingly remarkable fish, wildlife, and geological values.
Authorized Oct. 24, 2000. Lengthened: Dec. 19, 2014. Length: 199 miles.

**Wolf River**
c/o National Park Service
Midwest Region
National Wild and Scenic
Rivers Division
601 Riverfront Drive
Omaha, NE 68102

Noted as one of the most scenic and rugged rivers in the Midwest, the Wolf flows through the Menominee Reservation. The river is not developed for public use.
Authorized Oct. 2, 1968. Length: 24 miles.

# National Trails System



APPALACHIAN TRAIL CONSERVANCY/MICHAEL SCOTT PETTY

**Appalachian National Scenic Trail**

The National Trails System Act of 1968, as amended, calls for establishing trails in both urban and rural settings for people of all ages, interests, skills, and physical abilities. The act promotes the enjoyment and appreciation of trails while encouraging greater public access. It establishes four classes of trails: national scenic trails, national historic trails, national recreation trails, and side and connecting trails.

National scenic trails are to be continuous, extended routes of outdoor recreation within protected corridors. The first two established under the National Trails System Act were the Appalachian and the Pacific Crest trails. They wind through some of the nation's most striking natural beauty.

National historic trails recognize original trails or routes of travel of national historic significance including past routes of exploration, migration, and military action.

The term national recreation trail is given to an existing local or regional trail when recognized by the federal government, with the consent of any federal, state, local, non-profit, or private entity having jurisdiction over these lands. Today almost 1,300 of these trails have been designated throughout the country. They are located in all 50 states, the District of Columbia, and Puerto Rico.

Side and connecting trails provide additional access to and between components of the National Trails System. To date, seven have been designated.

Since 1968, 45 long-distance trails have been studied for inclusion in the system, and 30 have been designated. The National Park Service administers 21; the Bureau of Land Management administers one; and the National Park Service and Bureau of Land Management jointly administer two. The U.S. Forest Service administers six.

The National Park Service encourages all public and private agencies to develop, maintain, and protect trails. With the cooperation and support of a nationwide trails community, the vision of an interconnected, cross-country trail system will become a reality. For information about the National Trails System Act visit: www.nps.gov/nts.

**Ala Kahakai
National Historic Trail**
National Park Service
c/o Kaloko-Honokōhau
National Historical Park
73-4786 Kanalani Street, #14
Kailua Kona, HI 96740-2608
www.nps.gov/alka

Ala Kahakai, "trail by the sea," connects shoreline trails associated with Polynesian settlement, illustrating how Hawaiians flourished as a civilization. Events commemorated along the trail include Captain Cook's historic landing, the rise of Kamehameha I, and changes leading to Hawaii's unique blend of cultures. The trail runs along beaches, passes ancient sites, and goes through natural, urban, and wilderness areas. Established Jan. 24, 2000. Length: 175 miles.

**Appalachian
National Scenic Trail**
National Park Service
PO Box 50
Harpers Ferry, WV 25425
www.nps.gov/appa

For public inquiries:
Appalachian Trail
Conservancy
PO Box 807
Harpers Ferry, WV 25425

About 2,150 miles of this scenic trail follow the Appalachian Mountains from Katahdin, ME, through New Hampshire, Vermont, Massachusetts, Connecticut, New York, New Jersey, Pennsylvania, Maryland, West Virginia, Virginia, Tennessee, and North Carolina, to Springer Mountain, GA. The trail is one of the two initial components of the National Trails System. It is also a unit of the National Park System. Established Oct. 2, 1968. Length: 2,175 miles.

**Arizona
National Scenic Trail**
USDA Forest Service
Southwestern Region
Coronado National Forest
300 W. Congress Street
Tucson, AZ 85701

For public inquiries, contact:
Arizona Trail Association
534 N. Stone Avenue
Tucson, Arizona  85705
(602) 252-4794
ata@aztrail.org
www.aztrail.org

The Arizona National Scenic Trail is an 800-mile primitive trail throughout the entire state of Arizona, from the US/Mexico border to the Utah state line. The trail connects deserts, mountains, canyons, forests, communities and people. It is open to all forms of non-motorized recreation and is one of the most biodiverse trails in America.
Administered by the U.S. Forest Service.
Established March 30, 2009. Length: 800 miles

**California
National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/cali

The California Trail is a system of overland routes, with five entry points along the Missouri River and ending at many locations in California and Oregon. From 1831, the trail saw one of America's great mass migrations, seeking the promise of riches and a new life in California. Established Aug. 3, 1992. Length: 5,600 miles.

**Captain John Smith
Chesapeake National
Historic Trail**
National Park Service
410 Severn Avenue, Suite 314
Annapolis, MD 21403
www.nps.gov/cajo

This historic trail commemorates the exploratory voyages in 1607-1609 of Captain Smith, interprets the historic and contemporary lifeways of American Indians, and explores the watershed's natural history. Connecting dozens of gateway communities and hundreds of parks, museums, and public access sites, the trail provides land and water-based learning and recreation opportunities along the Chesapeake Bay and its tributaries.
Established: Dec. 19, 2006. Length: 3,000 miles.

**Continental Divide National Scenic Trail**
USDA Forest Service
Rocky Mountain Region
740 Simms Street
Golden, CO 80401

This trail runs along the Rocky Mountains near the Continental Divide from the US/Canadian border at Waterton Lake in Glacier National Park through Montana, Idaho, Wyoming, Colorado and New Mexico, ending at the US/Mexican border in the Big Hatchets Wilderness Conservation Area. Administered by the U.S. Forest Service
Established Nov. 10, 1978. Length: 3,200 miles.

**El Camino Real de los Tejas National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/elte

Established in the late 1600s as a route connecting missions across the plains of Texas, the route played key roles in securing the Spanish frontier with France, in holding Mexico's northern frontier after independence in 1821, and as the gateway for American settlement of Texas after the Republic period. The route was known as the "Old San Antonio Road."
Established Oct. 18, 2004. Length: multiple routes totaling about 2,600 miles.

**El Camino Real de Tierra Adentro National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/elca

From 1598 to 1882, the 1,600-mile Camino Real de Tierra Adentro joined Mexico City and Santa Fe. It aided exploration, colonization, economic development, and subsequent cultural interactions among Spanish, Anglo, and native peoples. Only the 404 miles in the United States are designated as a National Historic Trail. Co-administered with the Bureau of Land Management.
Established Oct. 13, 2000. Length: 404 miles.

**Florida National Scenic Trail**
USDA Forest Service
National Forests in Florida
325 John Knox Road, Building F-100
Tallahassee, FL 32303-4106

The trail runs north from Big Cypress National Preserve and the Kissimmee Prairie through various national and state forests to the Gulf Islands National Seashore, all in Florida. Over 1,000 miles have been developed for public use. Administered by the U.S. Forest Service.
Established March 28, 1983. Length: 1,300 miles.

**Ice Age National Scenic Trail**
National Park Service
700 Rayovac Drive
Suite 100
Madison, WI 53711
www.nps.gov/iatr

Winding over Wisconsin's glacial moraines, the trail links six of the nine units of the Ice Age National Scientific Reserve. It traverses significant features of Wisconsin's glacial heritage. 634 miles are open to public use; additional miles are being developed.
Established Oct. 3, 1980. Length: 1,000 miles.

**Iditarod National Historic Trail**
Bureau of Land Management
6881 Elmore Road
Anchorage, AK 99507

One of Alaska's preeminent Gold Rush trails, the trail extends from Seward to Nome and is composed of a network of trails and side trails developed in the early 1900s. An annual dog-sled race from Anchorage to Nome brings this trail international attention. Administered by the Bureau of Land Management.
Established Nov. 10, 1978. Length: 2,350 miles.

**Juan Bautista de Anza National Historic Trail**
National Park Service
c/o NPS Pacific-West Region Office
333 Bush Street, #500
San Francisco, CA 94104-2828
www.nps.gov/juba

The trail commemorates the overland route taken by Spanish colonists in 1775-76 to establish the Presidio and Mission of San Francisco. The Anza Expedition was comprised of 30 families (over 240 individuals) who emigrated from northern Mexico to establish Spain's northernmost colony in Alta California.
Established Aug. 15, 1990. Length in U.S.: 1,200 miles.

143


Harriet Tubman Underground Railroad National Historical Park

**Lewis and Clark**
**National Historic Trail**
National Park Service
601 Riverfront Drive
Omaha, NE 68102
www.nps.gov/lecl

The route of the 1804-1806 Lewis and Clark Expedition extends from Wood River, Illinois, to the mouth of the Columbia River near present day Astoria, Oregon. It follows the historic outbound and return routes to connect 11 states (Illinois, Missouri, Kansas, Nebraska, Iowa, South Dakota, North Dakota, Montana, Idaho, Washington, and Oregon) and many tribal lands where public, private, and tribal sites provide for public use and interpretation of the expedition. Established Nov. 10, 1978. Length: 3,700 miles.

**Mormon Pioneer**
**National Historic Trail**
National Park Service
324 South State St., Suite 200
Salt Lake City, UT 84111
www.nps.gov/mopi

This trail follows the route over which Brigham Young led the Mormons from Nauvoo, Ilinois, to the site of today's Salt Lake City, Utah, in 1846–47.
Established Nov. 10, 1978. Length: 1,300 miles.

**Natchez Trace**
**National Scenic Trail**
National Park Service
c/o Natchez Trace Parkway
2680 Natchez Trace Parkway
Tupelo, MS 38804-9718
www.nps.gov/natt

The Natchez Trace National Scenic Trail traverses the states of Mississippi, Alabama, and Tennessee and provides visitors an opportunity to experience the unique cultural and natural aspects of the Natchez Trace. The Natchez Trace was a primitive trail stretching some 500 miles through the wilderness from Natchez, Mississippi, to Nashville, Tennessee. The trail parallels the 444-mile corridor of the Natchez Trace Parkway. There are also five developed pedestrian/equestrian sections near the following areas: Nashville, TN; Tupelo, MS; Jackson, MS; Port Gibson, MS; and Natchez, MS.
Established March 28, 1983. Length: 64 miles.

**New England**
**National Scenic Trail**
National Park Service
Northeast Region
15 State Street
Boston, MA 02109
www.nps.gov/neen

The New England Trail traverses a classic New England landscape: long-distance vistas of rural towns, agrarian lands, forests, and river valleys. The trail also highlights diverse ecosystems, from traprock ridges to vernal pools, lakes, and waterfalls.
Established March 30, 2009. Length: 215 miles.

**Nez Perce (Nee-Me-Poo)**
**National Historic Trail**
USDA Forest Service
Northern Region
12730 Highway 12
Orofino, ID 83544

The Nez Perce Trail commemorates the war and flight of the non-treaty Nez Perce Indians in 1877. It begins in northeastern Oregon, extends across Idaho to central Montana, bisecting Yellowstone National Park in Wyoming and ending near the Bears Paw Mountains in Montana. Administered by the U.S. Forest Service.
Established Oct. 6, 1986. Length: 1,170 miles.

**North Country**
**National Scenic Trail**
National Park Service
PO Box 288
Lowell, MI 49331
www.nps.gov/noco

The trail connects outstanding scenic, natural, and cultural sites in seven northern tier states extending from Crown Point, NY, to Lake Sakakawea in North Dakota. Additional miles are being developed.
Established March 5, 1980.
Length upon completion: approximately 4,600 miles.

**Old Spanish**
**National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/olsp

Opened by Santa Fe trader Antonio Armijo in 1829, this trail connected Santa Fe to Los Angeles across Mexico's northern frontier. In the following years, Mexicans, Americans, and American Indians traded wool products, horses, mules, and human captives along the trail. Today's route connects natural landmarks, springs, mountain and canyon passes, and historic towns. Co-administered with the Bureau of Land Management.
Established Dec. 4, 2002. Length: about 2,700 miles.

**Oregon**
**National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/oreg

Between 1841 and 1860, hundreds of thousands of pioneers followed this trail westward from points along the Missouri River to Willamette Valley, Oregon.
Established Nov. 10, 1978. Length: 2,170 miles.

**Overmountain Victory**
**National Historic Trail**
National Park Service
2635 Park Road
Blacksburg, SC 29702
www.nps.gov/ovvi

This route follows the path of a band of Revolutionary War patriots who mustered in western Virginia and eastern Tennessee and came across the mountains of North Carolina to Kings Mountain in South Carolina. There they defeated British-led militia in 1780, helping turn the tide for eventual American victory in the war.
Established Sept. 8, 1980. Length: 330 miles.

**Pacific Crest**
**National Scenic Trail**
USDA Forest Service
Pacific Southwest Regional
Office (Region 5)
1323 Club Drive
Vallejo, CA 94592

Extending from the Mexican border northward along the Sierra and Cascade peaks of California, Oregon, and Washington, the trail reaches the Canadian border near Ross Lake, Washington. The trail is one of the two initial components of the National Trails System. Administered by the U.S. Forest Service.
Established Oct. 2, 1968. Length: 2,638 miles.

**Pacific Northwest**
**National Scenic Trail**
USDA Forest Service
c/o Mt. Baker-Snoqualmie
NF
2930 Wetmore Avenue
Suite 3A
Everett, WA 98201

This trail begins at the Continental Divide and travels west to the Pacific Ocean. Along the way it passes through wilderness, working landscapes, and downtown Main Streets of the Pacific Northwest. It connects the Pacific Crest and Continental Divide National Scenic Trails. Administered by the U.S. Forest Service.
Established March 30, 2009. Length: 1,200 miles.

**Pony Express**
**National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/poex

For about 18 months in 1860–61, horseback riders carried mail between St. Joseph, MO, and Sacramento, CA, in about 10 to 16 days, proving that a regular overland communications link to the Pacific coast was possible. Most of the 185 relay stations no longer exist.
Established Aug. 3, 1992. Length: approximately 2,000 miles.

**Potomac Heritage
National Scenic Trail**
National Park Service
PO Box B
Harpers Ferry, WV 25425
www.nps.gov/pohe

Between the mouth of the Potomac River and the Allegheny Highlands, this evolving trail network provides access to the beauty and heritage of the Potomac and Youghiogheny river corridors. The network includes the Laurel Highlands Hiking Trail, the Chesapeake & Ohio Canal Towpath, part of the Great Allegheny Passage, various named Potomac Heritage Trail segments, the Mount Vernon Trail, bicycling routes on the Northern Neck of Virginia and in southern Maryland, and many parks, historic sites and natural areas.
Authorized: March 28, 1983. Length: approximately 710 miles.

**Santa Fe
National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/safe

From 1821 the Santa Fe Trail was an international trade route between Missouri and New Mexico. After the U.S.-Mexican War (1846–1848), it continued to be used for commercial and military freighting, mail delivery, stagecoach lines, and general travel.
Established May 8, 1987. Length: 1,203 miles.

**Selma to Montgomery
National Historic Trail**
National Park Service
7002 US Highway 80 West
PO Box 595
Hayneville, AL 36040-4612
www.nps.gov/semo

This trail commemorates the 1965 voting rights march led by Dr. Martin Luther King, Jr. The marchers walked along U.S. Highway 80 from Brown Chapel A.M.E. Church in Selma, AL, to the State Capitol in Montgomery. The march helped inspire passage of voting rights legislation signed by President Johnson on Aug. 6, 1965.
Established Nov. 12, 1996. Length: 54 miles.

**Star-Spangled Banner
National Historic Trail**
National Park Service
c/o Fort McHenry
National Monument and
Historic Shrine
2400 E. Fort Ave.
Baltimore, MD 21230
www.nps.gov/stsp

This five-pronged set of land and water trails commemorates the movements of British and American forces in the Chesapeake Bay region during the War of 1812. In the summer of 1814, British naval forces occupied the Chesapeake Bay, burned public buildings in Washington, D.C., occupied Alexandria, VA, and laid siege to Fort McHenry in Baltimore, MD. During that unsuccessful siege, Francis Scott Key wrote the poem that became the U.S. national anthem.
Established: May 8, 2008. Length: 290 miles.

**Trail of Tears
National Historic Trail**
National Park Service
National Trails
Intermountain Region
PO Box 728
Santa Fe, NM 87504-0728
www.nps.gov/trte

The Trail of Tears commemorates the primary land and water routes, round-up routes, and disbandment routes used for the forced removal of over 16,000 Cherokee Indians from their ancestral lands in North Carolina, Tennessee, Georgia, and Alabama to Indian Territory (today's Oklahoma) in 1838–39.
Established Dec. 16, 1987; Amended Mar. 30, 2009. Length: approximately 5,045 miles.

**Washington-Rochambeau
Revolutionary Route
National Historic Trail**
National Park Service
200 Chestnut Street,
Philadelphia, PA 19106
www.nps.gov/waro

The Washington-Rochambeau Revolutionary Route commemorates the land and water routes used by the allied forces of the American and French armies and navies leading to the 1781 British surrender at Yorktown, VA, and their victorious return north to Boston, MA. The network of land and water routes traverses nine states and the District of Columbia.
Established March 30, 2009. Length: over 1,000 miles by land and water.


Glacier Bay National Park and Preserve

# Alphabetical Listing

**Abraham Lincoln Birthplace** National Historical Park, Kentucky 56

**Abraham Lincoln** National Heritage Area, Illinois 125

**Acadia** National Park, Maine 58

**Adams** Memorial, Distrcit of Columbia 117

**Adams** National Historical Park, Massachusetts 62

**African Burial Ground** National Monument, New York 80

**Agate Fossil Beds** National Monument, Nebraska 72

**Ala Kahakai** National Historic Trail, Hawaii 142

**ALABAMA 18**

**Alagnak** Wild River, Alaska 19, 134

**ALASKA 19**

**Alatna** Wild River, Alaska 134

**Alcatraz Island** (See Golden Gate NRA)

**Aleutian World War II** National Historic Area, Alaska 119

**Alibates Flint Quarries** National Monument, Texas 99

**Allegheny Portage Railroad** National Historic Site, Pennsylvania 90

**American** Memorial Park, Saipan 119

**AMERICAN SAMOA 23**

**America's Agricultural Heritage Partnership,** Iowa 125

**Amistad** National Recreation Area, Texas 99

**Andersonville** National Historic Site, Georgia 48

**Andrew Johnson** National Historic Site, Tennessee 96

**Aniakchak** National Monument, Alaska 19

**Aniakchak** National Preserve, Alaska 19

**Aniakchak** Wild River, Alaska 134

**Antietam** National Battlefield, Maryland 58

**Apostle Islands** National Lakeshore, Wisconsin 112

**Appalachian** National Scenic Trail, Maine 58, 142

**Appomattox Court House** National Historical Park, Virginia 103

**Arabia Mountain** National Heritage Area, Georgia 125

**Arches National Park,** Utah 101

**ARIZONA 24**

**Arizona** National Scenic Trail, Arizona 142

**ARKANSAS 28**

**Arkansas Post** National Memorial, Arkansas 28

**Arlington House, The Robert E. Lee Memorial,** Virginia 104

**Assateague Island** National Seashore, Maryland 59

**Atchafalaya** National Heritage Area, Louisiana 125

**Augusta Canal** National Heritage Area, Georgia 125

Automobile National Heritage Area (See MotorCities National Heritage Area)

**Aztec Ruins** National Monument, New Mexico 77

**Badlands** National Park, South Dakota 98

Bainbridge Island Japanese American Exclusion Memorial (See Minidoka NHS)

**Baltimore** National Heritage Area, Maryland 125

**Bandelier** National Monument, New Mexico 77

Barton, Clara (See Clara Barton NHS)

**Benjamin Franklin** National Memorial (See also Independence NHP), Pennsylvania 119

**Bent's Old Fort** National Historic Site, Colorado 38

**Bering Land Bridge** National Preserve, Alaska 19

Bethune, Mary (See Mary McLeod Bethune Council House NHS)

**Big Bend** National Park, Texas 99

**Big Cypress** National Preserve, Florida 46

**Big Hole** National Battlefield, Montana 70

**Bighorn Canyon** National Recreation Area, Montana 71

**Big South Fork** National River and Recreation Area, Tennessee 96

**Big Thicket** National Preserve, Texas 99

**Biscayne** National Park, Florida 46

**Black Canyon of the Gunnison** National Park, Colorado 38

**Blackstone River Valley** National Historical Park, Rhode Island 93

**Blue Ridge** National Heritage Area, North Carolina 125

**Blue Ridge Parkway,** North Carolina 85

**Bluestone** National Scenic River, West Virginia 111, 134

**Booker T. Washington** National Monument, Virginia, 104

**Boston African American** National Historic Site, Massachusetts 62

**Boston Harbor Islands** National Recreation Area, Massachusetts, 62

**Boston** National Historical Park, Massachusetts 63

**Brices Cross Roads** National Battlefield Site, Mississippi 68

**Brown v. Board of Education** National Historic Site, Kansas 55

**Bryce Canyon** National Park, Utah 101

**Buck Island Reef** National Monument,

Virgin Islands 107
**Buffalo National River**, Arkansas 28

**C**abrillo National Monument, California 31
**Cache La Poudre** River Corridor, Colorado 126
**Cache La Poudre** Wild and Scenic River, Colorado 134
**CALIFORNIA 31**
**California** National Historic Trail, California 142
**Canaveral** National Seashore, Florida 46
**Cane River Creole** National Historical Park, Louisiana 57
**Cane River** National Heritage Area, Louisiana 126
**Canyon de Chelly** National Monument, Arizona 24
**Canyonlands** National Park, Utah 101
Cape Canaveral (See Canaveral NHP)
**Cape Cod** National Seashore, Massachusetts 63
**Cape Hatteras** National Seashore, North Carolina 85
**Cape Krusenstern** National Monument, Alaska 19
**Cape Lookout** National Seashore, North Carolina 85
**Capitol Reef** National Park, Utah 101
**Capulin Volcano** National Monument, New Mexico 77
**Captain John Smith Chesapeake** National Historic Trail, Maryland 142
**Carl Sandburg Home** National Historic Site, North Carolina 85
**Carlsbad Caverns** National Park, New Mexico 77
Carter, Jimmy (See Jimmy Carter NHS)
**Carter G. Woodson Home** National Historic Site, District of Columbia 41
Carver, George Washington (See George Washington Carver NM; Tuskegee Institute NHS)
**Casa Grande Ruins** National Monument, Arizona 24
**Castillo de San Marcos** National Monument, Florida 46
**Castle Clinton** National Monument, New York 80
**Catoctin Mountain Park**, Maryland 59
**Cedar Breaks** National Monument, Utah 101
**Cedar Creek and Belle Grove** National Historical Park, Virginia 104
**Céasar E. Chávez** National Monument, Claifornia 31
**Chaco Culture** National Historical Park, New Mexico 78
**Chamizal** National Memorial, Texas 99

**Champlain Valley** National Heritage Partnership, Vermont 126
**Channel Islands** National Park, California 31
**Charles Pinckney** National Historic Site, South Carolina 94
**Charles Young Buffalo Soldiers** National Monument, Ohio 87
**Charley** Wild River, Alaska 134
**Chattahoochee River** National Recreation Area, Georgia 48
**Chesapeake and Ohio Canal** National Historical Park, Maryland 59
**Chicago Portage** National Historic Site, Illinois 119
**Chickamauga and Chattanooga** National Military Park, Georgia 48
**Chickasaw** National Recreation Area, Oklahoma 89
**Chilikadrotna** Wild River, Alaska 135
**Chimney Rock** National Historic Site, Nebraska 119
**Chiricahua** National Monument, Arizona 24
**Christiansted** National Historic Site, Virgin Islands 107
**City of Rocks** National Reserve, Idaho 51
**Clara Barton** National Historic Site, Maryland 59
Clark, George Rogers (See George Rogers Clark NHP)
Clinton, William J. (See President William Jefferson Clinton Birthplace Home NHS)
**Colonial** National Historical Park, Virginia 104
**COLORADO 38**
**Colorado** National Monument, Colorado 38
**Coltsville** National Historical Park, Connecticut 117
**Congaree** National Park, South Carolina 94
**CONNECTICUT 40**
**Constitution Gardens**, District of Columbia 41
**Continental Divide** National Scenic Trail, Colorado 143
**Coronado** National Memorial, Arizona 24
**Cowpens** National Battlefield, South Carolina 94
**Crater Lake** National Park, Oregon 89
**Craters of the Moon** National Monument and Preserve, Idaho 51
**Crossroads of the American Revolution** National Heritage Area, New Jersey 126
**Cumberland Gap** National Historical Park, Kentucky 56
**Cumberland Island** National Seashore, Georgia 48
**Curecanti** National Recreation Area, Colorado 38

150

Custer Battlefield National Monument (See Little Bighorn Battlefield NM)
**Cuyahoga Valley** National Park, Ohio 87

**D**ayton Aviation Heritage National Historical Park, Ohio 87
**Death Valley** National Park, California 31
**DELAWARE 41**
**Delaware and Lehigh** National Heritage Corridor, Pennsylvania 126
**Delaware Water Gap** National Recreation Area, Pennsylvania 90
**Denali** National Park and Preserve, Alaska 20
**De Soto** National Memorial, Florida 46
**Devils Postpile** National Monument, California 32
**Devils Tower** National Monument, Wyoming 112
**Dinosaur** National Monument, Colorado 39
**DISTRICT OF COLUMBIA 41**
Dorchester Heights National Historic Site (See Boston NHP)
Douglass, Frederick (See Frederick Douglass NHS)
**Dry Tortugas** National Park, Florida 46
**Dwight D. Eisenhower** Memorial, District of Columbia 117

**E**bey's Landing National Historical Reserve, Washington 108
**Edgar Allan Poe** National Historic Site, Pennsylvania 90
Edison, Thomas (See Thomas Edison NHP)
**Effigy Mounds** National Monument, Iowa 54
**Eightmile** National Wild and Scenic River, Connecticut 135
Eisenhower, Dwight D. (See Dwight D. Eisenhower Memorial)
**Eisenhower** National Historic Site, Pennsylvania 90
**Eleanor Roosevelt** National Historic Site, New York 80
Ellis Island (See Statue of Liberty NM)
**El Camino Real de los Tejas** National Historic Trail, Texas 143
**El Camino Real de Tierra Adentro** National Historic Trail, New Mexico 143
**El Malpais** National Monument, New Mexico 78
**El Morro** National Monument, New Mexico 78
**Erie Canalway** National Heritage Corridor, New York 126
**Essex** National Heritage Area, Massachusetts 126
**Eugene O'Neill** National Historic Site, California 32
**Everglades** National Park, Florida 47

**F**allen Timbers Battlefield and Fort Miamis National Historic Site, Ohio 119
**Farmington** National Wild and Scenic River, Connecticut 135
**Father Marquette** National Memorial, Michigan 120
**Federal Hall** National Memorial, New York 80
**Fire Island** National Seashore, New York 80
**First Ladies** National Historic Site, Ohio 87
**First State** National Historical Park, Delaware 41
Flathead River, Montana 135
**Flight 93** National Memorial, Pennsylvania 91
**FLORIDA 46**
**Florida** National Scenic Trail, Florida 143
**Florissant Fossil Beds** National Monument, Colorado 39
**Ford's Theatre** National Historic Site, District of Columbia 42
**Fort Bowie** National Historic Site, Arizona 24
**Fort Caroline** National Memorial, Florida 47
Fort Clatsop National Memorial (See Lewis and Clark National Historical Park)
**Fort Davis** National Historic Site, Texas 99
**Fort Donelson** National Battlefield, Tennessee 96
**Fort Frederica** National Monument, Georgia 48
Fort Jefferson National Monument (See Dry Tortugas NP)
**Fort Laramie** National Historic Site, Wyoming 113
**Fort Larned** National Historic Site, Kansas 55
**Fort McHenry** National Monument and Historic Shrine, Maryland 59
**Fort Matanzas** National Monument, Florida 47
**Fort Monroe** National Monument, Virginia 105
Fort Moultrie (See Fort Sumter NM)
**Fort Necessity** National Battlefield, Pennsylvania 91
Fort Pickens (See Gulf Islands NS)
**Fort Point** National Historic Site, California 32
**Fort Pulaski** National Monument, Georgia 49
**Fort Raleigh** National Historic Site, North Carolina 86
**Fort Scott** National Historic Site, Kansas 55
**Fort Smith** National Historic Site, Arkansas 28
**Fort Stanwix** National Monument, New York 81
**Fort Sumter** National Monument, South Carolina 94

Fort Union National Monument, New Mexico 78
Fort Union Trading Post National Historic Site, North Dakota 86
Fort Vancouver National Historic Site, Washington 109
Fort Washington Park, Maryland 60
Fossil Butte National Monument, Wyoming 113
Franklin, Benjamin (See Benjamin Franklin NMem; Independence NHP)
Franklin Delano Roosevelt Memorial, District of Columbia 42
Frederick Douglass National Historic Site, District of Columbia 42
Frederick Law Olmsted National Historic Site, Massachusetts 63
Fredericksburg and Spotsylvania County Battlefields Memorial National Military Park, Virginia 105
Freedom's Frontier National Heritage Area, Kansas 126
Freedom's Way National Heritage Area, Massachusetts 127
Friendship Hill National Historic Site, Pennsylvania 91

Garfield, James (See James A. Garfield NHS)
Gates of the Arctic National Park and National Preserve, Alaska 20
Gateway Arch (See Jefferson National Expansion Memorial)
Gateway National Recreation Area, New York 81
Gauley River National Recreation Area, West Virginia 111
General Grant Grove (See Kings Canyon NP)
General Grant National Memorial, New York 81
George Rogers Clark National Historical Park, Indiana 54
George Washington Birthplace National Monument, Virginia 105
George Washington Carver National Monument, Missouri 69
George Washington Memorial Parkway, Virginia 105
GEORGIA 48
Gettysburg National Military Park, Pennsylvania 91
Gila Cliff Dwellings National Monument, New Mexico 78
Glacier Bay National Park and Preserve, Alaska 20
Glacier National Park, Montana 71
Glen Canyon National Recreation Area, Arizona 25, Utah 102
Gloria Dei (Old Swedes') Church National

Historic Site, Pennsylvania 120
Golden Gate National Recreation Area, California 32
Golden Spike National Historic Site, Utah 102
Governors Island National Monument, New York 81
Gran Quivira National Monument (See Salinas NM)
Grand Canyon National Park, Arizona 25
Grand Portage National Monument, Minnesota 67
Grand Teton National Park, Wyoming 113
Grant, U.S. (See General Grant NMem; Ulysses S. Grant NHS)
Grant-Kohrs Ranch National Historic Site, Montana 71
Great Basin National Heritage Route, Nevada 127
Great Basin National Park, Nevada 73
Great Egg Harbor Scenic and Recreational River, New Jersey 74, 135
Great Sand Dunes National Park, Colorado 39
Great Sand Dunes National Preserve, Colorado 39
Great Smoky Mountains National Park, Tennessee 96
Greenbelt Park, Maryland 60
Green Springs National Historic Landmark District, Virginia 120
Guadalupe Mountains National Park, Texas 99
GUAM 50
Guilford Courthouse National Military Park, North Carolina 86
Gulf Islands National Seashore, Florida 47, Mississippi 68
Gullah/Geechee Cultural Heritage Corridor, South Carolina 127

Hagerman Fossil Beds National Monument, Idaho 52
Haleakalā National Park, Hawaii 50
Hamilton, Alexander (See Hamilton Grange NMem)
Hamilton Grange National Memorial, New York 82
Hampton National Historic Site, Maryland 60
Harpers Ferry National Historical Park, West Virginia 111
Harriet Tubman National Historical Park, New York 117
Harriet Tubman Underground Railroad National Historical Park, Maryland 61
Harry S Truman National Historic Site, Missouri 69

152

**HAWAII 50**
**Hawai'i Volcanoes** National Park, Hawaii 50
**Herbert Hoover** National Historic Site, Iowa 55
**Historic Camden** Revolutionary War Site, South Carolina 120
**Hohokam Pima** National Monument, Arizona 25
**Home of Franklin D. Roosevelt** National Historic Site, New York 82
**Homestead** National Monument of America, Nebraska 72
Hoover, Herbert (See Herbert Hoover NHS)
**Honouliuli** National Monument, Hawaii 50
**Hopewell Culture** National Historical Park, Ohio 88
**Hopewell Furnace** National Historic Site, Pennsylvania 91
**Horseshoe Bend** National Military Park, Alabama 18
**Hot Springs** National Park, Arkansas 30
**Hovenweep** National Monument, Colorado 39, Utah 102
**Hubbell Trading Post** National Historic Site, Arizona 25
**Hudson River Valley** National Heritage Area, New York 127

**Ice Age** National Scenic Trail, Wisconsin 143
**Ice Age** National Scientific Reserve, Wisconsin 120
**IDAHO 51**
**Iditarod** National Historic Trail, Alaska 143
**ILLINOIS 52**
**Illinois and Michigan Canal** National Heritage Corridor, Illinois 127
**Independence** National Historical Park, Pennsylvania 92
**INDIANA 54**
**Indiana Dunes** National Lakeshore, Indiana 54
**International Peace Garden**, North Dakota 121
**Inupiat** Heritage Center, Alaska 121
**IOWA 54**
**Isle Royale** National Park, Michigan 66

**James A. Garfield** National Historic Site, Ohio 88
**Jamestown** National Historic Site, Virginia 121
**Jean Lafitte** National Historical Park and Preserve, Louisiana 57
Jefferson Memorial (See Thomas Jefferson Memorial)
**Jefferson** National Expansion Memorial, Missouri 70
**Jewel Cave** National Monument, South Dakota 95
**Jimmy Carter** National Historic Site, Georgia 49
**John D. Rockefeller, Jr.**, Memorial Parkway, Wyoming 113
**John Day Fossil Beds** National Monument, Oregon 89
**John Fitzgerald Kennedy** National Historic Site, Massachusetts 63
**John H. Chafee Blackstone River Valley** National Heritage Corridor, Rhode Island 127
**John Muir** National Historic Site, California 32
**John** Wild River, Alaska 135
Johnson, Andrew (See Andrew Johnson NHS)
Johnson, Lyndon B. (See Lyndon B. Johnson NHP and Lyndon Baines Johnson Memorial Grove on the Potomac)
**Johnstown Flood** National Memorial, Pennsylvania 92
**Joshua Tree** National Park, California 32
**Journey Through Hallowed Ground** National Heritage Area, Virginia 128
**Juan Bautista de Anza** National Historic Trail, California 143

**Kalaupapa** National Historical Park, Hawaii 50
**Kaloko-Honokōhau** National Historical Park, Hawaii 50
**KANSAS 55**
**Kate Mullany** National Historic Site, New York 121
**Katmai** National Park and Preserve, Alaska 21
**Kenai Fjords** National Park, Alaska 21
**Kenai Mountains-Turnagain Arm** National Heritage Area, Alaska 128
Kennedy, J.F. (See John Fitzgerald Kennedy NHS)
**Kennesaw Mountain** National Battlefield Park, Georgia 49
**KENTUCKY 56**
**Kern River**, California 136
**Keweenaw** National Historical Park, Michigan 66
King, Martin Luther, Jr. (See Martin Luther King, Jr., NHS and Martin Luther King, Jr. Memorial)
**Kings Canyon** National Park, California 33
**Kings Mountain** National Military Park, South Carolina 94
**Kings River**, California 136
**Klondike Gold Rush** National Historical Park, Alaska 21, Washington 109
**Knife River Indian Villages** National Historic Site, North Dakota 86
**Kobuk Valley** National Park, Alaska 21
**Kobuk** Wild River, Alaska 136
**Korean War Veterans** Memorial, District of Columbia 42

Kosciuszko, Thaddeus (See Thaddeus Kosciuszko NMem)

**Lackawanna Valley** National Heritage Area, Pennsylvania 128

Lafitte, Jean (See Jean Lafitte NHP and Pres.)

**Lake Chelan** National Recreation Area, Washington 109

**Lake Clark** National Park and Preserve, Alaska 22

**Lake Mead** National Recreation Area, Arizona 26, Nevada 73

**Lake Meredith** National Recreation Area, Texas 100

**Lake Roosevelt** National Recreation Area, Washington 109

**Lamprey** Wild and Scenic River, New Hampshire 136

**Lassen Volcanic** National Park, California 33

**Lava Beds** National Monument, California 33

Lee, Robert E. (See Arlington House)

**Lewis and Clark** National Historic Trail, Nebraska 145

**Lewis and Clark** National Historical Park, Oregon 89

Liberty Bell (See Independence NHP)

**Lincoln Boyhood** National Memorial, Indiana 54

**Lincoln Home** National Historic Site, Illinois 52

**Lincoln Memorial**, District of Columbia 43

**Little Bighorn Battlefield** National Monument, Montana 71

**Little River Canyon** National Preserve, Alabama 18

**Little Rock Central High School** National Historic Site, Arkansas 30

**Longfellow** National Historic Site, Massachusetts 63

**LOUISIANA 57**

**Lowell** National Historical Park, Massachusetts 65

**Lower Delaware** Wild and Scenic River, Pennsylvania 136

**Lower East Side Tenement** National Historic Site, New York 121

**Lyndon B. Johnson** National Historical Park, Texas 100

**Lyndon Baines Johnson Memorial Grove on the Potomac**, District of Columbia 43

**M**aggie L. Walker National Historic Site, Virginia 106

**MAINE 58**

**Mammoth Cave** National Park, Kentucky 56

**Manassas** National Battlefield Park, Virginia 106

**Manhattan Project** National Historical Park, New Mexico, Tennessee, Washington 78, 98, 109

**Manzanar** National Historic Site, California 33

**Marsh-Billings-Rockefeller** National Historical Park, Vermont 103

**Martin Luther King, Jr.**, Memorial, District of Columbia 43

**Martin Luther King, Jr.**, National Historic Site, Georgia 49

**Martin Van Buren** National Historic Site, New York 82

**MARYLAND 58**

**Mary McLeod Bethune Council House** National Historic Site, District of Columbia 43

**MASSACHUSETTS 62**

**Maurice** Scenic and Recreational River, New Jersey 137

**Merced** River, California 137

**Mesa Verde** National Park, Colorado 39

**MICHIGAN 66**

**Middle Delaware** National Scenic River, Pennsylvania 92, 137

**Minidoka** National Historic Site, Idaho 52, Washington 110

**MINNESOTA 67**

**Minute Man** National Historical Park, Massachusetts 65

**Minuteman Missile** National Historic Site, South Dakota 95

**Missisquoi and Trout** National Wild and Scenic Rivers, Vermont 137

**MISSISSIPPI 68**

**Mississippi Delta** National Heritage Area, Mississippi 128

**Mississippi Gulf Coast** National Heritage Area, Mississippi 128

**Mississippi Hills** National Heritage Area, Mississippi 128

**Mississippi** National River and Recreation Area, Minnesota 67

**MISSOURI 69**

**Missouri** National Recreational River, Nebraska 72, 137

**Mojave** National Preserve, California 33

**Monocacy** National Battlefield, Maryland 61

**MONTANA 70**

**Montezuma Castle** National Monument, Arizona 26

**Moores Creek** National Battlefield, North Carolina 86

**Mormon Pioneer** National Heritage Area, Utah 129

**Mormon Pioneer** National Historic Trail, Utah 145

**Morristown** National Historical Park, New Jersey 75

**MotorCities** National Heritage Area, Michi-

gan 129
**Mount Rainier** National Park, Washington 110
**Mount Rushmore** National Memorial, South Dakota 95
Mount Whitney (See Sequoia NP)
**Muir Woods** National Monument (See also John Muir), California 33
**Mulchatna** Wild River, Alaska 137
**Muscle Shoals** National Heritage Area, Alabama 129
**Musconetcong** National Wild and Scenic River, Pennsylvania 137
**Natchez** National Historical Park, Mississippi 68
**Natchez Trace** National Scenic Trail, Mississippi 68, 145
**Natchez Trace** Parkway, Mississippi 68
**National Aviation** Heritage Area, Ohio 129
**National Capital Parks-East** District of Columbia 43
**National Coal** Heritage Area, West Virginia 129
**National Mall and Memorial Parks**, District of Columbia 44
**National Park of American Samoa, The**, American Samoa 23
**Natural Bridges** National Monument, Utah 102
**Navajo** National Monument, Arizona 25
**NEBRASKA 72**
**NEVADA 73**
**New Bedford Whaling** National Historical Park, Massachusetts 65
**New England** National Scenic Trail 145
**NEW HAMPSHIRE 74**
**NEW JERSEY 74**
**NEW MEXICO 77**
**New Orleans Jazz** National Historical Park, Louisiana 57
**New River Gorge** National River, West Virginia 112
**NEW YORK 80**
**Nez Perce** National Historical Park, Idaho 52
**Nez Perce** National Historic Trail, Montana 145
**Niagara Falls** National Heritage Area, Pennsylvania 129
**Nicodemus** National Historic Site, Kansas 56
**Ninety Six** National Historic Site, South Carolina 94
**Niobrara** National Scenic River, Nebraska 72, 138
**Noatak** National Preserve, Alaska 22
**Noatak** Wild River, Alaska 138
**NORTH CAROLINA 85**
**North Cascades** National Park, Washington 110

**North Country** National Scenic Trail, Wisconsin 145
**NORTH DAKOTA 86**
**North Fork of the Koyukuk** Wild River, Alaska 138
**Northern Plains** National Heritage Area, North Dakota 130
**Northern Rio Grande** National Heritage Area, New Mexico 130
**Obed** Wild and Scenic River, Tennessee 98, 138
**Ocmulgee** National Monument, Georgia 49
**OHIO 87**
**Ohio and Erie** National Heritage Canalway, Ohio 130
**Oil Region** National Heritage Area, Pennsylvania 130
**OKLAHOMA 89**
**Oklahoma City** National Memorial, Oklahoma 122
**Old Spanish** National Historic Trail, New Mexico 146
Olmsted, Frederick (See Frederick L. Olmsted NHS)
**Olympic** National Park, Washington 110
O'Neill, Eugene (See Eugene O'Neill NHS)
**OREGON 89**
**Oregon Caves** National Monument, Oregon 90
**Oregon** National Historic Trail, Utah 146
**Organ Pipe Cactus** National Monument, Arizona 25
**Overmountain Victory** National Historic Trail, South Carolina 146
**Ozark** National Scenic Riverways, Missouri 70

**Pacific Crest** National Scenic Trail, California 146
**Pacific Northwest** National Scenic Trail 146
**Padre Island** National Seashore, Texas 100
**Palo Alto Battlefield** National Historical Park, Texas 100
**Paterson Great Falls** National Historical Park, New Jersey 75
Paul Revere House (See Boston NHP)
**Pea Ridge** National Military Park, Arkansas 30
**Pecos** National Historical Park, New Mexico 79
**PENNSYLVANIA 90**
**Pennsylvania Avenue** National Historic Site, District of Columbia 44
**Perry's Victory** and International Peace Memorial, Ohio 88
**Petersburg** National Battlefield, Virginia 106
**Petrified Forest** National Park, Arizona 26
**Petroglyph** National Monument, New Mexico 79
**Pictured Rocks** National Lakeshore, Michigan 66

155

**Pinelands** National Reserve, New Jersey 122
**Pinnacles** National Park, California 34
**Pipe Spring** National Monument, Arizona 27
**Pipestone** National Monument, Minnesota 67
**Piscataway Park**, Maryland 61
Poe, Edgar (See Edgar Allan Poe NHS)
**Point Reyes** National Seashore, California 34
**Pony Express** National Historic Trail, Utah 146
**Port Chicago Naval Magazine** National Memorial, California 34
**Potomac Heritage** National Scenic Trail, Maryland 62, District of Columbia 147
**Poverty Point** National Monument, Louisiana 57
**President William Jefferson Clinton Birthplace Home** National Historic Site, Arkansas 30
**Prince William Forest Park**, Virginia 106
**PUERTO RICO 93**
**Pullman** National Monument, Illinois 52
**Puʻuhonua o Hōnaunau** National Historical Park, Hawaii 51
**Puʻukoholā Heiau** National Historic Site, Hawaii 51

**Quinebaug and Shetucket Rivers Valley** National Heritage Corridor (See The Last Green Valley National Heritage Cooridor)

**Rainbow Bridge** National Monument, Utah 102
Reagan, Ronald (See Ronald Reagan Boyhood Home NHS)
**Red Hill Patrick Henry** National Memorial, Virginia 122
**Redwood** National Park, California 35
Revere, Paul (See Boston NHP)
**RHODE ISLAND 93**
**Richmond** National Battlefield Park, Virginia 106
**Rio Grande** Wild and Scenic River, Texas 100, 138
**River Raisin** National Battlefield Park, Michigan 66
**River Styx** Wild and Scenic River, Oregon 138
**Rivers of Steel** National Heritage Area, Pennsylvania 130
Robert E. Lee Memorial (See Arlington House)
**Rock Creek Park**, District of Columbia 44
Rockefeller, John D., Jr. (See John D. Rockefeller, Jr., Parkway)
**Rocky Mountain** National Park, Colorado 40
**Roger Williams** National Memorial, Rhode Island 93

**Ronald Reagan Boyhood Home** National Historic Site, Illinois 117
**Roosevelt Campobello** International Park, New Brunswick, Canada 122
Roosevelt, Eleanor (See Eleanor Roosevelt NHS)
Roosevelt, Franklin D. (See Franklin Delano Roosevelt Memorial; Home of Franklin D. Roosevelt NHS; Roosevelt Campobello)
Roosevelt, Theodore (See Sagamore Hill NHS; Theodore Roosevelt)
**Rosie the Riveter/World War II Home Front** National Historical Park, California 35
**Ross Lake** National Recreation Area, Washington 110
**Russell Cave** National Monument, Alabama 18

**Sagamore Hill** National Historic Site, New York 83
**Saguaro** National Park, Arizona 27
**Saint Croix Island** International Historic Site, Maine 58
**Saint Croix** National Scenic Riverway, Wisconsin 112, 138
**Saint-Gaudens** National Historic Site, New Hampshire 74
**Saint Paul's Church** National Historic Site, New York 83
**Salem Maritime** National Historic Site, Massachusetts 65
**Salinas Pueblo Missions** National Monument, New Mexico 79
**Salmon** Wild River, Alaska 138
**Salt River Bay** National Historical Park and Ecological Preserve, Virgin Islands 108
**San Antonio Missions** National Historical Park, Texas 100
**Sand Creek Massacre** National Historic Site, Colorado 40
Sandburg, Carl (See Carl Sandburg Home NHS)
Sandy Hook (See Gateway NRA)
**San Francisco Maritime** National Historical Park, California 35
**Sangre de Cristo** National Heritage Area, Colorado 130
**San Juan Island** National Historical Park, Washington 110
**San Juan** National Historic Site, Puerto Rico 93
**Santa Fe** National Historic Trail, New Mexico 147
**Santa Monica Mountains** National Recreation Area, California 36
**Saratoga** National Historical Park, New York 83
**Saugus Iron Works** National Historic Site,

Massachusetts 65

**Scotts Bluff** National Monument, Nebraska 73

**Schuylkill River Valley** National Heritage Area, Pennsylvania 131

**Selma to Montgomery** National Historic Trail, Alabama 147

**Sequoia** National Park, California 36

**Sewall-Belmont House** National Historic Site, District of Columbia 122

**Shenandoah** National Park, Virginia 107

**Shenandoah Valley Battlefields** National Historic District, Virginia 131

**Shiloh** National Military Park, Tennessee 98

**Silos & Smokestacks** National Heritage Area (See America's Agricultural Heritage Partnership)

**Sitka** National Historical Park, Alaska 22

**Sleeping Bear Dunes** National Lakeshore, Michigan 67

**Snake River Headwaters** Wild and Scenic River, Wyoming 139

**SOUTH CAROLINA 94**

**South Carolina** National Heritage Corridor, South Carolina 131

**SOUTH DAKOTA 95**

**South Park** National Heritage Area, Colorado 131

**Springfield Armory** National Historic Site, Massachusetts 65

**Star-Spangled Banner** National Historic Trail, Maryland 147

**Statue of Liberty** National Monument, New York 84

**Steamtown** National Historic Site, Pennsylvania 92

Stone, Thomas (See Thomas Stone NHS)

**Stones River** National Battlefield, Tennessee 98

**Sudbury, Assabet and Concord** National Wild and Scenic River, Massachusetts 139

**Sunset Crater Volcano** National Monument, Arizona 27

**T**aft, W.H. (See William Howard Taft NHS)

**Tallgrass Prairie** National Preserve, Kansas 56

**Taunton** National Wild and Scenic River, Massachusetts 139

**TENNESSEE 96**

**Tennessee Civil War** Heritage Area, Tennessee 131

**TEXAS 99**

**Thaddeus Kosciuszko** National Memorial, Pennsylvania 93

**Theodore Roosevelt Birthplace** National Historic Site, New York 84

**Theodore Roosevelt Inaugural** National Historic Site, New York 84

**Theodore Roosevelt Island**, District of Columbia 44

**Theodore Roosevelt** National Park, North Dakota 87

**The Last Green Valley** National Heritage Cooridor (Formerly the Quinebaug and Shetucket Rivers Valley National Heritage Cooridor), Connecticut 131

**Thomas Cole** National Historic Site, New York 122

**Thomas Edison** National Historical Park, New Jersey 75

**Thomas Jefferson** Memorial, District of Columbia 44

**Thomas Stone** National Historic Site, Maryland 62

**Timpanogos Cave** National Monument, Utah 102

**Timucuan** Ecological and Historic Preserve, Florida 47

**Tinayguk** Wild River, Alaska 139

**Tlikakila** Wild River, Alaska 139

**Tonto** National Monument, Arizona 27

**Touro Synagogue** National Historic Site, Rhode Island 123

**Trail of Tears** National Historic Trail, New Mexico 147

Truman, Harry (See Harry S Truman NHS)

Tubman, Harriet (See Harriet Tubman NHP and Harriet Tubman Underground Railroad NHP)

**Tule Springs Fossil Beds** National Monument, Nevada 73

**Tumacacori** National Historical Park, Arizona 27

**Tuolumne River**, California 139

**Tupelo** National Battlefield, Mississippi 68

**Tuskegee Airmen** National Historic Site, Alabama, 18

**Tuskegee Institute** National Historic Site, Alabama 18

**Tuzigoot** National Monument, Arizona 27

**U**lysses S. Grant National Historic Site, Missouri 70

**Upper Delaware** Scenic and Recreational River, Pennsylvania 93, 139

**Upper Housatonic Valley** National Heritage Area, Connecticut 132

USS *Arizona* Memorial (See World War II Valor in the Pacific NM)

**UTAH 101**

**V**alles Caldera National Preserve, New Mexico 79

**Valley Forge** National Historical Park, Pennsylvania 93

Van Buren, Martin (See Martin Van Buren NHS)
**Vanderbilt Mansion** National Historic Site, New York 84
**VERMONT 103**
**Vicksburg** National Military Park, Mississippi 69
**Vietnam Veterans** Memorial, District of Columbia 45
**Virgin** Wild and Scenic River, Utah 140
**VIRGINIA 103**
**VIRGIN ISLANDS 107**
**Virgin Islands Coral Reef** National Monument, Virgin Islands 108
**Virgin Islands** National Park, Virgin Islands 108
**Voyageurs** National Park, Minnesota 67

**W**aco Mammoth National Monument, Texas 100
Walker, Maggie (See Maggie L. Walker NHS)
**Walnut Canyon** National Monument, Arizona 28
**War in the Pacific** National Historical Park, Guam 50
**WASHINGTON 108**
Washington, Booker T. (See Boooker T Washington NM; Tuskegee Institute NHS)
**Washington Monument**, District of Columbia 45
**Washington-Rochambeau Revolutionary Route** National Historic Trail 147
**Washita Battlefield** National Historic Site, Oklahoma 89
Waterton-Glacier International Peace Park (See Glacier NP)
**Weir Farm** National Historic Site, Connecticut 40
**Wekiva** National Wild and Scenic River, Florida 140
**Westfiled** National Wild and Scenic River, Massachusetts 140
**WEST VIRGINIA 111**
**Wheeling** National Heritage Area, West Virginia 132
**Whiskeytown-Shasta-Trinity** National Recreation Area, California 36
**White Clay Creek** Wild and Scenic River, Pennsylvania 140
**White House**, District of Columbia 45
**White Sands** National Monument, New Mexico 79
**Whitman Mission** National Historic Site, Washington 111
**William Howard Taft** National Historic Site, Ohio 88
Williams, Roger (See Roger Williams NMem)
**Wilson's Creek** National Battlefield, Missouri 70
**Wind Cave** National Park, South Dakota 95
**Wing Luke Museum of the Asian Pacific American Experience,** Washington 123
**WISCONSIN 112**
Woodson, Carter G. (See Carter G. Woodson Home NHS)
**Wolf River**, Wisconsin 140
**Wolf Trap** National Park for the Performing Arts, Virginia 107
**Women's Rights** National Historical Park, New York 85
**World War I Memorial**, District of Columbia 45
**World War II Memorial**, District of Columbia 45
**World War II Valor in the Pacific** National Monument, Alaska 22, California 36, Hawaii 51
**Wrangell-St. Elias** National Park and Preserve, Alaska 23
**Wright Brothers** National Memorial, North Carolina 86
**Wupatki** National Monument, Arizona 28
**WYOMING 112**

**Y**ellowstone National Park, Wyoming 113
Yorktown Battlefield (See Colonial NHP)
**Yosemite** National Park, California 38
Young, Charles (See Charles Young Buffalo Soldiers NM)
**Yucca House** National Monument, Colorado 40
**Yukon-Charley Rivers** National Preserve, Alaska 23
**Yuma Crossing** National Heritage Area, Arizona 132

**Z**ion National Park, Utah 103

**National Park Service**
**U.S. Department of the Interior**

The National Parks: Index 2012-2016

ISBN: 978-0-16-093209-0

**EXHIBIT B**

**National Park Service**
**U.S. Department of the Interior**

Office of Communications
1849 C Street NW
Washington, DC 20240
202-208-6843 phone
www.nps.gov



# National Park Service Index
# Addendum (2016-2017)

This section amends *The National Park: Index 2012-2016* to include units that were added to the National Park System after December 31, 2015. Note that Harriet Tubman National Historical Park was previously listed as an authorized area.

**Belmont-Paul Women's Equality National Monument**

144 Constitution Avenue NE
Washington, DC 20002
202-543-2240
www.nps.gov/bepa
Belmont-Paul Women's Equality National Monument was home to the National Woman's Party (NWP) for nearly 90 years and the epicenter of the struggle for women's rights. From this house, in the shadow of the U.S. Capitol and Supreme Court, Alice Paul and the NWP developed innovative strategies and tactics to advocate for the Equal Rights Amendment and equality for women.
Proclaimed Apr. 12, 2016.
*Acreage—0.34, all Federal.*

**Birmingham Civil Rights National Monument**

c/o National Park Service
100 Alabama St. SW
Atlanta, GA 30303
404-507-5605
www.nps.gov/bicr
Birmingham Civil Rights National Monument encompasses roughly four city blocks in downtown Birmingham, Alabama. The site includes the A.G. Gaston Motel, which served as the headquarters for the Birmingham campaign. There are currently no visitor services at the park.
Proclaimed Jan. 12, 2017.
*Acreage—18.25 Federal: 0.88 Non-Federal: 17.37.*

**Castle Mountains National Monument**

c/o National Park Service
2701 Barstow Road
Barstow, CA 92311

760-252-6100

www.nps.gov/camo

Bounded on three sides by Mojave National Preserve, Castle Mountains National Monument possesses outstanding natural, cultural, and historical values representing some of the finest characteristics of the eastern Mojave Desert. It connects water flow and wildlife corridors, and completes the boundary of the Preserve along the California-Nevada border. It includes rich cultural and historic resources, including Native American archeological sites and the historic gold mining ghost town of Hart. Exposed geologic features contribute to the area's outstanding scenery. The site can only be accessed by dirt roads.
Proclaimed Feb. 12, 2016.
*Acreage—21,025.50 Federal: 20,902.00 Non-Federal: 123.50.*

## Freedom Riders National Monument

c/o National Park Service
100 Alabama Street, SW
Atlanta, GA 30303
404-507-5605

www.nps.gov/frri

Freedom Riders National Monument includes the former Greyhound Bus Station located at 1031 Gurnee Avenue in downtown Anniston, Alabama, where segregationists attacked a bus carrying Freedom Riders in May of 1961, and the spot six miles away on the side of the highway where they firebombed the hobbled bus and attempted to trap the Freedom Riders inside it. There are currently no visitor services at the park.
Proclaimed Jan. 12, 2017.
*Acreage—7.83 Federal: 5.96 Non-Federal: 1.87.*

## Harriet Tubman National Historical Park

180 South Street
Auburn, NY 13021
315-882-8060

www.nps.gov/hart

Acclaimed abolitionist and suffragist Harriet Tubman acquired this land from U.S. Senator William Henry Seward in 1859 and worked and resided here with her family from 1861 until her death in 1913. In 1903 she donated land to the A.M.E. Zion Church in Auburn for the establishment of the home "for aged and indigent colored people." Tubman was a church member and helped raise the funds needed to construct the historic Thompson Memorial A.M.E. Zion Church and parsonage now owned by the National Park Service. The Harriet Tubman Home and the Home for the Aged are operated in partnership with the Harriet Tubman Home, Inc.
Authorized Dec. 19, 2014. Established Jan.10, 2017.
*Acreage—31.5  Federal: 0.50  Non-Federal: 31.00*

## Katahdin Woods and Waters National Monument

PO Box 446
Patten, ME 04765
207-456-6001

www.nps.gov/kaww

Katahdin Woods and Waters contains a significant piece of an extraordinary natural and cultural landscape: the mountains, woods, and waters east of Baxter State Park (home of Mount Katahdin, the northern terminus of the Appalachian Trail) and where the East Branch of the Penobscot River and its tributaries run freely, including the Wassataquoik Stream and the Seboeis River. Since the glaciers retreated 12,000 years ago, the scenery, geology, flora and fauna, night skies, and more – have attracted people to this area. Native Americans still cherish these resources. Visitor services at the park are limited.
Proclaimed Aug. 24, 2016.
*Acreage—87,564.27, all Federal.*

## Reconstruction Era National Monument

c/o National Park Service
100 Alabama Street, SW
Atlanta, GA 30303
404-507-5605

www.nps.gov/reer

Reconstruction Era National Monument includes the Brick Baptist Church, Darrah Hall, Camp Saxton and, the Old Beaufort Firehouse. The Monument provides a national platform for telling the story of Reconstruction. There are currently no visitor services at the park.
Proclaimed Jan. 12, 2017.
*Acreage—64.99 Federal: 14.06 Non-Federal: 50.93.*

## Stonewall National Monument

38-64 Christopher Street
New York, NY 10014
212-668-2577

www.nps.gov/ston

The Stonewall Inn, a bar located in Greenwich Village, and the adjacent Christopher Park and surrounding area, were the scene of events that began the modern struggle for the civil rights of lesbian, gay, bisexual, and transgender (LGBT) Americans. The Stonewall Inn remains in private ownership and is across the street from Christopher Park. The National Park Service works in partnership with the City of New York to maintain the park. Ranger programs are available seasonally.
Proclaimed Jun. 24, 2016.
*Acreage—7.70 Federal: 0.12 Non-Federal: 7.58.*

# EXHIBIT C

| National Park Service | GLEN CANYON | P.O. BOX 1507 |
| U.S. Department of the Interior | NATIONAL | Page, Arizona 86040 |
| | RECREATION | |
| Superintendent's Compendium | AREA | |
| Of Designations, Closures, Permit | And | 928-608-6200 phone |
| Requirements and Other Restrictions | RAINBOW BRIDGE | 928-608-6208 fax |
| Imposed Under Discretionary | NATIONAL | |
| Authority. | MONUMENT | |



Approved:

**June 12, 2023**

Michelle Kerns, Superintendent

---

In accordance with regulations and the delegated authority provided in Title 36, Code of Federal Regulations (36 CFR), Chapter 1, Parts 1-7, authorized by Title 54 United States Code, Section 100751, the following regulatory provisions are established for the proper management, protection, and public use of those portions of Glen Canyon National Recreation Area (NRA) and Rainbow Bridge National Monument (NM) under the jurisdiction of the National Park Service (NPS). Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained in 36 CFR, Chapter 1, Parts 1-7.

The Compendium must be read in conjunction with Title 36 CFR, Chapter 1, Parts 1-7. It cannot be read as a stand-alone document. To view the most recent Compendium, scan the QR code above or go to www.nps.gov/glca. Title 36 CFR can be located at www.ecfr.gov

In addition to these regulations, the following are also provided:
Written determinations, which explain the reasoning behind the Superintendent's use of discretionary authority, are required by Section 1.5(c) and are in Appendix A. Appendix A documents are available for review in the Chief Ranger's Office.

As required by 1.7(b), these regulations, permit requirements and written determinations shall be updated annually and made available to the public upon request.

## TITLE 36 CODE OF FEDERAL REGULATIONS

### 36 CFR Part 1: General Provisions
### 36 CFR § 1.4: Definitions

*Bow fishing*
Taking fish with archery tackle from boat or shore.

*E-Bike*
A two- or three-wheeled cycle with fully operable pedals and an electric motor of less than 750 watts (1hp).

*Emergency Repairs to Aircraft*
For the purposes of this Compendium, the term "emergency repair to aircraft" means aircraft repairs necessary to safely remove an aircraft from a situation in which the aircraft cannot be moved to a designated repair area. Written permission of the Superintendent and consultation with the Federal Aircraft Administration (FAA) are required prior to emergency repairs conducted outside of a designated repair area or aircraft landing strip.

### Emergency Repairs to Motor Vehicles

For the purposes of this Compendium, the term "emergency repair to motor vehicles" means those repairs necessary to safely remove a vehicle from a situation in which a tow to a designated repair area is not available, such as from the designated, remote four-wheel-drive and deep sand routes in the backcountry, e.g., the Hole-in-the-Rock Road, the Flint Trail, portions of the Warm Creek Road and that does not involve the potential for a spill of petroleum or other fluids. These emergency repairs may include the complete change of components, such as whole axles or transmissions, but shall not include repair or replacement of internal components that would release fluids from oil reservoirs. When in remote locations where a tow is impractical or not possible, these emergency repairs may also include replacement of universal joints and components of steering gear assemblies.

### Emergency Repairs to Vessels

For the purposes of this Compendium, the term "emergency repair to vessels" means those repairs necessary to safely remove a vessel in which a tow to a designated repair area is not available and that does not involve the potential for a spill of petroleum or other fluids. Emergency repairs include the exchange of lower drive units where oils are fully encapsulated, exchange of electrical components, and repairs to mechanical connections, including shift linkages and steering gear. Where floatation stability is in question, limited welding and/or direct, patchwork (no grinding) fiberglass repairs may be performed to temporarily maintain hull integrity.

### Designated Swimming Area

For the purposes of this Compendium, the term "designated swimming area" is defined as an area designated, designed, developed, and maintained for the purpose of swimming. A designated swimming area includes the following features: 1) an area physically defined and isolated from other areas by a solid line or cable supported by high-visibility floats prohibiting (physically blocking) vessel access into the swimming area and/or otherwise bordered and isolated by dock structure; and 2) an area where boats are not moored; and 3) an area where water depth markers indicate shallow water and deep water; and 4) an area where any electrical service within 300 feet radius is equipped with Ground Fault Protection rated at a maximum of 100 milliamps (100 m/A) and subject to an electrical service testing and inspection schedule; and 5) an area with posted safety signage including allowed water activities and prohibited water activities; and 6) an area provided with rescue equipment such as a throwable device on a rope, rescue pole, landline telephone, posted rescue number (911); and 7) a life jacket loaner program is made available to the public; and 8) a life jacket use policy is posted; and 9) a safety plan has been developed and implemented including: an emergency action plan to outline procedures that direct staff on precautions to reduce risk of drowning and injury and how to respond to emergencies; emergency communication procedures; emergency closure guidelines; and employee safety training policies and procedures.

### Developed Areas

For the purposes of this Compendium, the term "developed areas" means roads, parking areas, picnic areas, marinas, docks, ramps, campgrounds and all other structures, facilities and lands located within the Lees Ferry, Wahweap, Antelope Point, Dangling Rope, Bullfrog, Halls Crossing and Hite developed zones.

### Harbor

For the purposes of this Compendium, the term "harbor" is defined as an area containing one or more of the following facilities: marina docking and/or slips or mooring fields, fueling and/or sanitation pump-out stations, floating restroom stations or launch ramps. Wake-less buoy lines and/or breakwater barriers extending to and including the shoreline therein designate these harbor areas. Lone Rock, Stanton Creek, Bullfrog North Beach, and Bullfrog South Beach are not considered harbors. A designated swimming area is not considered a harbor.

### Lees Ferry Backcountry

The approximately 16-mile section of the Colorado River that lies between Glen Canyon Dam and Lees Ferry, within Glen Canyon National Recreation Area.

### Major Maintenance and Repair

For the purposes of this Compendium, the term "major maintenance and repair" is defined as:

- The replacement, breakdown, or repair of internal components of the engine, or the upper or lower drive units, to include the removal or replacement of the main engine. This requirement applies to outboard, inboard, and inboard/outboard engines of powerboats, personal watercraft, houseboats, etc., or any other motor driven vessel or vehicle, aircraft, etc.

- The repair or removal of any exterior surface that involves the use of fiberglass, resins, gel coats, etc., or exterior painting of any kind, including hulls, transoms, pontoons, exterior of cabins, railings, stairs, and decks, etc., and to include the painting of registration numbers, boat names and decorative ornamentation, etc.
- The sandblasting, sanding, or scraping of boat hulls or decks, or use of chemical additives and solvents for the cleaning of boat hulls, outer decks, etc.
- Welding on the exterior of vehicles, vessels, aircraft, or other motorized means of transportation, where the disposal of welding slag, flux, and spent rods into the waters or on lands within the Glen Canyon NRA could occur.

## Minor Maintenance and Repair
For the purposes of this Compendium, the term "minor maintenance and repair" is defined as:
- Changing of oil, lubricants or fuel filters using a closed container method (i.e., suction of lubricating oil through a hose inserted into a dipstick hole), where fluids are pumped or siphoned into a container with a screw-on cap. All changing of oil filters, etc., shall utilize care and special absorbent pads, drop cloths, drip pans, etc., to prevent contamination of bilges, and inadvertent discharge onto lands or into waters of Glen Canyon NRA.
- Changing of props on outboard or inboard-outboard engines, minor tune-ups, spark plug replacement, replacement of starters or electrical system components, replacement of inner and outer deck carpeting, and replacement of interior appliances (refrigerator, stove, air conditioning units, etc.). These activities must not involve a risk of inadvertent (or purposeful) discharge of fluids, cleaning agents, other solvents, solid materials, or refrigerants into Lake Powell or the atmosphere.
- Application of teak oils, stick-on decals, registration numbers, boat names, etc., or the painting of boat cabin interiors, when precautions are taken to prevent any contamination or discharge.

## Pack Animal
For the purposes of this compendium, the term "pack animal" is defined as horses, mules, burros, goats, and llamas.

## Pin Anchoring
The act of anchoring vessels utilizing a device inserted into the rock either in a natural opening or one created by a person. This includes reusing existing pin anchors and/or holes.

## Powered Paragliding/Paramotor/Ultralight Aircraft
See FAA 14 CFR Part 103 for definition of ultralight vehicles

## Rock Cliff, Ledge and Man-Made Structures
For the purposes of this Compendium, the term "rock cliff", "ledge" or "man-made structure" is defined to mean any formation of rock or soil, or engineered construction, or combination thereof having a height of 15' or more from the surface of the water.

## Segway
A powered driven mobility device that is used by a person for locomotion that is both capable of and suitable for use in indoor pedestrian areas.

## Structure
For the purposes of this Compendium, the term "structure" is defined as any building, shed, outhouse, pump-out, boat dock, breakwater, permanent harbor fixture, camper, motorhome, trailer, tent, or vehicle.

## Underwater Spear Fishing
Fishing by a person swimming or diving and using a mechanical device held in the hand which uses a rubber band, spring, or pneumatic power to propel a spear to take fish.

## Unmanned Aircraft
The term "unmanned aircraft" means a device that is used or intended to be used for flight in the air without the possibility of direct human intervention from within or on the device, and the associated operational

elements and components that are required for the pilot or system operator in command to operate or control the device (such as cameras, sensors, communication links). This term includes all types of devices that meet this definition (e.g., model airplanes, quadcopters, drones) that are used for any purpose, including for recreation or commerce.

## 36 CFR § 1.5 Closures and public use limits
### (a)(1) Visiting hours, public use limits, closures

### All Recreational Use - Closure
- Colorado River mile -15.1 R near Kayak Beach (NAD83 12S 457135, 4086805 UTM) shall be closed annually to all recreational use during the Osprey breeding season (March 15-September 1)

### Fishing - Prohibited
Fishing is prohibited in the following areas:
- All waters within the designated harbors as defined above, with the exception of fishing off vessels in concession rental slips or mooring buoys and the designated public-use fishing dock at Wahweap Marina and Antelope Point Marina.
- From the harbor shoreline within 200 feet of any floating structure.
- All structural parts of the Charles H. Spencer Riverboat (Historic Structure) at all times whether submerged or exposed above water. The Charles H. Spencer Riverboat is located on river right upstream from Lees Ferry.
- Rainbow Bridge NM
- All waters within the designated harbors with the exception of fishing off vessels at mooring buoys and the designated public-use fishing dock at Wahweap Marina and Antelope Point.

### Boat Mooring - Prohibited
The following is prohibited:
- Tying or mooring a boat at public docks and pump outs for longer than 30 minutes.
- The docking, tying, securing, or anchoring of any private vessel (personal watercraft included) at government docks, launch ramps, or facilities.
- Rainbow Bridge NM - Vessels are prohibited beyond the courtesy docks.

### Overnight Boat Mooring - Prohibited
The following is prohibited:
- Occupancy of a slip, mooring buoy, or specific location, to include a campsite in a campground, on a beach, or any other location within Glen Canyon NRA for more than 14 consecutive days in any specific location or more than 60 days total in the park in any calendar year.
- Overnight mooring, beaching, docking, or anchoring of occupied or vacant vessels, within the Wahweap, Bullfrog, Halls Crossing, Dangling Rope and Hite Developed Areas except at approved concession assignments including buoy fields, covered slips, and rental slips, pursuant to a valid agreement with the concessioner.

### Pin Anchoring – Prohibited
Pin anchoring within Glen Canyon National Recreation Area is not allowed.

### Powered Paragliding/Paramotor – Prohibited
The following is prohibited:
- The take-off or landing of powered paragliding ultralight aircraft (PPG), as defined in the Federal Aviation Administration (FAA) regulations 14 CFR Part 103, within the boundaries of Glen Canyon National Recreation Area, and any operation of PPG in violation FAA regulations, is prohibited.

**Unmanned Aircraft - Prohibited**
Launching, landing, or operating an unmanned aircraft from or on lands and waters administered by the National Park Service within the boundaries of Glen Canyon National Recreation Area and Rainbow Bridge Monument is prohibited except as approved in writing by the superintendent.

**Unoccupied Vessels - Prohibited**
Vessels are prohibited from remaining within the lands (including parking lots) and/or waters of Glen Canyon NRA for more than 30 consecutive days without a valid Boat Storage Agreement for a slip or buoy with an authorized concessioner. There must be a minimum break of 24 hours from the time the vessel leaves the recreation area until it re-enters.

**All Motorized Vessels – Prohibited**
Further upstream travel at the following areas is prohibited:
- Escalante River at the confluence of Coyote Creek.
- San Juan River at the Clay Hills takeout.
- Colorado River at the base of Imperial Rapid.
- Dirty Devil River at that point where measurable downstream current is encountered.

**Vessel Operations - Prohibited**
Operating in excess of 5 mph or creating a wake in the following areas is prohibited:
- Within harbors as defined below, mooring areas, and wakeless areas.
- Within any other "No Wake" buoyed area.
- Rainbow Bridge NM.
- Antelope, Labyrinth and Lost Eden Canyons
  o All motorized vessels including personal watercraft will travel wakeless due to public safety issues of being in close proximity of small non-motorized watercraft within the Antelope, Labyrinth and Lost Eden Canyons.

Operating a vessel within a designated swimming area is prohibited.

**River Travel Upstream of Lees Ferry - Prohibited**
River travel is prohibited upstream of the three (3) closure buoys, approximately 1/4 mile downstream of Glen Canyon Dam without a permit from the Bureau of Reclamation. A sign is posted on the shoreline on both sides of the river designating this closure.

**Horsepower Limitations Upstream of Lees Ferry - Restricted**
When releases at Glen Canyon Dam reach 35,000cfs or above, a minimum of a 25 horse-power motor is required for upriver travel from Lees Ferry.

**Placing of Buoys for "Slalom" course – Restricted**
Use of temporary buoys for waterski "slalom" course or personal watercraft courses, uniform sailing regattas, or similar uses is permitted subject to the following conditions:
   a. Must be outside the developed area as defined in the backcountry management plan.
   b. Must not interfere with normal boat traffic
   c. Must not be placed within marinas, wakeless areas, or "main channel" of the waterway (i.e., within or adjacent to, the boundaries of the coast guard navigation system markers.)
   d. Must be in an area large enough that the course is a minimum of 100 feet from any buoys, designated swim area or beach already in use by other boaters, campers and/or swimmers. Minimum requirement not met; then activity is not permitted.
   e. The place of the buoy course may not, in anyway pre-empt the accessibility of any water or shoreline area already in use by other visitors.
   f. The buoys may not be left in place overnight.
   g. The use of any buoy course must be recreational. No competitive even is permitted unless authorized by a Special Use Permit.
   h. There will be no more than one powerboat permitted on a buoy course at any given time.
   i. The maximum number of turns defined by buoys in any given course is limited to six (6).

**Vehicle, Vessel and Aircraft Major Maintenance and Repairs - Restricted**
Maintenance or repairs to and commercial cleaning of motor vehicles, vessels, aircraft and other motorized forms of recreation or transportation, which have the potential to pollute or contaminate the lands or waters administered by the NPS, are authorized only in the following areas:
- Concessioner locations: Gasoline service stations, boat repair shops on rental docks, Executive Services boat repair shops on marinas, land-based auto/boat repair shops and associated grounds designed for the purposes of major auto and boat repair, and at concession-maintained winter rental boat refurbishment lots, in accordance with the approved Boat Rental Winter Maintenance Plan.
- In Housing Areas: Limited authorization for locations in NPS and concession employee housing areas, according to established housing guidelines.
- Bullfrog Airport Transient Parking Area (authorized for aircraft only).

**Vehicle, Vessel and Aircraft Minor Maintenance and Repairs - Restricted**
Maintenance or repairs to any commercial cleaning of motor vehicles, vessels, aircraft and other motorized forms of recreation or transportation, which have the potential to pollute or contaminate the lands or waters administered by the NPS, are authorized only in the following areas:
- All locations specified in the "Major Repair" section above.
- On the assigned slip or buoy.
- Courtesy docks.
- Designated Concession Minor Maintenance Repair Area.
- In Housing Areas: Limited authorization for locations in NPS and concession employee housing areas, according to established housing guidelines.
- Bullfrog Airport Transient Parking Area (authorized for aircraft only).

**Waste and Contaminant Disposal Activities - Prohibited**
All activities normally conducted on motor vehicles, vessels, aircraft, and other motorized forms of transportation which have the potential to pollute or contaminate the lands or waters of Glen Canyon NRA shall dispose of waste oil and other contaminants and their containers through authorized waste oil receiving stations or recycling centers within Glen Canyon NRA or other designated facilities outside of the NRA. It is prohibited to:
- Dispose of human waste, lubricants (oils and grease), solvents, paints, thinners, lead-acid batteries, undrained fuel or oil filters, saturated rags and unlabeled chemical containers, etc., that are (or may contain) a listed hazardous substance or waste into NRA waste receptacles or upon lands or into the waters of Glen Canyon NRA. Specifically engineered bag waste containment systems may be disposed in normal trash receptacles.
- Perform maintenance, repairs, or commercial cleaning activities in the backcountry, on the shoreline of Lake Powell, in parking lots, on launch ramps, roads, or in the concessioner dry storage lots.

**Emergency Repairs to Vessels, Motor Vehicles and Aircraft**
Emergency repairs of a relatively minor nature may occur outside of Glen Canyon NRA developed areas when no significant risk of pollution or contamination to Glen Canyon NRA lands or waters exist.

**Waste Oil and Spent Lead-Acid Batteries**
The following is required:
- Disposal of waste oil and their containers at recycling centers at Glen Canyon NRA or to dispose of outside of the NRA.
- The disposal of replacement batteries, purchased outside of Glen Canyon NRA, shall be recycled through appropriate recycling centers outside of Glen Canyon NRA.

**Scavenging - Prohibited**
Removing material from trash or garbage containers is prohibited.

## Airstrips – Closed
The following airstrips listed in Section 7.70 are closed:
- Wahweap, latitude 36°59'45" N., longitude 111°30'45 W.
- Halls Crossing, latitude 37°28'10" N., longitude 110°42'00" W.
- Gordon Flats, latitude 38°10'30" N., longitude 110°09'00 W.

## Climbing, rappelling and/or swinging - Prohibited
The following is prohibited:
- Climbing, rappelling and/or swinging by any means on any natural bridge, arch or any other similar natural feature or man-made structures within the boundaries of Glen Canyon National Recreation area to include bridges located in the Hite area (Dirty Devil, Colorado Bridge and White Canyon Bridge)
- Technical rock climbing within 1/4 mile of occupied Peregrine Falcon, Bald Eagle, Condor, and Golden Eagle aeries.
- Leaving gear and equipment used in connection with climbing activities unattended. The gear and equipment shall be removed by the participants before departing the area. This includes but is not limited to pitons, chocks, bolts, and all other climbing aids.
- The use of glue or other aids that are permanent or leave a visible or long-lasting residue.
- Climbing within the boundaries of Rainbow Bridge NM.
- Climbing in the Orange Cliffs Unit with the use of climbing aides. All climbing must be either free climbing or clean aid climbing except for:
    1. If an existing bolt or other hardware item is unsafe, it may be replaced. No permanent climbing hardware may be installed in any fixed location.
    2. A hammer may be used to replace existing belay and rappel anchors and bolts on existing routes, or for emergency self-rescue.
    3. If an existing sling or runner (i.e., a software item) is unsafe, it may be replaced if it matches the same color as the rock surface.

## Cliff Jumping/Cliff Diving - Prohibited
It is prohibited for any person to jump or dive off rock cliffs, ledges, or man-made structures (excluding vessels) within the boundaries of Glen Canyon NRA, including Lake Powell and its tributaries.

## Bungee Cord Jumping - Prohibited
All man-made structures and natural features are closed to the purpose of jumping off by means of an elastic cord (bungee cord) or similar devices.

## Hunting, Trapping and Shooting - Restricted
The following areas are closed to hunting, trapping, and shooting (Superseded in part by 36 CFR 2.4) for reasons of public safety:
- Antelope Island.
- All designated developed areas.
- Within ¼ mile of Dangling Rope Marina, including all structures, docks, breakwaters, and other man-made structures.
- All lands west of Antelope Canyon within Glen Canyon NRA that lie south of Lake Powell or the Colorado River.
- The area 1/2 mile on either side of Highway 95 at Hite and Highway 276 as they pass through Glen Canyon NRA.
- Within 1/4 mile of the Lees Ferry Public Launch Ramp courtesy dock.
- Within 1/4 mile of all existing developed shoreline campgrounds/sites and trailheads.
- Within 1/4 mile of any structure.
- Rainbow Bridge National Monument.
- Within the Lees Ferry corridor, the use of rifles is prohibited except for licensed permitted hunting of bighorn sheep.

**Use of Segways - Restricted**
The use of Segways is authorized for mobility impaired persons only.

**Park Area Closures**
The following are closed to motor vehicle traffic:
- Warm Creek Shorelines

The following are closed to ATV traffic:
- All areas North of Clearwater Canyon

**Day Use Areas**
The following are closed daily to the public from sunset to sunrise:
- The Chains Area
- Wahweap View/ Sunrise Point
- Hobie Cat Beach
- Lonely Dell Ranch Orchard

The following is closed daily to the public from 10:00 p.m. to 6:00 a.m.:
- Lone Rock Beach Off-Road Vehicle Area

**Public Use Limits**
The following activity is prohibited:
- The use of cones, markers, signs, flagging or any other device, including vehicles or trailers, to reserve or save an unoccupied area of the beach at Lone Rock.

The following is required:
- Organized groups larger than 12 people for noncommercial educational and heritage focused groups on Hole in the Rock Road must obtain a permit. The permit will not exceed the maximum group use limits of up to 145 people at one time with a maximum of 29 vehicles. The maximum stay with the permit is 3 days/2 nights and 12 days/13 nights for equestrian and reenactment groups.

The following ramps are closed at the approximate water elevation:

| South | Elevation (ft.) |
| --- | --- |
| **Wahweap Main** | 3556 |
| **Stateline** (Non-Motorized Only) | 3556 |
| **Stateline Auxiliary** | <3500 & >3600 |
| **Stateline** (Motorized Only) | 3600 |
| **Antelope Public** | 3588 |
| **North** | |
| **Bullfrog North** | 3519 |
| **Bullfrog Spur** | 3540 |
| **Bullfrog Main** | 3578 |
| **Halls Crossing** | 3556 |

The following areas are closed to all vehicle types:
- Within designated vehicle free camping area at Lone Rock Beach.

**36 CFR § 1.5(a)(2) Designated areas for specific use or activity or conditions**
See specific sections in this document for additional information regarding designated areas and conditions for engaging in certain activities.

**Launch Ramps (winter operations)**
Unless otherwise posted, the following areas are closed to launching motorized vessels November through April:
- Lone Rock Beach

**Launch Ramps - Restricted**
All public access courtesy docks and ramps including paved and dirt within Glen Canyon National Recreation Area have an established 30-minute length of time for any party or group, to include launching retrieving and derigging of any vessel. A special use permit is required for anytime longer than the 30-minute regulatory timeframe.

**Possession of Firearms - Prohibited**
The following areas have been designated as Federal Facilities in which the possession of a firearm is prohibited inside the facilities:
- Glen Canyon NRA Headquarters in Page, AZ
- Carl Hayden Visitor Center
- Wahweap District Ranger Office
- Wahweap Fire Station
- Wahweap Warehouse
- Wahweap Maintenance Building
- Lees Ferry Ranger Station
- Lees Ferry Maintenance Building
- Dangling Rope Ranger Station
- Dangling Rope Maintenance Building
- Bullfrog District Ranger Office
- Bullfrog Fire Station
- Bullfrog Visitor Center
- Bullfrog Maintenance Building
- Halls Crossing Ranger Station/Visitor Contact Station
- Halls Crossing Maintenance Building
- Hite Ranger Station
- Hite Water Treatment Building
- Hans Flat Ranger Station

**Protecting Visitors, Employees, Partners, and Others during a Pandemic**
Regardless of vaccination status, all individuals must comply with all orders regarding masks issued by the Centers for Disease Control and Prevention (CDC) for the following:
1. Individuals are not required to wear masks when the COVID-19 Community Level is LOW or MEDIUM.
2. The superintendent will determine whether individuals are required to wear masks in the following areas when the COVID-19 Community Level is HIGH for individuals over the age of two years, except when actively eating or drinking:
   - all indoor common areas and shared workplaces in buildings owned, rented, or leased by the National Park Service, including, but not limited to, park visitor centers, administrative offices, lodges, gift shops and restaurants.
3. Where a state, local, tribal, or territorial government where the park is located imposes more protective mask-wearing requirements than those indicated by the COVID-19 Community Level, individuals must follow those more protective requirements within the park. More protective state, local, tribal, or territorial mask-wearing requirements are hereby adopted as federal requirements in all units of the National Park System located within that state, locality, area subject to a federally recognized Indian tribe's regulatory jurisdiction, or territory, regardless of a particular park's jurisdictional status.

Masks must cover the nose and mouth and fit snugly around the nose and chin with no large gaps around the sides of the face. Masks not designed to be protective, masks with ventilation valves, and face shields do not meet the requirement.

**36 CFR § 1.6(e) Terms and Conditions of Permit: Lees Ferry River Backcountry**
Visitors utilizing any type of watercraft on the Colorado River between Glen Canyon Dam and Lees Ferry must obtain a *Lees Ferry River Backcountry Permit*. One permit per group is required. Permits are free of charge on an

unlimited basis and are available at self-service kiosks near the Lees Ferry launch area. Permits do not reserve campsites or place any restrictions on allowable activities within the river corridor. Visitors must submit one copy of the permit at the permit kiosk and keep one copy on their person. Permits are not required for visitors only hiking or fishing along the riverbank.

**36 CFR § 1.6(f) Compilation of activities requiring a permit**

- Scientific research, 1.5

- Vessel retrieval or derigging of a vessel that exceeds 30 minutes, 1.5

- Outdoor filming activities within areas managed as wilderness and/or involving more than 5 persons, 1.5(a)(2)

- Collecting research specimens, 2.5

- Groups with over 40 persons, 2.10(a)

- Operating a power saw in developed areas, 2.12(a)(2)

- Operating a portable motor or engine in undeveloped areas, 2.12(a)(3)

- Operating a public address system, 2.12(a)(4)

- Air delivery, 2.17(a)(3)

- Noncommercial soliciting, 2.37

- Using, possessing, storing, or transporting explosives, blasting agents, or explosive materials, 2.38(a)

- Using or possessing fireworks and firecrackers, 2.38(b)

- Special events, 2.50(a)

- Public assemblies and meetings, 2.51(a)

- Sale and distribution of printed matter, 2.52(a)

- Grazing, 2.60(a)(1), 2.60(a)(2), 2.60(a)(3)

- Residing on federal lands, 2.61(a)

- Installing a monument or other commemorative installation, 2.62(a)

- Towing a person using a parasail, hang-glider or other airborne device, 3.12(b)

- Commercial notices or advertisements, 5.1

- Commercial operations, 5.3

- Commercial photography, 5.5

- Construction or repair of any building, structure, facility, road, trail, or airstrip on federal lands, 5.7

- Exceed Vessel Horsepower Limitation, 7.70(c)(1)

- To operate a motor vehicle off GMP roads at designated locations in the recreation area, 7.70(f)(2)(ii)


## PART 2. RESOURCE PROTECTION, PUBLIC USE AND RECREATION

### 36 CFR § 2.1(a)(4) Designated areas for collection of dead wood on the ground for firewood
The following is permitted:
- Driftwood may be collected from the shoreline of Lake Powell for campfires.
- Dead and down wood may be collected elsewhere in the recreation area for campfires except for those lands within the watershed drainage of the Escalante River and in the Orange Cliffs Unit.

### 36 CFR § 2.1(a)(5) Designated areas and conditions for walking on, climbing, entering, ascending, descending, or traversing an archeological or cultural resource, monument, or statue
The following archeological sites are open to the public for entering only:
- Defiance House
- Lees Ferry/Lonely Dell Ranch National Historic District
- Descending Sheep Petroglyph Panel
- Baker Bench Petroglyph Panel
- Hole in the Rock

### 36 CFR § 2.1(b) Designated trails
The following are designated trails and must be used when traveling to the corresponding archeological/cultural resource site:
- Defiance House Trail
- Descending Sheep Petroglyph Panel Trail
- Rainbow Bridge Trail

### 36 CFR § 2.1(c)(1) Designated fruits, nuts, berries, and unoccupied seashells to harvest by hand and collection restrictions
The following is permitted:
- Collection of pinon nuts is permitted for personal consumption only and not for purposes of sale or exchange.
- Collection of fruit at the Lonely Dell Ranch Orchard is permitted for personal consumption only and not for purposes of sale or exchange.

### 36 CFR § 2.1 (c)(2) Established quantity of natural products
The following is permitted:
- The amount of pinon nuts that are authorized for personal consumption shall not exceed 1 pound per person per day.
- The amount of fruit collected at the Lonely Dell Ranch Orchard shall not exceed 5 gallons per person per day.

### 36 CFR § 2.2 (a)(2) The feeding, touching, teasing, frightening or intentional disturbing of wildlife nesting, breeding or other activities.
Colorado River Mile -15.1 R near Kayak beach (NAD83 12S 457135, 4086805 UTM) a 200' radius surrounding the artificial nest platform is closed to the public and all recreational activities to increase breeding success. Closure will be in effect annually from March 15 to September 1.

### 36 CFR § 2.2(e) Designated areas for wildlife viewing with artificial light
All areas within Glen Canyon NRA are closed to viewing and hunting of wildlife with an artificial light.

### 36 CFR § 2.3(d)(2) Fresh waters designated as open to bait fishing with live or dead minnows or other bait fish, amphibians, non-preserved fish eggs or fish roe

Lake Powell is designated as waters where live waterdogs and dead anchovies may be used as bait for fishing.

**36 CFR § 2.3(d)(8) Designated areas open for fishing from motor road bridges and public boat docks**
The Fishing Dock at the Wahweap Marina and the Antelope Point Marina are the only areas open to fishing from a public dock.

**36 CFR § 2.4 (a)(2)(i) Carrying, using, or possessing weapons at designated locations and times**
**Underwater Spear and Bow Fishing**
Lake Powell, except within Rainbow Bridge NM, is designated as waters where bow fishing and underwater spear fishing are experimentally allowed year-round in accordance with applicable state law. Archery and spear fishing equipment are weapons and must conform to all NRA weapon regulations as outlined in 36 CFR 2.4.
The following is prohibited:

- Use of artificial light.
- Spear and bow fishing within ¼ mile of all existing developed areas including shoreline campgrounds, docks, launch ramps, breakwaters and trailheads.
- Spear and bow fishing within ¼ mile of Dangling Rope Marina, including any land or harbor-based structures.
- Spear and bow fishing within ¼ mile of any structure.
- Spear and bow fishing within 300 feet (100 yards) of any boat, unless:
  The person owns, rents, leases, or lawfully occupies the boat, or
  another boat moves into the 300 feet (100 yards) perimeter after the bow or spear fishing activity has commenced.
- Spear and bow fishing in any area determined to contain endangered species critical habitat. Critical habitat closures for the purposes of bow and spear fishing will be posted on area bulletin boards, information kiosks, at launch ramps, local dive shops, and in other locations frequented by fishermen.

**36 CFR § 2.10(a) Camping: conditions and permits**
The following is prohibited:

- Operation of generators and audio devices, such as radios, tape decks, compact disc players, etc. during the hours of 10 p.m. to 6 a.m. (Quiet Hours) in developed or established campgrounds. During hours of permitted operation, generators must be adequately muffled and not create excessive noise as defined in 36 CFR 2.12. The public is responsible to know what time zone they are in.
- Camping, occupancy of a slip, mooring buoy, or dispersed, lake-based locations within Glen Canyon NRA for more than 14 consecutive days in any specific location or more than 60 days total in the park in any calendar year.
- Land-based camping at any managed campsite or campground that requires a permit or charges a fee within Glen Canyon NRA for more than 14 consecutive days in any specific location or more than 30 days total in the park in any calendar year.
- Camping in the Beehives/Ferry Swale campground more than 3 consecutive days in duration.

Camping is permitted except in the following areas:

- Within 1/4 mile either side of Highway 89 within the recreation area
- All lands west of Antelope Canyon within Glen Canyon NRA that lie south of Lake Powell or the Colorado River.
- Within 100 feet of any paved road and campground access roads.
- On or along the shoreline of designated harbors as defined on Page 3.
- Outside of designated campsites along the Colorado River from the Glen Canyon Dam downstream to the Glen Canyon NRA boundary.
- Within 300 feet (100 yards) of any structure, launch ramp, or airstrip.
- Along the San Juan River from Clay Hills Crossing upstream to the Glen Canyon NRA boundary without a permit from the Bureau of Land Management.
- On or within any archaeological site.
- Anywhere (including the shoreline) within the Wahweap, Stateline, Antelope Point, Horseshoe Bend, Dangling Rope, Bullfrog, Halls Crossing, Hite, and Lees Ferry developed areas, excluding

designated campgrounds.
- Camping within Glen Canyon NRA for more than 14 consecutive days or more than 30 days total in the park within a calendar year. A break in continuous occupancy of a campsite is demonstrated by a vacancy (of people and all related equipment) of at least one camping day. A "camping-day" begins at noon and ends at 11:59 a.m. the following day.
- Within the boundaries of Rainbow Bridge NM.
- Within ½ mile of trailheads.

The following are designated camping areas:
- Wahweap Recreational Vehicle (RV)/Campground (CG), Wahweap Trailer Village RV, Bullfrog RV/CG, Halls Crossing RV/CG, Lees Ferry CG, Hite Marina CG, Lone Rock Beach, Beehives/Ferry Swale, Bullfrog North Beach and Bullfrog South Beach, Stanton Creek, Dirty Devil, Farley Canyon, White Canyon and Blue Notch Campgrounds.
- The pre-launch Colorado River camping area adjacent to Lees Ferry boat rigging area.
- Established campsites, marked by signs, along the Colorado River between the Glen Canyon Dam and Lees Ferry.
- At Hite, between the marina access road and the shoreline, from 300 feet upstream of the marina houseboat loading dock to 300 feet upstream of the public launch ramp.

Exceeding the following limits in designated camping areas is prohibited:
- Group sites, Wahweap and Bullfrog Campgrounds--maximum of 30 people per site (all tents and equipment must be contained within the designated area).
- Individual sites--maximum of 8 people per site; maximum of 2 tents per site; Wahweap and Bullfrog Campgrounds--all vehicles and trailers must be parked on pavement within the site and tents must be on facility pads; Bullfrog and Halls Crossing Campgrounds--maximum of 3 vehicles per site (includes camper trailers and boats); Wahweap Campground—maximum of 2 vehicles per site (includes camper trailers and boats).

The following conditions apply to camping areas within Glen Canyon NRA:
- Within designated camping areas, attaching lines to trees or other vegetation by any method is prohibited.
- When camping at boat-only accessible beaches within 100 feet of Lake Powell's shoreline, a group limit of 40 shall apply. Groups in excess of 40 people are required to obtain a special use permit.
- When camping at vehicle-accessible beaches within 100 feet of Lake Powell's shoreline, carrying capacity limits may apply.
- When camping 100 feet or more from Lake Powell's shoreline, and outside designated campgrounds, group size for hiking and/or camping shall not exceed 12 people and 3 vehicles (and may be further restricted by permit). Groups greater than 12 people shall split into groups of 12 or fewer, and camp at least 1/2 mile apart.
- Camping within the Orange Cliffs Unit requires a backcountry use permit available through Canyonlands National Park. Special requirements may apply.
- Camping within the Escalante District requires a permit that may be obtained at any of the Grand Staircase-Escalante National Monument Visitor Centers or by self-registration at trailheads.
- Camping along the San Juan River from Clay Hills Crossing upstream to the Glen Canyon NRA boundary requires a river running permit available through the Bureau of Land Management.
- Boaters are permitted to camp, not to exceed one night, on vessels at Hobie Cat Beach in the Bullfrog Developed area.

## 36 CFR § 2.10(d) Food storage: designated areas and methods
Food, pet food, and other related camp supplies must be stored in containers highly resistant and impervious to entry by birds and other wildlife. Trash, wastes, and garbage must be always stored in containers highly resistant and impervious to entry by birds and wild animals prior to disposal in authorized dumpsters and/or trash receptacles.

**36 CFR § 2.11 Picnicking: designated areas**
Glass containers are prohibited in the following areas:
- The Chains
- Lone Rock Beach
- Beehives/Ferry Swale Campground
- Swim Beach
- The Coves
- Antelope Point
- Stanton Creek
- Hobie Cat Beach
- Bullfrog North
- Bullfrog South
- Farley Canyon Campground
- White Canyon Campground
- Blue Notch Campground

**36 CFR § 2.13(a)(1) Fires: designated areas and conditions**
The following areas are designated open for campfires:
- In provided fire receptacles only at Wahweap, Bullfrog, Halls Crossing, and Lees Ferry Campgrounds and at campsites along the Colorado River between Glen Canyon Dam and Lees Ferry.
- Along Lake Powell's shoreline below high-water level (3700 feet), except within the Wahweap, Dangling Rope, Bullfrog, Halls Crossing, or Lees Ferry developed areas.
- Above Lake Powell's high-water level (3700 feet) within Glen Canyon NRA, except within the watershed drainage of the Escalante River, this includes Llewellyn and Cottonwood Canyons, and in the Orange Cliffs Unit.
- In the Orange Cliffs Unit, charcoal fires are allowed in fire pans at designated vehicle campsites. Users must provide their own fire pan and pack out the fire pan along with all ash and charcoal associated with the use of the fire pan.

The following is prohibited:
- Fires or open flames, including those used in heating, lighting or cooking within 300 feet (100yards) of all archeological sites, at all fuel docks, and at all marinas, **except** within the galleys or on grills of vessels moored at marinas.
- Burning or attempting to burn any material other than wood, including pallets are not previously broken down and leave nails and other materials that could get buried and potentially cause hazards.
- Leaving trash in the fire pits after departing site. All trash must be removed prior to departing the site.
- Glass in the fire pit.
- Having a fire that exceeds four feet in height and width.

**36 CFR § 2.14(a)(2) Sanitation and refuse: conditions using government receptacles**
No conditions established at present to provide for the dumping of commercial, household, or industrial refuse, brought in from private or municipal property, in government receptacles.

**36 CFR § 2.14(a)(5) Sanitation: designated areas for bathing and washing**
Unless otherwise allowed by the Superintendent, bathing and washing of cooking utensils, food and other property at all public water outlets, fixtures, or pools is prohibited.

**36 CFR § 2.14(a)(7) Sanitation: designated areas for disposal of fish remains**
Designated fish cleaning stations are located in Wahweap, Lees Ferry, Bullfrog and Halls Crossing.

**36 CFR § 2.14(a)(9) Sanitation: designated areas for disposal of human waste in non-developed areas**
Outside of 1/4 mile of the shore of Lake Powell, the San Juan River, Escalante River, Dirty Devil River or the

Colorado River, human body waste solids shall be buried at least 6 inches below ground or carried out in a specifically engineered bag waste containment system.

All human body waste solids shall be contained and carried out using a portable toilet or a specifically engineered bag waste containment system in Coyote Gulch and all other slot canyons where a 300foot minimum distance from water sources is not achievable.

**36 CFR § 2.14(b) Sanitation: conditions concerning disposal, containerization and carrying out of human waste**
The following is prohibited:
- Disposing of solid human waste within 1/4 mile of the shore of Lake Powell, the San Juan River, Escalante River, Dirty Devil River, or the Colorado River, in any manner other than into a human waste container such as a toilet or human waste disposal facility designed for that purpose.
- Use of a plastic or paper bag as a receptacle for solid human waste and/or for disposal of solid human waste is prohibited unless part of a specifically engineered bag waste containment system containing enzymes and polymers to treat human solid waste, capable of being sealed securely and state approved for disposal in ordinary trash receptacles.
- Disposing of human waste from containers into restroom facility toilets, trash receptacles, or in any other manner than into designated human waste disposal facilities within the recreation area. Specifically engineered bag waste containment systems may be disposed in normal trash receptacles.

The following is required:
- All persons camping within 1/4 mile of the shore of Lake Powell, the San Juan River, Escalante River, Dirty Devil River, the Colorado River or in any developed area or designated campground, except at locations designated by the Superintendent as having constructed toilets, shall have a means to contain solid human waste such as a portable toilet, a specifically engineered bag waste containment system, a marine toilet on a vessel or a self-contained toilet in a recreation vehicle. A method of containing solid human waste is required for these locations if campsites are more than 200 yards from any constructed toilet facility or if the toilet facility is closed.
- Human waste from containers, other than the specifically engineered bag waste containment system described above, shall be disposed of only in designated pump out or dump station facilities.
- Toilet paper must be carried out of the area. The burning of toilet paper is prohibited.

The following are areas with constructed toilets:
- Lone Rock Beach
- Bullfrog North and South
- Stanton Creek
- Farley Canyon
- Designated camps on the Colorado River between Glen Canyon Dam and Lees Ferry

**36 CFR § 2.15(a)(1) Areas designated as closed to pets**
The following areas are designated closed to pets:
- All archeological sites.
- All marinas, docks, walkways and open launch ramps except when proceeding directly to and from a boat.
- The portion of Cathedral Wash between the road and the Colorado River.
- Along the San Juan River from Clay Hills Crossing upstream to the Glen Canyon NRA boundary as designated by required permit available through the Bureau of Land Management.
- Orange Cliffs Unit adjacent to Canyonlands NP. This does not apply to pets that remain in vehicles when driving through the park.
- Rainbow Bridge NM, except for pets in vessels at the courtesy docks.
- Dogs and other companion animals are prohibited from entering Coyote Gulch within the boundaries of Glen Canyon NRA. This prohibition includes all dogs and other animals used to

carry or transport recreational equipment or food.

## 36 CFR § 2.15(a)(5) Pet excrement disposal conditions
The following conditions apply:
- Pet excrement within the park must be removed and disposed of in the same manner as human waste in Section 2.14.

## 36 CFR § 2.16 (a)-(c) Horses and pack animals
The following area is closed to llamas:
- Orange Cliffs Unit

The following area allows horses on designated 4-wheel drive roads:
- Orange Cliffs Unit

The following areas are closed to horses and pack animals:
- That area lying south of Lake Powell and the Colorado River west of Antelope Canyon.
- Development zones as shown in the 1979 General Management Plan (Lees Ferry, Antelope Point, Wahweap-Stateline, Lone Rock, Bullfrog, Halls Crossing and Hite)
- Accessible Shoreline Area (Crosby Canyon, Bullfrog North, Bullfrog South, Stanton Creek and Farley Canyon)
- Stevens Canyon, including Stevens Arch
- Coyote Gulch

All of Glen Canyon National Recreation area and Rainbow Bridge National Monument will be closed to use of domestic goats as pack animals, for commercial recreational use or as pets.

The following conditions apply:
- All horses and pack animals must be fed weed-free feed for 48 hours in advance of and for the duration of the trip within Glen Canyon NRA, except in the Orange Cliffs Unit where further restrictions apply as stipulated in the required permit available through Canyonlands National Park.
- Horses and pack animals may not be left unattended.
- No more than twelve horses or pack animals may be used by one group.
- Horses and pack animals must be tethered at least 300 feet from water sources and in a manner to prevent damage to live trees or shrubs.
- In places where horses and pack animals are tethered, manure must be scattered at least 300 feet from water sources, except in Orange Cliffs Unit where further restrictions apply as stipulated in the required permit available through Canyonlands National Park.

## 36 CFR § 2.17(a)(1) Aircraft operation
See 36 CFR 7.70 (a) and 1.5 of the Superintendent's Compendium.

## 36 CFR § 2.17(c)(1) Conditions for removing downed aircraft
The following are established procedures to removing downed aircraft.
- Removal operations must be initiated within three months from the date of the incident and completed no later than six months from the date of the incident unless otherwise approved by the Superintendent.
- Removal operations will be coordinated with the Superintendent's Office or his/her designee.
- The method and manner of the removal will be approved by Superintendent's Office or his/her designee.
- If removal operation initiation has not occurred within 3 months, The National Park Service will arrange for the removal of the downed aircraft at the cost of the aircraft's owner.

## 36 CFR § 2.20 Skating and skateboards
Only the following areas are open to the use of skates, rollerblades, skateboards, scooters, and similar devices:
- All National Park Service and concessioner residential areas.
- The Wahweap parking lots immediately adjacent to the concessioner Boat Repair Shop and lying south of The Coves Access Road from November 1 to March 31 of each year.

- The Stateline Launch parking lot from November 1 to March 31 of each year.
- Walkway from Wahweap Lodge to the Coves.
- The Bullfrog parking lots designated A and B, adjacent to the launch ramp, lot C (which connects to lot B) and lot E (across from the marina store) from November 1 to March 31 of each year.

## 36 CFR § 2.22 (a) (2) Property: leaving property unattended for longer than 24 hours
The following conditions apply:
- Vehicles and boat trailers may be left unattended for periods up to 14 days, when parked within designated parking lots and in parking areas at designated trailheads, without prior permission of the Superintendent.

The following are established procedures to remove sunken or grounded golf carts, or any other mechanized equipment not found under 36 CFR 2.17 (c)(1) or 36 CFR 3.14 (a):
- Removal operations must be initiated within three months from the date of the incident and completed no later than six months from the date of the incident unless otherwise approved by the Superintendent.
- Removal operations will be coordinated with the Superintendent's Office or his/her designee.
- The method and manner of the removal will be approved by Superintendent's Office or his/her designee.
- If removal operation initiation has not occurred within 3 months, the NPS will arrange for the removal of the golf cart and/or other mechanized equipment at the cost of the owner.

## 36 CFR § 2.51(e) Public assemblies/meetings: designated areas for public assemblies
Groups larger than 25 people require a permit from the Superintendent. Groups smaller than 25 people, do not require a permit.

The following locations are available for sale or distribution of printed matter (See maps in Appendix A):
- The sidewalk in front of the Wahweap Ranger Station, but not including the concrete sidewalk providing direct access to the building and leading to the front door.
- The designated portion of the sidewalk to the north of the restroom, in front of the single car parking area, at the top of the Wahweap public launch ramp. This does not include the concrete sidewalk directly in front of the restroom, which provides visitors direct access to the building.
- The Wahweap Campground Amphitheater.
- The area to the south of the restroom building between the restroom and the handicapped parking spaces at the Stateline launch ramp.
- At Lees Ferry, the northwest corner of the gravel parking lot west and adjacent to the public restrooms.
- The south one-half of the Bullfrog Visitor Center parking lot.
- The paved area between the curb stones adjacent to the restroom located at the top of the Bullfrog public launch ramp.
- The area at the top of the public launch ramp on the east side and north of the service road connecting the marina and public launch ramp at Halls Crossing.
- The parking lot adjacent to and west of the Hite Ranger Station, not to exceed the trailer sanitary dump station on the north side.
- The entrance gate at the Chains area, not to exceed parking area.
- The northeast corner of the main parking lot at Antelope Point.
- The area south of the restrooms and immediately adjacent to the northern entrance to the parking lot at Antelope Point Public Launch Ramp.

## 36 CFR § 2.52(e) Sale and distribution of printed matter: areas designated for such use
The following locations are available for sale or distribution of printed matter (See maps in Appendix A):
- The sidewalk in front of the Wahweap Ranger Station, but not including the concrete sidewalk providing direct access to the building and leading to the front door.
- The designated portion of the sidewalk to the north of the restroom, in front of the single car parking area, at the top of the Wahweap public launch ramp. This does not include the concrete

sidewalk directly in front of the restroom, which provides visitors direct access to the building.

- The Wahweap Campground Amphitheater.
- The area to the south of the restroom building between the restroom and the handicapped parking spaces at the Stateline launch ramp.
- At Lees Ferry, the northwest corner of the gravel parking lot west and adjacent to the public restrooms.
- The south one-half of the Bullfrog Visitor Center parking lot.
- The paved area between the curb stones adjacent to the restroom located at the top of the Bullfrog public launch ramp.
- The area at the top of the public launch ramp on the east side and north of the service road connecting the marina and public launch ramp at Halls Crossing.
- The parking lot adjacent to and west of the Hite Ranger Station, not to exceed the trailer sanitary dump station on the north side.
- The entrance gate at the Chains area, not to exceed parking area.
- The northeast corner of the main parking lot at Antelope Point.
- The area south of the restrooms and immediately adjacent to the northern entrance to the parking lot at Antelope Point Public Launch Ramp.

**36 CFR § 2.62(b) Memorialization: designation of areas for scattering ashes**
The following areas are closed to the scattering of human ashes without a permit:

- Archeological sites
- Developed areas (Lees Ferry, Wahweap, Dangling Rope, Halls Crossing, Hite, Bullfrog and Hans Flat)
- Lonely Dell Ranch
- Hole in the Rock Road in San Juan County
- Rainbow Bridge National Monument

All areas within the Natural and Recreation & Resource Utilization zones, as designated in the 1979 Glen Canyon NRA General Management Plan, excluding archaeological sites and other areas identified above, are open to the scattering of human ashes from cremation without a permit.

**PART 3. BOATING AND WATER USE ACTIVITIES**

**36 CFR § 3.7 (b)(1) Personal Flotation Devices**
All occupants of hand-propelled craft operating between Glen Canyon Dam and the boundary of Grand Canyon National Park are required to wear a U.S. Coast Guard-approved personal flotation device (PFD) when underway.

**36 CFR § 3.8(a)(2) Launching and Retrieval of Vessels**
Unless otherwise posted, launching and retrieving vessels is permitted at the following locations:
   All public launch ramps

- Wahweap
- Stateline
- Antelope Point Marina Public Launch Ramp
- Lees Ferry
- Bullfrog
- Halls Crossing
- Hite

   Accessible Shorelines

- Vessels up to 25 feet at Lone Rock Beach may be launched at the designated area as signed in accordance with 36 CFR 1.7 May through October unless otherwise posted.
- The beach areas legally accessible by motor vehicles at the primitive camping area of Bullfrog North Beach and Bullfrog South Beach.
- The San Juan River take-out at Clay Hills Crossing
- The Red Canyon area

- The Paiute Farms area
- The Farley Canyon area
- The White Canyon area
- West Access area at Hite
- Blue Notch area
- Dirty Devil
- The entire shoreline of Lake Powell is open to the launching and retrieving of non-motorized vessels.

## 36 CFR § 3.12(a) Water skiing: designated waters
Any towing of persons by vessels is permitted on the waters of Lake Powell except in:
- Forbidding Canyon
- Bridge Canyon
- Harbors and marinas
- Wakeless areas
- Colorado River, between Glen Canyon Dam and the downstream river boundary of Glen Canyon National Recreation Area where it adjoins Grand Canyon National Park.

## 36 CFR § 3.14(a) Removal of sunken, grounded, or disabled vessels
The following are established procedures to remove sunken, grounded, or disabled vessels:
- Removal operations must be initiated within three months from the date of the incident and completed no later than six months from the date of the incident unless otherwise approved by the Superintendent.
- Removal operations will be coordinated with the Superintendent's Office or his/her designee.
- The method and manner of the removal will be approved by Superintendent's Office or his/her designee.
- If removal operation initiation has not occurred within 3 months, The National Park Service will arrange for the removal of the vessel at the cost of the vessel's owner.

## 36 CFR § 3.16 Swimming: areas designated as closed
Swimming is permitted except within:
- Harbors and mooring areas unless explicitly approved by the superintendent within an area operated by the concessioner under terms and conditions set by the superintendent.
- Rainbow Bridge NM

## PART 4. VEHICLES AND TRAFFIC SAFETY

## 36 CFR § 4.10 Routes or areas designated for off-road motor vehicle use
See 36 CFR § 7.70 (f)(3)(ii) for Designated off-road motor vehicle locations.

## 36 CFR § 4.21(b) Speed limits: designation of a different speed limit
Speed limits differing from those established in 36 CFR are as follows:
Wahweap area
- Speed limits outside developed areas are 45 mph unless posted otherwise.
- Speed limits within developed areas are 25 mph unless posted otherwise.
Bullfrog, Halls Crossing and Hite areas
- Speed limits outside developed areas are 45 mph unless posted otherwise.
- Speed limits within developed areas are 25 mph unless posted otherwise.
Orange Cliffs Unit
- Speed limit is 15 mph unless otherwise posted.

**36 CFR § 4.30 Use of E-Bikes**
E-bikes are allowed in Glen Canyon National Recreation Area where traditional bicycles are allowed. E-bikes are prohibited where traditional bicycles are prohibited. Except where use of motor vehicles by the public is allowed, using the electric motor to move an e-bike without pedaling is prohibited.

A person operating an e-bike is subject to the following sections of 36 CFR part 4 that apply to the use of traditional bicycles: sections 4.12, 4.13, 4.20, 4.21, 4.22, 4.23, and 4.30(h)(2)-(5).

Except as specified in this Compendium, the use of an e-bike within Glen Canyon National Recreation Area is governed by State law, which is adopted and made a part of this Compendium. Any violation of State law adopted by this paragraph is prohibited.

**36 CFR § 7.70(e)(4) PWC: A person may launch and operate a PWC in park waters, except**
On the Colorado River upstream of the Utah Highway 95 Bridge (Sheep Canyon)

**36 CFR § 7.70(f)(3)(ii) Off-road vehicular traffic: Areas closed to off-road vehicular travel**
The following areas are closed to off-road vehicular traffic:
- Bullfrog North Shoreline Access Area, 860 acres, located within the district of Bullfrog district of Glen Canyon National Recreation Area. The area is accessed via Bullfrog North ORV Area Access Road, the end of the GMP road. -110.776172176532; 37.5793219696254. See the park website for map.
- Bullfrog South Shoreline Access Area, 1410 acres, located within the Bullfrog District of Glen Canyon National Recreation Area. The area is accessed by the Bullfrog South Shoreline Access Road that terminates at: -110.757013326724, 37.5691243244479. See the park website for map.
- Dirty Devil Shoreline Access Area, 75 acres, located in the Hite district of Glen Canyon National Recreation Area between Utah State Route 95 and the lakeshore at the mouth of the Dirty Devil River. See the park website for map.
- White Canyon Shoreline Access Area, 330 acres, located in the Hite District of Glen Canyon National Recreation Area near the eastern shore of Lake Powell. The area is accessed via NPS 656 and 657 off Utah State Route 95.
- Crosby Canyon Shoreline Access Area, 380 acres, located within the Wahweap District of Glen Canyon National Recreation Area. The area is accessed at the end of NPS 231 which is off the Warm Creek Road (NPS230). -111.472652079399; 37.0762927401619. See the park website for map.

**EXHIBIT D**



**National Park Service**
**U.S. Department of the**
**Interior**

**Lake Mead**
**National**
**Recreation Area**

601 Nevada Highway
Boulder City, Nevada
89005

702-293-8921 phone
702-293-8936 fax

**Superintendent's**
**Compendium**
Of Designations, Closures,
Permit Requirements and
Other Restrictions Imposed
Under Discretionary Authority.

Approved:

_____     _____

Mike J. Gauthier                    Date
Superintendent (Acting)

---

In accordance with regulations and the delegated authority provided in Title 36, Code of Federal Regulations ("36 CFR"), Chapter 1, Parts 1-7, authorized by Title 54 United States Code, Section 100751, the following provisions apply to all lands and waters administered by the National Park Service, within the boundaries of Lake Mead National Recreation Area. Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained in 36 CFR, Chapter 1, Parts 1-7.

Written determinations, which explain the reasoning behind the Superintendent's use of discretionary authority, as required by 36 CFR, Section 1.5(c), appear in this document identified by italicized print.

**Please send any written comments to:**
**Superintendent**
**Lake Mead National Recreation Area**
**601 Nevada Way**
**Boulder City, Nevada 89005**
**ATTN: Chief Ranger**

**COMPENDIUM**

## Table of Contents

A.   What is the Compendium?...................................................................................4
B.   What laws and policies allow the Superintendent to develop this compendium?..............5
C.   Does this compendium comply with applicable Federal law and requirements? ..............6
D.   How are the requirements of the Superintendent's Compendium developed? .................6
E.   Where does the compendium apply?..................................................................6
F.   Who enforces this Compendium? .....................................................................6
G.   Is there a penalty for not adhering to the requirements found in this Compendium? ........7
H.   How do I provide comment on this compendium? ............................................7
I.    When will the Compendium become effective? ................................................7
J.    Is there anything else I need to know about his Compendium?.........................7
K.   Where can I find a copy of this Compendium once it is approved? ...................7

### Part 1 – General Provisions

Section 1.5 (a)(1)   Visiting Hours ...............................................................................8
Section 1.5 (a)(1)   Closures…………………………………………………………………8
Section 1.5 (a)(1)   Backcountry/Wilderness Use.......................................................12
Section 1.5 (a)(1)   Unmanned Aircraft System (UAS) Use......................................12
Section 1.6          Activities That Require a Permit………………………….........13

### Part 2 – Resource Protection, Public Use, and Recreation

Section 2.1          Preservation of Natural, Cultural and Archaeological Resources...............15
Section 2.2          Wildlife Protection.........................................................................16
Section 2.3          Fishing..........................................................................................17
Section 2.4          Weapons, Traps and Nets.............................................................19
Section 2.10         Camping and Food Storage .........................................................19
Section 2.11         Picnicking .....................................................................................21
Section 2.13         Fires .............................................................................................22
Section 2.14(b)      Sanitation and Refuse/Scavenging .............................................22
Section 2.15         Pets ..............................................................................................24
Section 2.16         Horses and Pack Animals ...........................................................24
Section 2.17         Aircraft and Air Delivery..............................................................25
Section 2.20         Skating, Skateboards, and Similar Devices................................25
Section 2.21         Smoking .......................................................................................25
Section 2.22         Property........................................................................................25
Section 2.23         Recreation Fees ...........................................................................26
Section 2.35         Alcoholic Beverages and Controlled Substances .......................26
Section 2.50         Special Events............................................................................. 27

Section 2.51       Demonstrations ......................................................................27
Section 2.62       Memorialization ....................................................................28

## Part 3 – Boating and Water Use Activities

Section 3.7 (b)    Personal Floatation Devices...............................................28
Section 3.8 (a)    What Vessel Operations are Prohibited?.............................29
Section 3.8 (a)(2) Launching or Recovering Vessels .......................................31
Section 3.8(a)(4)  Operating a vessel in excess of a length, width, Horsepower Restriction...31
Section 3.9 (a)    Personal Watercrafts ...........................................................32
Section 3.12       Waterskiing .........................................................................32
Section 3.14       Removal of Sunken, Grounded or Disabled Vessels.................33
Section 3.16       May I Swim or Wade in Park Waters ...................................33
Section 3.18       Diving ..................................................................................34

## Part 4 – Vehicles and Traffic Safety

Section 4.10 (a)   Travel on Park Roads and Routes .......................................34
Section 4.10 (a)   Low-speed Vehicles & Golf Carts ........................................35
                        Golf Carts...................................................................35
                        Bus Idling...................................................................36
Section 4.11       Vehicle Load, Weight and Size Limits .................................37
Section 4.21       Speed Limits.........................................................................37
Section 4.30(d)    Bicycles on existing trails....................................................38

## Part 5 – Commercial and Private Operations

Section 5.1        Advertisements......................................................................38
Section 5.3        Business Operations (Commercial Use Authorization-CUA).....................38

## Appendix

Appendix A         Recreation Fees ...................................................................40
Appendix B         Permit Fee Schedule ............................................................41
Appendix C         Closed Circuit Television Policy Statement ..............................42

# INTRODUCTION

## A. What is the Superintendent's Compendium?

The Lake Mead National Recreation Area's (NRA) Superintendent's Compendium is the summary of park specific rules implemented under the discretionary authority of the park Superintendent. It serves as public notice with an opportunity for public comment, identifies areas closed for public use, provides a list of activities requiring either a special use permit or reservation, and elaborates on those public use and resources protection regulations that pertain to the specific administration of the park. It does not contain those regulations found in 36 Code of Federal Regulations (CFR) and other United States Codes (U.S.C.) and CFR Titles which are enforced without further elaboration at the park level.

The regulations contained in 36 CFR Parts 1-7 are the basic mechanism used by the National Park Service (NPS) to preserve and protect the natural and cultural resources of the park and to protect visitors and property within the park. Parts 1 through 6 are general regulations applicable to all areas of the National Park System, and Part 7 contains special regulations specific to individual parks. Each of these Parts has many sections and subsections articulating specific provisions. Within some of these Part 1-7 sections and subsections, the Superintendent is granted discretionary authority to develop local rules to be responsive to the needs of a specific park resource or activity, park plan, program, and/or special needs of the general public.

As an example, 36 CFR 1.5(a) *Closures and Public Use Limits* provides the Superintendent certain discretion in allowing or disallowing certain activities. The authority granted by this Section, however, requires the superintendent to comply with the Administrative Procedures Act (5 USC §551) which requires public notice on actions with major impact on visitor use patterns, park resources or those that are highly controversial in nature.

Another example is 36 CFR 1.6 *Permits,* which allows the Superintendent to require a permit for certain uses and activities in the park. This Section, however, requires that a list of activities needing a permit (and a fee schedule for the various types of permits) be maintained by the park.

**This compendium should be used in conjunction with 36 CFR, Sections 1-7 to more fully understand the regulations governing the use and enjoyment of all the areas of the National Park System.**

A copy of 36 CFR can be purchased from the U.S. Government Printing Office at:

> U.S. Government Printing Office
> PO Box 979050
> St. Louis, MO 63197-9000
> Or by calling: 866-512-1800
> http://bookstore.gpo.gov/Ordering-Policies
> The Code of Federal Regulations is also available on the internet at:
> http://www.gpo.gov/fdsys/pkg/CFR-2013-title36-vol1/pdf/CFR-2013-title36-vol1.pdf

**B. What laws and policies allow the Superintendent to develop this Compendium?**

The NPS is granted broad statutory authority in 54 U.S.C. Section 100101(a) *et.seq.* (National Park Service Organic Act of 1916, as amended) to "…regulate the use of the Federal areas known as national parks, monuments, and reservations…by such means and measures as conform to the fundamental purposes of the said parks…which purpose is to conserve the scenery and the natural and historic objects and the wildlife therein and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment for future generations" (54 U.S.C. Section 100101). In addition, the Organic Act allows the NPS, through the Secretary of the Interior, to "make and publish such rules and regulations as he may deem necessary or proper for the use and management of the parks, monuments, and reservations under the jurisdiction of the National Park Service" ( 54 U.S.C. Section 100751).

In 1970, Congress amended the NPS Organic Act to clarify its intentions as to the overall mission of the NPS. Through the General Authorities Act of 1970 (54 U.S.C. Section 100101-101301), congress brought all areas administered by the NPS into one National Park System and directed the NPS to manage all areas under its administration consistent with the Organic Act of 1916.

In 1978, Congress amended the General Authorities Act of 1970 and reasserted system wide the high standard of protection defined in the original Organic Act by stating "Congress further reaffirms, declares, and directs that the promotion and regulations of the various areas of the National Park System, as defined by 54 U.S.C. Section 100101., shall be consistent with and founded in the purpose established by 54 U.S.C. Section 100101, to the common benefit of all people of the United States."

54 U.S.C. Section 100501 defines the National Park System as "…any areas of land and water now or hereafter administered by the Secretary of the Interior through the National Park Service for park, monument, historic, parkway, recreational, or other purposes." 36 CFR Section 1.7(b) requires the Superintendent to compile in writing all the designations, closures, permit requirement, and other restrictions imposed under discretionary authority. This compilation, called the Superintendent's Compendium, shall be updated annually and made available to the public upon request.

In addition to the above statutory authority, the Superintendent is also guided by established NPS policy as found in the *NPS Management Policies* (2006). As stated in this policy document, the primary responsibility of the NPS is to protect and preserve our national natural and cultural resources while providing for the enjoyment of these resources by visitors and other users, as long as use does not impair specific park resources or overall visitor experience. The appropriateness of any particular visitor use or recreational experience is resource based and will vary from park to park; therefore, a use of activity that is appropriate in one park area may not be appropriate in another. Each park Superintendent is directed to analyze overall park use and determine if any particular use is appropriate. Where conflict arises between use and resource protection, where the Superintendent has a basis to believe a resource is or would become impaired, then that Superintendent is obliged to place limitations on public use.

**C. Does this Compendium comply with applicable Federal law and requirements?**

The Superintendent's Compendium is not considered a significant rule requiring review by the Office of Management and Budget under Executive Order 12866.

**D. How are the requirements of the Superintendent's Compendium developed?**

As outlined above, the NPS has broad authority and responsibility to determine what types of uses and activities are appropriate in any particular National Park System area. The requirements of the Superintendent's Compendium are developed through an analysis and determination process for that particular NPS area. The decision criteria used during this process are:

- Is the use or activity consistent with the National Park Service Organic Act and NPS policy?
- Is the use or activity consistent and compatible with the park's enabling legislation, management objectives, and corresponding management plans?
- Will the use or activity damage or impair the park's protected natural and cultural resources and other protected values?
- Will the use or activity disturb or be in conflict with wildlife, vegetation, and environmental protection actions and values?
- Will the use or activity conflict with or be incompatible with traditional park uses and activities?
- Will the use or activity compromise employee or public safety?

**E. Where does this Compendium apply?**

The regulations contained in this Compendium apply to all persons entering, using, visiting or otherwise within the boundaries of federally owned lands and waters administered by the NPS as part of the Lake Mead National Recreation Area. This includes all water subject to the jurisdiction of the United States, including all navigable waters and areas within their ordinary reach (up to the ordinary high water mark) without regard to the ownership of the submerged lands or lowlands.

You can find this information on the park map, available at any park office or visitor contact station.

**F. Who enforces the requirements of this Compendium?**

Only NPS Law Enforcement Park Rangers or a crossed designated Law Enforcement Officer can enforce the requirements of the United States Code, CFR Titles, and this Superintendent's Compendium. However, many Federal laws and regulations have similar statutes found in state and local laws. Many of the requirements of this Compendium complement existing state and local laws and regulations which are also in effect within the park and enforced by State and local law enforcement officers.

**G. Is there a penalty for not adhering to the requirements found in this Compendium?**

A person who violates any provision of the regulations found in 36 CFR Parts 1-7, along with this Compendium, is subject to a fine as provided by law (18 U.S.C. 3571) up to $5,000 for individuals and $10,000 for organizations, or by imprisonment not exceeding six months (18 U.S.C. 3559), or both, and shall be adjudged to pay all court costs associated with any court proceedings. You may receive a list of fines associated with any particular provision by contacting the Lake Mead Court Officer at the park address found below.

**H. How do I provide comment on this Compendium?**

The park welcomes comments about its programs and activities at any time. Comments specific to the Superintendent's Compendium will be accepted anytime. Any changes to this Compendium recommended by the public or others, and accepted by the Superintendent, will be incorporated into this Compendium without further public comment and review.

> Lake Mead National Recreation Area
> 601 Nevada Way
> Boulder City, NV 89005
> ATTN: Chief Ranger

**I. When will an updated compendium become effective?**

Any updates to the Lake Mead National Recreation Area's Superintendent's Compendium will become effective on the date signed and remain in effect until superseded.

**J. Is there anything else I need to know about this Compendium?**

Some of the terms used in this Compendium may be unclear to you. If you are unsure about a specific term please consult 36 CFR 1.4 *Definitions*. Terms that may be unique to this Compendium will be defined. You may access the 36 Code Federal Regulations at: http://www.gpo.gov/fdsys/pkg/CFR-2013-title36-vol1/pdf/CFR-2013-title36-vol1.pdf

**K. Where may I find a copy of this Compendium once it is approved?**

http://www.nps.gov/lake/parkmgmt/lawsandpolicies.htm

# 36 CFR § Part 1 – General Provisions

**I.    36 CFR §1.5 – VISITING HOURS, PUBLIC USE LIMITS, CLOSURES AND AREA DESIGNATIONS FOR SPECIFIC USE OR ACTIVITIES**

## (a)(1) VISITING HOURS

1. Lake Mead National Recreation Area is open 24-hours-per-day, with the following exceptions:

   - Alan Bible Visitor Center is generally open from 9:00 a.m. to 4:30 p.m., 7 days a week.
   - Park Headquarters, Boulder City is generally open from 8:00 a.m. to 4:00 p.m. Monday through Friday and closed Saturday and Sunday.

   **Determination:** *Park visitor contact stations are open based upon personnel availability.*

2. Rogers Spring (located near Echo Bay, Nevada) is open sunrise until 10:00 p.m.

   **Determination:** *The Rogers Spring area is not an authorized camping area. This closure is necessary to prevent unauthorized camping, litter, and contamination of spring waters.*

3. Boulder Beach is open to motor vehicles from 6:00 a.m. to dusk year-round. It is open to pedestrian use 24 hours a day.

   **Determination:** *Nighttime activities on the beach, such as music from car stereos and the noise of vehicle engines, create unreasonable noise for campers in Boulder Campground. This closure is necessary to maintain acceptable conditions for campers, to prevent camping in unauthorized areas, and to prevent other common violations (such as underage alcohol consumption, litter, and vehicle travel off of established routes).*

## (a)(1) CLOSURES

1. All designated fishing piers in Lake Mead and Lake Mohave are closed to mooring of vessels, diving, jumping or otherwise entering the water.

   **Determination:** *Piers were constructed and installed for the purpose of providing an accessible fishing location for persons of all abilities.*

2. The following areas are closed to the consumption of alcoholic beverages and/or to the possession of a bottle, can or other receptacle containing an alcoholic beverage that is open, or that has been opened, or whose seal is broken or the contents of which have been partially removed.

(Closure enacted under the authority 36 C.F.R. §2.35 (3)(i) This closure imposed does not apply to an open container of an alcoholic beverage that is stored in compliance with the provisions of 36 C.F.R. §4.14)

- On the beach and/or parking area at the end of Approved Road 47, and within a one mile radius of Placer Cove, Nevada

*Determination: Easy access to the lake has made this location popular for a variety of different uses. High cliffs (commonly used for cliff jumping) also make this an attractive location. Late-night parties, alcohol consumption, and underage drinking have contributed to visitor conflicts and safety concerns in this area. Alcohol use is a factor in falling/jumping injuries and fatalities, and in drowning. Incidents of aberrant behavior related to the consumption of alcohol at this location have been of such magnitude that the diligent application of authorities in this section and § 2.34 of this chapter over a reasonable time period have not alleviated the problem.*

3. Closure of Glass containers and Styrofoam™ - The Lake Mead National Recreation Area is closed to glass beverage containers and Styrofoam™, the possession of glass beverage containers and Styrofoam™ is prohibited except:

- Within domiciles.
- Within Concession operated food and beverage service areas.
- Stored within vehicles.

**Determination:** *The restriction on glass beverage containers and Styrofoam™ is based on safety and environmental concerns. Glass beverage containers are not appropriate at Lakes Mead and Mohave, as the number of injuries related to this type of container continues to be an issue. Styrofoam™ does not breakdown and can be a problem for wildlife. Based on these concerns, the National Park Service has closed the above areas to glass beverage containers and Styrofoam™.*

4. Pearce Ferry Take-Out/Harbor - Launching of vessels and watercraft from Pearce Ferry Take-Out/Harbor Area by the public is prohibited. This area is designated only for permitted rafting trips. The river running take-out and re-rigging area is closed to swimming, fishing, camping and shoreline fires to prevent conflict with the river runner operations. The exception will be administrative government vessels and those commercial vessels authorized by the Superintendent's Office.

**Determination:** *The Pearce Ferry launch ramp is closed due to low water. The Pearce Ferry Take-Out is located in an area of swift water that makes the ramp conditions change daily and often is not safe. River operators are trained to deal with the swift water and ramp conditions.*

5. Overton Beach Marina and associated facilities to include the boat launch is closed.

**Determination:** *The closure to Overton Beach marina is due to low water levels such that the marina is closed and all other facilities for public use are no longer available. These facilities*

*have not been maintained for some time and are not safe for public access. All launching of vessels at Overton Beach is no longer possible.*

6. Overton Beach Access Road is closed to motor vehicles.

**Determination:** *The Overton Beach developed area no longer provides visitor services as all facilities are closed. The road is no longer maintained. Accessing Overton Beach area by non-motorized means is allowed.*

7. Echo Bay Marina is closed.
   - The Echo Bay area is open.
   - Limited services are still available on land
   - Visitors may still launch vessels.

**Determination:** *The closure to Echo Bay Marina is due to water levels and a lack of a contractor to operate services.*

8. Government Dock at Las Vegas Boat Harbor and Katherine Landing Marina are closed to the public.

**Determination:** This area is under administrative closure and accessed by authorized personnel only.

9. The SNWA's Third Intake Tunnel on Lake Mead is closed to the public.

**Determination:** This area is under administrative closure and accessed by authorized personnel only.

10. Designated picnic areas throughout the park will observe Quiet Hours which begin at 10:00 p.m. and end at 6:00 a.m.

**Determination:** *Designated picnic areas are adjacent to the developed campgrounds. Quiet hours at the designated picnic areas ensure peaceful atmosphere for the visitors in the campgrounds. Please see Section 2.11 Picnicking, page 20 for list of designated picnic areas.*

11. A permanent seasonal closure is in effect from May 15th to September 30 for the areas of Gold Strike Canyon in Nevada, and White Rock Canyon in Arizona. The hot springs in both areas are still accessible from the river and remain open to the public.

**Determination**: *These areas are closed in the interest of public and employee safety. Temperatures can reach well over 100 degrees within the canyons during the closure period. The high temperatures cause a significant health risk to visitors, and employees of the National Park Service who are often called upon to respond to emergency situations in this area. The permanent seasonal closure underwent civic review in 2016.*

12. Approved Road 75(A) has been closed to vehicle traffic from the intersection with Approved Road 75 to the end of Approved Road 75(A).

**Determination**: *Approved Road 75(A) is approximately 1/4 mile long and dead ends at the Gold Strike Canyon Trail Head. Traditionally vehicles have parked along this roadway because there is no formal parking area. This has caused traffic issues and blocked vehicle egress from the area in the past. Formal parking areas and a pedestrian trail leading to the traditional Trail Head to access Gold Strike Canyon have been established to mitigate the traffic issues.*

13. The Katherine Mine and Mill site at Katherine Landing are closed to the public.

**Determination:** *The closure to the Katherine Mine and Mill site is in the interest of public safety. The ground around this area is unstable and poses a risk of falling or being trapped in a confined space. This area is currently fenced off.*

14. **SADDLE ISLAND:**

The Alfred Merritt Smith Water Treatment Facility at Saddle Island near Boulder Beach, Lake Mead, is closed to all fishing, hiking, and other land-based uses. The closed area extends from the southernmost tip of Saddle Island to approximately 4-1/2 miles north on each side of the island. The closed area includes the interior portion of the island, the water areas surrounding the intake systems, all pumping facilities, and the Alfred Merritt Smith Water Treatment Facility immediately west of Saddle Island.

The Basic Water Company intake tower on the southwest side of Saddle Island is closed to all non-authorized personnel and vessels. This closure includes the tower and all waters within 100 feet of it. Vessels and people are prohibited from fastening to buoys that designate this closure area.

**Determination:** *These lands, structures and facilities are ordered closed in the interest of public safety and security.*

15. Recreational Diving of any kind is prohibited at or around the submerged B-29 aircraft unless authorized by Commercial Use Authorization.

**Determination**: *Due to the historical significance of the submerged B-29, recreational diving is prohibited in the interest of protection of the resource.*

## (a)(1) <u>BACKCOUNTRY / WILDERNESS USE:</u>

There are nine designated wilderness areas within Lake Mead NRA.

1. Muddy Mountains
2. Pinto Valley
3. Jimbilnan
4. Black Canyon
5. Eldorado
6. Ireteba Peaks
7. Nellis Wash
8. Spirit Mountain
9. Bridge Canyon

1. Use of wilderness within the Lake Mead National Recreation Area is governed by the 2014 Wilderness Management Plan.  The Muddy Mountains Wilderness shall be governed by the Muddy Mountains Wilderness Management Plan.

2. Group size is limited to 12 people.

3. Use of the backcountry within Lake Mead National Recreation Area shall be governed by the stipulations set forth in the Backcountry Management Plan, copies of which are on file at the Headquarters Office located at 601 Nevada Way, Boulder City, Nevada 89005

**Determination:** *See the 2014 Wilderness Management Plan/Environmental Impact Statement. Available for review in NPS Headquarters.*


## (a)(1) <u>UNMANNED AIRCRAFT SYSTEM (UAS) USE:</u>

**Definition:**
The term "unmanned aircraft" means a device that is used or intended to be used for flight in the air without the possibility of direct human intervention from within or on the device, and the associated operational elements and components that are required for the pilot or system operator in command to operate or control the device (such as cameras, sensors, communication links). This term includes all types of devices that meet this definition (e.g. model airplanes, quadcopters, drones) that are used for any purpose, including for recreation or commerce.

**Closure:**
The launching, landing or operating of an unmanned aircraft from or on lands and waters administered by the National Park Service within the boundaries of Lake Mead National Recreation Area is prohibited except as approved in writing by the Superintendent.

**Exemption:**
Since 1992, a historical establishment of the use of model aircrafts (aka Radio Controlled Model Aircrafts (RCMA)) was authorized at Lake Mead National Recreation Area. Only the use of RCMA

at the designated area will continue to be allowed. The designated area is signed as "Radio Control Model Aircraft Field" and is located on the Frontage Road approximately .60 miles from Hemenway Drive in the Boulder Beach area. The radio control model aircraft field is approximately .36 square miles. This area is used by hobbyist and recreational users. All flights will be below 400 feet Above Ground Level (AGL), and line-of-sight control. Historic use of RCMA has had minimal impact to the general public and park resources and values. The radio-controlled model aircraft is restricted within the designated field. Flying over the adjacent campground, trailer park and lake users is prohibited.

## II.    36 CFR §1.6 ACTIVITIES THAT REQUIRE A PERMIT

(f) The following is a compilation of those activities for which a permit from the Superintendent is required:

§2.4(e) Carry or possess a weapon, trap, or net.
- When necessary to support research activities conducted in accordance with § 2.5
- To carry firearms for persons in charge of pack trains or saddle horses for emergency use.
- For employees, agents, or cooperating officials in the performance of their official duties

§2.5(a) Specimen collection (Take plant, fish, wildlife, rocks or minerals).

§2.10(a) The following camping activities:
- Camping permit required in developed campgrounds.  Please refer to Part 1 General Provisions, §2.23 *Recreation Fees*.
- See Part 1 General Provisions, §2.10 *Camping and Food Storage*, for additional camping information.

§2.12  Audio Disturbances:
(a)(2) Operating a chainsaw in developed areas
(a)(3) Operation of any type of portable motor or engine, or device powered by a portable motor or engine in non-developed areas
(a)(4) Operation of a public address system in connection with a public gathering or special event for which a permit has been issued pursuant to §2.50 or §2.51

§2.17  Aircraft & Air Delivery:
(a)(3) Delivery or retrieval of a person or object by parachute, helicopter or other airborne means
(c)(1) Removal of a downed aircraft

§2.23(b) The following special recreation activities (per 36 CFR Part 71.10):
- Fishing tournaments

- Boat races or regattas
- Sporting races or events
- Other special events

§2.37  Soliciting or demanding gifts, money goods or services (Pursuant to the terms and conditions of a permit issued under §2.50, §2.51 or §2.52)

§2.38  Explosives:
(a)  Use, possess, store, transport explosives, blasting agents
(b)  Use of and/or possession of fireworks

§2.50(a) Conduct a sports event, pageant, regatta, public spectator attraction, entertainment, ceremony, and similar events

§2.51(a) Public assemblies, meetings, gatherings, demonstrations, parades and other public expressions of views

§2.52(c) Sale or distribution of printed matter

§2.60(b) Livestock use

§2.61(a) Residing on federal lands

§2.62  Memorialization:
(a) Erection of monuments (Requires approval from the Director)

(b) Scattering ashes from human cremation
(Only if the request does not follow the established terms and conditions for this activity)

§3.3 Vessel use permit (vessel *Lake Use Pass*)

§3.12(b) Towing a person using a parasail, hang-glider or other airborne device (see Part 3 Boating and Water Use Activities, §3.12(b) *Waterskiing*.

§3.19  The use of manned or unmanned submersibles.

§4.11(a) Vehicles exceeding load, weight and size limits (see Part 4 Vehicles and Traffic Safety, §4.10 *Travel on Park Roads and Routes*).

§5.1 Advertisements - (Display, posting or distribution).

§5.3 Engaging in or soliciting any business

§5.5 Commercial Photography
(a) Motion pictures, television, audiography, videography involving the use of professional casts, settings, or crews, other than bona fide newsreel or news television

(b) Still photography meeting any of the following criteria is prohibited:
- Using models, sets or props
- Requesting access to a closed area
- Resulting in administrative costs to the park

§5.6(c) Use of commercial vehicles on park area roads (The Superintendent shall issue a permit to access private lands within or adjacent to the park when access is otherwise not available).

§5.7 Construction of buildings, facilities, trails, roads, boat docks, path, structure, etc.
§6.9 Operation of a solid waste disposal site.
§7.48(c) Parking motor vehicles and trailers in excess of 7 days.

§7.48(e) Exemption from vessel noise level limitations in marine regattas or races.

§9.15  Use of park roads by commercial vehicles:
- (a)(1) In addition to a permit fee ($150 minimum), a fee of $0.03 per ton mile will be charged for each commercial load of hard rock minerals, oil or gas transported over park roads related to mining.

**36 CFR § Part 2 – Resource Protection, Public Use, and Recreation**

## §2.1 PRESERVATION OF NATURAL, CULTURAL AND ARCHAEOLOGICAL RESOURCES

(a)(4) Dead wood on the ground, including driftwood, may be collected for use as fuel for campfires in the park where allowed. This activity is prohibited when a Fire Closure is issued.
- Dead wood on the ground may be collected for use as fuel for campfires within the park in the following areas:
  - Driftwood may be collected from below the high waterline and used in campfires within the recreation area.
  - Dead and downed wood, on the ground, may be collected and used for campfires on the Shivwits Plateau.

(c)(1) Native fruits, berries, and nuts may be gathered by hand for personal use or consumption with the following conditions:
- One quart per day per person

**Determination:** *The gathering of small amounts of native fruits, berries, and nuts will not adversely affect the reproductive potential of these species or otherwise adversely affect park resources.*

## §2.2 **WILDLIFE PROTECTION**

(b)(2) Hunting closures - The following areas are closed to all shooting, public hunting, and trapping for reasons of public safety:

- All lands and waters within a one-mile radius of: Overton Beach; Saint Thomas Town Site; Redstone Picnic Area; Rogers Spring; Stewarts Point; Echo Bay; Eldorado Canyon; Cottonwood Cove; Willow Beach; Kingman Wash; Bonelli Landing; Temple Bar; Gregg's Hideout; South Cove; Pearce Ferry; Callville Bay; Las Vegas Bay; Boulder Beach; Boulder Harbor; Hemenway Harbor; and the petroglyph section of Grapevine Canyon located in Section 24 Township 31 South, Range 65 East. For Sheep Hunters - (Note: During bighorn sheep season, closures around Gregg's Hideout and Kingman Wash are reduced to one-half (1/2) mile).

- Boulder Basin - All lands and waters within the Nevada portion of Boulder Basin. This shall include all of the area from Hoover Dam to a north-south line near the peninsula lying between Hamblin Bay and Rotary Cove. Complete townships or portions thereof located within the Lake Mead National Recreation Area that are included within this closure zone are all in the Mt. Diablo Base and Meridian as follows:

  a) Township 20 South, Range 63 East
  b) Township 20 South, Range 64 East
  c) Township 20 South, Range 65 East
  d) Township 21 South, Range 66 East, Section 6, 7 & 18
  e) Township 21 South, Range 63 East
  f) Township 21 South, Range 63 1/2 East
  g) Township 21 South, Range 64 East
  h) Township 21 South, Range 65 East
  i) Township 22 South, Range 64 East
  j) Township 22 South, Range 65 East

- Black Canyon - All lands and waters within a one-mile strip parallel to the Arizona/Nevada state line and running from Willow Beach to the Hoover Dam security zone.
  **Note:** For **Bighorn Sheep Hunters Only**, during bighorn sheep season, the closure is:
  a) Reduced to one-fourth mile north and south of Arizona Hot Spring.
  b) Willow Beach closure is modified (see Backcountry Management Plan) on the south side to accommodate hunters on the slopes of Big Nasty.
  c) Water closure remains in effect.

- Katherine Landing, Arizona - All lands and waters within the National Recreation Area boundaries as described:

a) Township 21 North, Range 21 West, Section 5, 6, 7, 8, 18, 19, and the West 1/2 of Sections 17, 20, and 30.
b) Township 21 North, Range 22 West, Sections 1, 12, and 13.
c) Township 22 North, Range 22 West, Sections 25, 36, and 24, that portion lying south of the 500-kV power line.

- Katherine Landing, Nevada - All lands and waters commencing at the Arizona/Nevada line at the power line crossing then west to a point on the north section line of Section 4, Township 31 South, Range 66 East, 1/2 mile west of the shoreline of Lake Mohave, then south maintaining a distance of one-half mile west of the shoreline to the southern boundary.

- Pearce Ferry Take-Out (new construction to the river as of 2010) - Described as follows: 1/2 mile upstream from the center of the launch ramp and 1/2 mile downstream from the center of the launch ramp. This area spans from shoreline to the opposite shoreline with a 1/4 mile strip of land along the water's edge included. This area is closed to hunting. See Closures page 8.

(d) Transporting of lawfully taken and properly tagged wildlife through the park is permitted.

(e) All park areas are closed to viewing of wildlife with artificial light.

**Determination:** *Prevent impact to wildlife in its natural settings. Night vision devices are not artificial lights; however, infrared lighting/beams are considered artificial lights and are included in the prohibition.*

## §2.3 <u>FISHING</u>

(a) Designated fishing areas or closures as follows:
- Hemenway Fishing Point has been designated for shoreline fishing only. All other water-oriented activities, such as boating, fishing from vessels and floating devices, swimming, snorkeling, and SCUBA diving, are prohibited in these areas. The water area at Hemenway Fishing Point shall be clearly marked by buoys indicating the restriction area. In order to be considered wading, a person fishing must be standing with their feet on the bottom and not capable of free flotation through the use of any device.

**Determination:** *There are very few areas in the Boulder Basin where fisherman can drive near the shoreline and fish. The Hemenway Fishing Point consists of less than ¼ mile of shoreline in an area of nearly 2 miles of shoreline open to boating, swimming and other activities. Entrance of boats into these areas has resulted in cut fishing lines, fouled propellers, and conflicts between users. This order helps prevent conflicts between boaters and fisherman. This order is contingent upon water levels as the lake rises and lowers.*

- Docks designated for fishing access are primarily to accommodate physically challenged fishermen. All other fishermen are prohibited from interfering with the use of fishing docks by physically challenged fishermen.

**Determination:** *Visitors with a disability have difficulty fishing from shore. Visitors with a disability have very few areas that they can access safely without assistance from others. Docks provide visitors with disabilities a safe and secure access to the water for fishing. This order grants visitors with disabilities priority of use over fishermen who have no physical limitations.*

- Fishing is prohibited in harbors, in or from marinas, from boats moored within marinas, and in mooring areas. Fishing may be permitted within harbors when posted with appropriate signs. The Willow Beach Harbor for the purpose of this order is defined as that area within the confines of the flat wake buoys extending from the Arizona shoreline to a point approximately 3/4 of the distance to the Nevada shoreline.

- Underwater spear and bow fishing is closed within 1/2-mile of all existing developed areas for public safety. This closure is to include all shoreline campgrounds, docks, launch ramps, breakwaters, any building or shed, pump out stations, floating structures, houseboats, campers, motor-homes, trailers, tents, vehicles, and trailheads. An appropriate diver's flag must be displayed within 100 feet of a person spearfishing. The term underwater spearfishing is defined as fishing by a person swimming or diving and using a mechanical device held in the hand which uses a remember band, spring, or pneumatic power to propel a spear to take any type of fish.

- Bow fishing is defined as fishing or taking of any fish by the means of archery tackle from a boat or from the shore.

- Spear and bow fishing requirements:
    a) All participants must possess a valid fishing license and/ or State use stamp
    b) Fishing with a bow or spear is allowed from official sunrise to sunset daily
    c) Persons may spearfish for striped bass and carp in Lake Mead and Lake Mohave from Cottonwood Cove to the cable below Hoover Dam.
    d) Spearfishing for striped bass is prohibited in Lake Mohave from Cottonwood Cove to Davis Dam.
    e) The use of artificial light is prohibited
    f) There is no limit on striped bass less than 20 inches total length. Limit on striped bass 20 inches total length or greater is 20 fish.
    g) Carp can be taken without limit: however, they may not be abandoned on the shoreline or sunk in the lake to get rid of the fish.

**Determination:** *Fishing in harbors and mooring areas creates conflict and adds to congestion. Fairways and water areas within harbors must remain clear of obstructions*

18

*and nuisances, so as to allow unimpaired navigation in all conditions. Docks that are provided solely for boater access and mooring must remain free of other uses. In congested areas, the casting of hooks poses a safety hazard.*

## §2.4 <u>WEAPONS, TRAPS, AND NETS</u>

(a)(2)(i) Weapons, traps, or nets may only be used at the following designated times and locations:
- When fishing in accordance with §2.3.
- When hunting in accordance with §2.2.

(a)(2)(ii) Target practice is prohibited throughout the park property of land and water, including but not limited to employee residences within the park or other facilities within the park.

Park visitors who can legally possess and carry firearms under federal, state, and local law are allowed to carry them in the park. The role of the responsible gun owner is to know and obey the federal, state, and local laws appropriate to the park they are visiting

18 U.S.C. § 930 prohibits the possession of firearms in "federal facilities," which are defined as "buildings or parts thereof owned or leased by the federal government, where federal employees are regularly present for the purpose of performing their official duties." These places are marked with signs at public entrances.

## §2.10 <u>CAMPING AND FOOD STORAGE</u>

Camping within Lake Mead National Recreation Area is limited to 90 days within a consecutive twelve (12) month period.  Camping in excess of 90 days is considered to be residency, except in marinas and long-term trailer villages.

(a) **DEVELOPED CAMPGROUNDS** is permitted as follows:
- One camping unit, i.e., motor home or camp trailer. (A maximum of two motorized vehicles, four motorcycles or combination thereof if towed or carried on or by a camper may occupy a site).
- Motor vehicles and trailers must be parked in designated areas at each site.  Park Rangers have the authority to require campers to move excess vehicles to a site designated by the Ranger.
- Maximum of eight (8) persons may occupy one site.
- Group campsites at Boulder Beach allow a maximum of 30 persons per group site, a minimum of 12 persons per site is required
- Camping is limited to 30 days in any campground regardless if it is managed by the NPS or a Concession.

The sites and areas listed below have been designated for camping activities (tents or RV sites).  A reservation system has been established for group campground sites:
- Boulder Beach Campground  .......... 146 sites
  - Group Campsite ...................... 5 sites

- Las Vegas Bay Campground .......... 86 sites
- Callville Bay Campground .............. 157 sites
- Echo Bay Campground .................. 166 sites
- Cottonwood Cove Campground ...... 149 sites
- Temple Bar Campground ............... 153 sites
- Willow Beach Campground………… 38 sites
- Kathern Landing Campground………173 sites

- **BACKCOUNTRY CAMPING** is permitted in accordance with the provisions of the Backcountry Management Plan as modified in this document as follows:
    - Camping is limited to 15 days in all backcountry or beach camping areas, except as listed below.
    - Campers must move to another camp area at least one-half mile away for a minimum of 15 days before returning to the same camp area
    - Vehicle camping is permitted in designated camp areas only. Those areas are identified in the Backcountry Management Plan, on the park's approved road map and on-site with the approved camping symbol sign.
        - Exception: Only for special events under a Special Park Use permit, a maximum of two people, one vehicle or RV allowed at Boulder Beach overnight prior to event day for security of equipment and supplies. All other event personnel shall camp in designated campgrounds.
    - The areas known as North and South Telephone Cove, Cabin Site Point, and Princes Cove, Arizona, and Placer Cove, Nevada; are CLOSED to camping.
    - Vehicle camping is permitted ONLY in designated campgrounds within the area commonly referred to as Boulder Basin, and defined as all land areas north of U.S. 93 and west of a line drawn from Promontory Point north to Roadrunner Cove.  For the purposes of this section, Government Wash is a designated undeveloped camping area.
    - Backpack and horseback camping is not permitted within one-half mile of any designated roadway except at designated campsites.

    - The following areas are added to the list of designated backcountry campsites:
        - Burro Wash
        - Bighorn Cove
        - Horse Thief Canyon
        - Cranes Nest Wash
        - 2 B's Mine
        - Old U.S. 93 Road at mile 12 (north of Willow Beach)
        - Fire Mountain Wash
        - Walker Bay
        - Scanlon Hill
        - Yucca Camp
        - Lonesome Wash

A map showing the designated camping areas can be found at the attached link;
https://www.nps.gov/lake/planyourvisit/backcountry.htm

- **MARINA / VESSEL OVERNIGHT**
  - A vessel may not be used for overnight stays for more than 15 days within any 30-day period while moored at a marina or buoy within a harbor.
  - A vessel may not be used for overnight stays for more than 120 days in a consecutive twelve (12) month period. Any time in excess of 120 days is considered to be residency.

- **VISITOR TRAILER VILLAGES:**
  - Long Term - Occupancy of a trailer within a concessioner-operated visitor trailer village is limited up to 180 days in a consecutive twelve (12) month period. Occupancy in excess of 180 days is considered to be residency and is prohibited.

  - Short Term - Occupancy of a concessioner-operated short term trailer village (RV) is limited up to 90 days in a consecutive twelve (12) month period. If there is no waiting list, site occupancy may be extended 30 days at a time, not to exceed 180 days in a calendar year.

    Refer to 36 CFR 2.10 for further information about camping and food storage.

- **PEARCE FERRY:**

    Within 1/4-mile of Pearce Ferry Access Road, no camping, no fires and no hunting are allowed except, camping is allowed only within the designated Pearce Ferry Campground area. Camping at the Pearce Ferry Campground is limited to 15 days total within a 12-month period.

**§2.11 PICNICKING**
Designated picnic areas throughout the park will observe quiet hours, which begin at 10:00 p.m. and end at 6:00 a.m.

**All developed picnic areas are available to the public on a first-come first-served basis. The following are developed picnic areas:**
- **Boulder Beach**
- **Callville Bay**
- **Redstone**
- **Rogers Spring**
- **Echo Bay**

- **Cottonwood Cove**
- **Willow Beach**
- **Temple Bar**
- **Katherine Landing**
- **Arizona South Telephone Cove**
- **Princess Cove**

**Determination:** *Quiet hours in the designated picnic areas ensure a peaceful atmosphere for other visitors especially where the designated campground is adjacent to a developed campground.*

## §2.13 FIRES

(a)(1) The lighting or maintaining of fires is generally prohibited, except as established in the following designated areas and/or receptacles and under the conditions as noted:

- Designated Areas:
  Gas powered grills are permitted on houseboats and within developed areas. Fires are permitted in grills, fire rings, portable stoves, portable barbecues, and portable fireplaces in all campgrounds and picnic areas. Campfires are permitted throughout the backcountry.
- Fire size must be less than three feet in diameter
- Fires must be at least ten feet from the nearest beach logs, structure, or vegetation
- Chemically treated wood, painted wood, wood with nails or staples shall not be used
- Fires must be above ground (no pit fires) and attended at all times
- Fires must be completely extinguished with water, doused and stirred. Fires should not be covered with sand as it will insulate the heat and create an unseen danger for wildlife and visitors
- Rock Rings must be deconstructed, and refuse must be removed from beach after visit
- Debris burning is not permitted

**(b) When shoreline camping, all charcoal ashes must be packed out and disposed of in park trash receptacles after ensuring that they are completely extinguished.**

**Determination:** *Fires are generally safe except during high-fire danger. Fire restrictions may be issued by the Superintendent.*

## §2.14 SANITATION AND REFUSE / SCAVENGING

(b) Conditions for the disposal, containerization, or carryout of human body waste have been established as follows:
- All persons camping within one quarter (1/4) mile of the shore of Lake Mead and Lake Mohave to include hot and cold springs, except at undeveloped locations

designated by the Superintendent as having constructed toilets, shall have a means to contain solid human waste such as a portable toilet, a marine toilet on a vessel or a self-contained toilet in a recreation vehicle. A method of containing solid human waste is required for these locations if campsites are more than 200 yards from any constructed toilet facility.

When a closed system toilet is not available, the following procedure should be followed for solid human body waste. Locate a suitable area of soft dirt at least (1/4) mile from the water's edge. Dig a shallow hole (approximately 8-10 inches deep). Bury all waste in the hole. It is important to stay well back from the water's edge so that rising lake levels do not reach the waste before biological processes have time to work.

Use of a plastic or paper bag as a receptacle for solid human waste and/or for disposal of solid human waste is prohibited.

The use of disposable bags or containers, which package human waste and render it safe for disposal as a solid waste, and which meet applicable state and federal regulations, are permitted.

Disposal of solid human waste within one-quarter (1/4) mile of the shore of Lake Mead and Lake Mohave in any manner other than into a human waste container as described above, a toilet or human waste disposal facility designed for that purpose is prohibited.

Human waste from containers shall be disposed of only in designated pump-out or dump station facilities. Disposing of human waste from containers into restroom facility toilets, trash receptacles or in any other manner than into designated facilities within the recreation area is prohibited. The disposal of bags or containers which package human waste and render it safe for disposal as a solid waste, and which meet applicable state and federal regulations, are exempted from this prohibition, and may be disposed of in trash receptacles.

Overboard discharge of human waste, treated or untreated, from any vessel into or upon park lands or waters is prohibited.

**Determination:** *Existing regulations for disposal of solid human waste do not adequately protect the shoreline recreational setting or the water quality of Lake Mead and Lake Mohave because of visitor use patterns and fluctuating lake levels. Disposal of solid human waste as required above is necessary to protect human health and the environment, including water quality.*

*The use of plastic or paper bags is prohibited because, when they are put into human waste facilities, they may clog the system or cause damage to equipment. Human waste disposal facilities utilize a vacuum process that cannot work properly if plastic or paper bags are disposed of into them.*

1. Scavenging: removing material from trash or garbage containers is prohibited.

**Determination:** *While the National Park Service lauds and encourages individual recycling efforts, rummaging through trash containers for the purpose of salvaging any materials deemed useful, either for personal use or monetary reward, constitutes economic gain and is not a legitimate recreational activity for which the area was established. Further, such efforts result in the scattering of trash, disruption to other visitors, and unsanitary conditions.*

## §2.15 <u>PETS</u>

(a)(1) Pets are prohibited at the designated swim areas.
* Leaving pets in vehicles with or without the windows open is prohibited.

(a)(5) Pet excrement must be disposed of in accordance with the following conditions:

* Owners or persons having custody or control of any animal(s) will immediately remove and dispose of excrement voided by an animal(s) under their control. Excrement will be properly disposed of in trash containers.


(e) Pets may be kept by park residents:

* Park residents must follow the provisions 36 CFR §2.15
* Park residence must follow the conditions set forth in the Housing Program Standard Operating Procedure section 704.

## §2.16 <u>HORSES AND PACK ANIMALS</u>

(b) Horses and pack animals may be ridden or used throughout the recreation area except in picnic areas, campgrounds, and in these areas;

* Boulder Beach, along the beach from the Causeway/Dive Park south to Special Events Beach.
* Callville Bay 1/4-mile from the developed area along the beach.
* Echo Bay 1/4-mile north of the developed area to the causeway.
* Temple Bar 1/4-mile on each side of the launch ramp along the beach area.
* Katherine Landing along the beach in the areas known as South Telephone Cove.
* Cottonwood Cove along the beach within the harbor limits not including the road or paved areas.
* Willow Beach from the fish hatchery to the south parking lot not including the roadway.
* The use of loose hay or grain containing viable seeds as feed is prohibited.
*

## §2.17 AIRCRAFT AND AIR DELIVERY

(a)(1) Areas designated as airstrip:
- Echo Bay landing strip
- Temple Bar landing strip
- Pearce Ferry landing strip
- All water surface areas except no wake zones and special anchorage zones
- Delivery or retrieval of a person or object by parachute, helicopter, or other airborne means is prohibited unless pursuant to the terms and conditions of a permit authorized by the superintendent.

## § 2.20 SKATING, SKATEBOARDS, AND SIMILAR DEVICES

The following areas are open to the use of skates, rollerblades, skateboards, non-motorized scooters, and similar devices:

- All NPS and concession residential areas.

## §2.21 SMOKING

(a) The following buildings and facilities are closed to smoking which includes electronic cigarettes commonly known as "e-cigarettes" or "vapes":
- All public buildings including administrative offices and restrooms, concession facilities, visitor centers, maintenance shops, campground restrooms, and amphitheaters
- Smoking outside shall be a minimum of 25 feet away from the facilities as listed above
- NPS-Owned or leased vehicles and vessels

## §2.22 PROPERTY

(a)(2) Property may be left unattended for periods longer than 24 hours in the following areas and under the following conditions: Pursuant to 36 CFR §7.48(c);

- Vehicles or boat trailers, or vehicle/boat trailer combination, may be left unattended for periods up to 7 days, when parked in parking areas adjacent to designated boat launching sites, without written permission obtained in advance from the Superintendent.
- Any vehicle or boat trailer or vehicle/boat trailer combinations that are left in parking areas adjacent to designated boat launching sites in excess of 7 days without written permission obtained in advance from the Superintendent may be impounded by the Superintendent.
- Airplanes may be left unattended for periods up to 7 days at Echo Bay airstrip and Temple Bar airstrip without written permission obtained in advance from the Superintendent.

## §2.23 <u>RECREATION FEES</u>

(b) In accordance with 36 CFR part 71 and the Federal Lands Recreation Enhancement Act, Lake Mead National Recreation Area is a designated recreation fee area. Recreation fees, inclusive of camping fees, entrance fees and lake use fees are collected at the following locations:

- a) Boulder Beach Entrance Station, NV
- b) Boulder Beach Campground, NV
- c) Lake Mead Parkway Entrance Station, NV
- d) Las Vegas Bay Campground, NV
- e) Callville Bay Campground, NV
- f) Lake Mead Boulevard Entrance Station, NV
- g) Northshore Drive Entrance Station, NV
- h) Echo Bay Campground, NV
- i) Temple Bar Entrance Station, AZ
- j) Temple Bar Campground, AZ
- k) Willow Beach Entrance Station, AZ
- l) Katherine Landing Entrance Station, AZ
- m) Cottonwood Cove Entrance Station, NV
- n) Cottonwood Cove Campground, NV
- o) Park Headquarters (Boulder City, NV)

- Recreation Fees (See Appendix A)
- 

## §2.35 <u>ALCOHOLIC BEVERAGES AND CONTROLLED SUBSTANCES</u>

(a)(3)(i) The following public use areas, portions of public use areas, and/or public facilities within the park are closed to consumption of alcoholic beverages, and/or to the possession of a bottle, can or other receptacle containing an alcoholic beverage that is open, or has been opened, or whose seal has been broken or the contents of which have been partially removed:

On the beach and/or parking area at the end of Approved Road 47, and within a one-mile radius of Placer Cove, Nevada  (Link to Map)

**Determination:** *Easy access to the lake has made this location popular for a variety of different uses.  High cliffs (commonly used for cliff jumping) also make this an attractive location.  Late-night parties, alcohol consumption, and underage drinking have contributed to visitor conflicts and safety concerns in this area.   Alcohol use is a factor in falling/jumping injuries and fatalities, and in drowning.  Incidents of aberrant behavior related to the consumption of alcohol at this location have been of such magnitude that the diligent application of authorities in this section and § 2.34 of this chapter over a reasonable time period have not alleviated the problem.*

## §2.50 SPECIAL EVENTS

(a)(1) Only under the terms and conditions of a permit, shall the use of electric golf carts be authorized on the Historic Railroad Tunnel Trail and the River Mountains Loop Trail to transport supplies and equipment during set-up and breakdown of the event.

**Determination –** *To prevent injury or damage to park resources and visitors as these trails do not allow vehicles on the trails.*

(a)(3) Special use permits for special events or film/photography permits will not be issued during the holiday weekends in the summer. Holiday weekends begin the Friday before and end on the Tuesday following the holiday as listed below.  July 4th is a floating holiday so this applies to the designated July 4th holiday weekend:

- Memorial Day
- July 4th
- Labor Day

Film and still photography permits will not be issued for weekends and federal holidays unless approved by the superintendent.

See Appendix B for the fee schedule.

**Determination –** *During the summer months, and on weekends throughout the year, the park receives high visitation. Not issuing permits during the holiday weekends in the summer will prevent unreasonable interference with visitor services, park operations and park administrative activities.*

## §2.51 DEMONSTRATIONS

(b) Demonstrations of 25 people or less are allowed within the park areas designated as available under paragraph (c)(2). Demonstrations of more than 25 people are allowed within designated areas when the Superintendent has issued a permit for the activity.

(c)(2) The following locations are designated as available for demonstrations:

- Alan Bible Visitor Center
- Hemenway Harbor
- Boulder Beach
- Callville Bay
- Echo Bay
- Temple Bar
- Willow Beach
- Cottonwood Cove
- Katherine Landing
- Other areas considered in accordance with Special Use Permit.
  Link to Designated Area Maps

In accord with and consistent with 36 CFR §2.51 and §2.52, the Superintendent will issue permits for the exercise of First Amendment activities with the following exceptions:

1. National Park Service maintained structures: These areas include but are not limited to: within offices, visitor centers, ranger stations, historic structures, gated compounds, public facilities, employee housing areas, and workshops.

2. Access in and out of these facilities may not be impeded.  This is to ensure that visitor services at these facilities can be maintained and vital park operations will not be impacted.

3. Areas that may be identified by the Superintendent where the demonstration activities may significantly impede the park's mission to protect resources, people, or complete essential park operations.  A significant risk to these may outweigh a person's rights under the First Amendment and will be considered when determining the conditions of the permit.

## §2.62 MEMORIALIZATION

(b) The scattering of ashes from cremated human remains are allowed throughout the recreation area, without a permit, in accordance with the following terms and conditions:

a) The remains to be scattered must have been cremated and pulverized.
b) The scattering of remains by persons on the ground is to be performed at least 100 yards from any trail, road, developed facility, or body of water.
c) The scattering of remains from the air is to be performed at a minimum altitude of 2,000 feet above the ground.
d) No scattering of remains from the air is to be performed over developed areas, facilities, or bodies of water.
e) The scattering of remains into the waters of Lake Mead or Lake Mohave is prohibited.

## 36 CFR § PART 3 – Boating and Water Use Activities

## § 3.7 (B) PERSONAL FLOTATION DEVICES:

1.   All occupants of hand-propelled craft operating between Hoover Dam and Mile 43 on Lake Mohave are required to wear a U.S. Coast Guard-approved personal flotation device (PFD) when underway.

**Determination:** *The area indicated in this restriction is popular for the use of hand-powered watercraft. The waterway in this area can change quickly from flat, calm water to a strong river current with rapids. Water temperatures are cold (in the low 50s° F) year-round. The occupants of hand-powered craft are typically not prepared for strong currents and cold water temperatures, nor are they prepared for immersion and re-boarding their craft, or*

*swimming to shore. In addition, vessel traffic can be congested in narrow canyons. Due to these hazards, this restriction is necessary to ensure the safety of all vessel occupants.*

2. The use of inflatable and non-inflatable devices used for recreating in pools and commonly referred to as "pool toys" is prohibited. This prohibition includes small pool toys such as inflatable arm bands (also known as water wings), beach balls and pool noodles. The use of water-based recreation items used for attaching to or towing behind a vessel are not included in this prohibition.

**Determination:** Inflatable pool toys are not United States Coast Guard (USCG) approved floatation devices. These items can give visitors a false sense of security, and often have explicit warnings that they are not intended for use in lakes or open bodies of water. The use of pool toys has led to numerous drownings and "near misses" on both Lake Mead and Mohave. Visitors with pool toys often do not wear a life jacket, believing that their inflatable toy will keep them safe.

## § 3.8 (A) <u>WHAT VESSEL OPERATIONS ARE PROHIBITED</u>

1. Operation of a vessel above flat wake speed is prohibited in designated semi-primitive areas on Lake Mead, as defined in the Lake Management Plan, and indicated as follows:
    a) In the area known as Grand Wash Bay, which is described as Arizona T33N; R16W, portions of sections 16, 17, 21, 22, 27, 28, 29, 33, and 34, and T331/2; R16W portions of sections 32 and 33; (Link to Map)
    b) In the area known as Bonelli Bay, which is described as Arizona T31N; R20W, portions of sections 4, 5, 7, 8, 9, 16, 17, 18, 19, 20, 21, 29 and 30. (Link to Map)
    c) In the area known as the Muddy River inflow to Lake Mead (Overton Wildlife Management Area), which is described as Nevada T16S; R68E, portions of sections 28, 29, 32, 33 and 34, and T17; R68E. (Link to Map)

***Determination:** Semi-primitive areas are managed for a sense of peace and quiet, with some expectation of solitude. Noise levels will be low.*

2. The operation of any vessel using an internal combustion engine as a source of propulsion is prohibited in the following Primitive areas:

    a) The area known as the Gypsum Beds, which is described as Arizona T31N; R20W, portions of sections 2, 3, 10, and 11; and (Link to Map)
    b) The area known as the Virgin River inflow to Lake Mead, which is described as Nevada T36N; R68E, portions of sections 25, 26, 34, 35, and 36. (Link to Map)
    (Note: electric trolling motors, when used as the sole source of propulsion, are permitted in the above primitive areas).

**Determination:**
*Primitive areas on Lake Mead are managed for solitude and limited evidence of human impact on the landscape. Low watercraft speeds will preserve the areas' tranquil qualities.*

*Noise levels will be low. Prohibiting internal combustion engines and allowing electric trolling motors are necessary to achieve this setting while providing some motorized access.*

3. Operation of a vessel using an internal combustion engine in excess of 65-horsepower is prohibited in Black Canyon, from the Willow Beach harbor to Hoover Dam, during the designated semi-primitive period from the first Tuesday following Labor Day weekend through Friday of Memorial Day weekend. (Link to Map)

   **Determination:** *Semi-primitive areas are managed for a sense of peace and quiet, with some expectation of solitude. Noise levels will be low. High-speed watercraft recreation is not consistent with these management goals. A 65-horsepower maximum is necessary to achieve this recreational setting, while allowing for adequate power to maintain headway and provide for safe steerage in river currents.*

4. All motorized vessels are prohibited in Black Canyon, from the Willow Beach Harbor to Hoover Dam, during the designated primitive period of Sundays and Mondays year-round except as approved by an administrative agreement.

   **Determination:** *Primitive areas on Lake Mohave are managed for solitude and limited evidence of human impact on the landscape. Low watercraft speeds will preserve the areas' tranquil qualities. Noise levels will be low. Prohibiting all motorized vessels is necessary to achieve this setting.*

5. Use of temporary buoys for waterski "slalom" courses or personal watercraft courses, uniform sailing regattas, or similar uses, is permitted subject to the following conditions:

   - The area where the buoys are to be placed must meet the following conditions:
     a. Must be outside the developed area as defined in the backcountry management plan.
     b. Must not interfere with normal "point-to-point" boat traffic.
     c. Must be in an area large enough that the course is a minimum 100 feet from any shore and a minimum 500 feet from any beach frequented by bathers.
     d. The placing of the buoy course may not, in any way, pre-empt the use of water or shoreline area already in use by other recreational users.
     e. The buoys may not be left in place overnight.
     f. The use of any buoy course must be recreational, and no competitive event is permitted unless authorized by Special Use Permit.
     g. There will be no more than one powerboat permitted on a buoy course at any given time.
     h. The maximum number of turns defined by buoys in any given course is limited to six.
     i. All Federal and State regulations must be obeyed.

   **Determination:** *The use of Lake Mead National Recreation Area for waterski "slalom" courses, personal watercraft courses, uniform sailing regattas, or similar uses is appropriate.*

*These conditions are necessary to provide for the protection of environmental values and avoid conflict among other visitor uses.*

6. Personal Watercrafts (PWC) are prohibited from the Pearce Ferry Harbor Area to the Grand Canyon boundary.

**Determination:** *The prohibition of Personal Watercrafts (PWC) from the Pearce Ferry Harbor Area to the Grand Canyon Boundary is in the interest of public safety as it is a constricted and at times congested area. These activities are also not allowed in the Grand Canyon National Park.*

## (A)(2) LAUNCHING OR RECOVERING VESSELS

- Paved launch ramps are approved for launching vessels.
- At Boulder Beach, from the area known as Special Events Beach to Hemenway Harbor, designated areas will be marked and posted for launching small vessels and personal watercraft (PWC). Vehicles, boat trailers, and vehicle/boat trailer combinations may not be left unattended for more than 24 hours within this day-use area (see Boulder Beach, under Part 1 General Provisions, §1.5(a)(1) *Visiting Hours*, above).
- Where park-approved roads access undeveloped areas of Lake Mead and Lake Mohave, the terminus of the approved road at the shoreline is designated for launching vessels. Traveling off of designated approved roads or outside of designated areas for the purpose of launching vessels is prohibited.
- And other areas as approved by the Superintendent
- There is a twenty-minute stay limit at all park courtesy docks.
- The area of the courtesy docks where the dock terminates facing the waters furthest point is reserved for emergency and authorized vessels, however it may be used to touch off or on a passenger by the public. Public mooring and/or docking is not allowed in these areas.

## § 3.8(A)(4) OPERATING A VESSEL IN EXCESS OF A LENGTH, WIDTH, OR HORSEPOWER RESTRICTION

*For the purposes of this paragraph vessel length and/or width is measured according to the simplified criteria established in 46 CFR chapter I or 33 CFR chapter I; which is explained below.*

- Private vessels over **75 feet** in **total length** and/or **22 feet total beam** are prohibited. For purposes of this section, total length and beam include all temporary and permanent appurtenances. Manually operated gangplanks designed for passenger boarding that retracts flush with the hull when the vessel is underway will

be exempted from the appurtenance clause. Total length will be determined by a straight-line measurement from the foremost part of the vessel to the aft most part of the vessel, measured end to end over the deck, and measured parallel to the centerline, with all appurtenances, (excluding gangplanks) in a fully extended position. Total beam will be determined by a straight-line measurement from the outer most sides of the vessel at its widest point with all appurtenances in a fully extended position.

Private vessels will not be allowed to be constructed on site at any location in Lake Mead National Recreation Area. Construction includes but is not limited to welding together hull parts, adding any permanent appurtenances, or expanding the width or length as described above. Exemptions will be provided on a case-by-case basis only for commercial operations with valid concession contracts.

**Exceptions:** Any boats registered and on the waters of Lake Mead National Recreation Area prior to September 1, 2000, that exceed the described conditions will be permitted with the stipulation that no other modifications to total length or total beam may be made. Sailboat booms may exceed this standard when underway outside the harbor areas; however, must meet this standard when not under sail.

## § 3.9 (A) <u>PERSONAL WATERCRAFT</u>

1. As of December 31, 2012, no one may operate a personal watercraft that does not meet the 2006 emission standards set by Environmental Protection Agency for the manufacturing of two-stroke engines. A person operating a vessel that meets the EPA 2006 emission standards through the use of direct-injection two-stroke or four-stroke engines, or the equivalent thereof, is not subject to this prohibition.

**Determination:** *Carburetor two-stroke engines have been shown to discharge as much as 30% of their fuel directly into lake waters. These emissions have the potential to adversely affect water quality, the health of people, and aquatic organisms.*

## § 3.12 <u>WATERSKIING</u>

(a) The towing of persons by vessels is allowed in the following areas under the terms and conditions noted:

- Towing of persons on water skis, surfboards, and similar devices by vessels is allowed on all waters within the recreation area except in areas posted as closed or where prohibited under 36 CFR 3.12

- A bright orange or bright red square or rectangular flag, each side no less than 12 inches in length, shall be displayed when a skier is down and in the water. The term

'skier' shall include all persons being towed behind a vessel regardless of the type of towed device, including water ski, inflatable tube, knee board, etc.

**Determination:** *Persons in the water are difficult to observe by boaters. A ski flag warns other boaters of the person's presence and notifies them to use caution. This condition is a necessary safety requirement for all vessels towing skiers.*

(b) Towing a person using a parasail, hang glider or other airborne device to include Kite Boards and Jet Pack type vessels may be allowed only in accordance with a permit issued by the Superintendent.

- The use of a parasail, hang glider or other airborne device that has been recalled or otherwise removed from the public market or listed by a recognized regulatory body as unsafe is not permitted to be used on the waters of Lake Mead and Mohave.

- Commercial or non-private operations are not authorized under this permit.

**Determination:** The environment on Lakes Mead and Mohave require expert level operation of these types of devices. *Per 36 CFR 3.12 these activities require a permit with special terms and conditions.*

## §3.14 REMOVAL OF SUNKEN, GROUNDED OR DISABLED VESSELS

**(a)(1)** – Sunken or grounded vessels should be removed as soon as possible by the owner of the vessel and must not exceed 3 days from the date of the accident without written authorization from the superintendent.

**(a)(3)** The Superintendent may establish conditions in which the vessel must be removed. This will be established upon meeting the required within 24 hours reporting of the vessel accident.

**(b)** The Superintendent may prohibit the removal of a vessel upon a written determination that the removal would constitute an unacceptable risk to human life, cause extensive resource damage, or is impractical or impossible.

**Determination:** *The responsibility for the removal of sunken or grounded vessels lies with the owner of the vessel, however the NPS often has interest in the means by which the vessels are removed, and how long those operations take. Often there are concerns with the spilling of hazardous materials into the lake, and frequently recovery operations can significantly impact visitor uses in the area.*

## §3.16 MAY I SWIM OR WADE IN PARK WATERS?

Swimming and/or wading is allowed in waters, subject to closures or restrictions designated by the Superintendent. The following areas are closed to swimming and wading:

- Harbors, marinas, mooring areas, and launch ramps.

- The following areas are officially designated swim areas;
    - North and South Swim Beach at Boulder Beach
    - Cottonwood Swim Beach at Cottonwood Cove
    - Cabin Site at Katherine Landing
    - South Arizona Telephone Cove

## §3.18 DIVING

1. Lake Mead area designated SCUBA Dive Area, Scuba Beach (Boulder):

- Fishing from vessels, float tubes and other floating devices is prohibited in the designated Lake Mead SCUBA Dive Area. Fisherman shall not interfere with, annoy, or endanger any person in the water or boats supporting dive operations.

**Determination:** *The primary purpose of the dive area is for SCUBA diving and directly related activities. Shoreline fishing is permitted as long as it does not interfere with dive activities. Casting and trolling hooks in open water (away from shore) and monofilament fishing line create a hazardous situation for divers and support vessels. Vessels engaged in fishing may also restrict or impede support boats from accessing divers in the water.*

2. Scuba Diving and Towing (water skiing/tubing) is prohibited from Pearce Ferry Harbor Area to the Grand Canyon boundary.

3. Recreational Diving of any kind is prohibited at or around the submerged B-29 aircraft unless authorized by Commercial Use Authorization.

**Determination:** *The closure of Scuba Diving and Towing (water skiing/tubing) from the Pearce Ferry Harbor Area to the Grand Canyon Boundary is in the interest of public safety as it is a constricted and at times congested area. These activities are also not allowed in the Grand Canyon National Park. Due to the historical significance of the submerged B-29 recreational diving is prohibited in the interest of protection of the resource.*

## 36 CFR § Part 4 – Vehicles and Traffic Safety

## §4.10(A) TRAVEL ON PARK ROADS AND ROUTES

(a) Park roads open for travel by motor vehicle are those indicated below, and/or as indicated in the following publication or document:
- Backcountry Approved Roads are identified in the Backcountry Management Plan, copies of which are on file at the Headquarters Office located at 601 Nevada Way, Boulder City, Nevada 89005, and at each Ranger Station located within the recreation area.

[Overton Arm area map](#)
[Hoover Dam area map](#)
[Lake Mohave South area map](#)
[Temple Bar area map](#)

## § 4.10(A) <u>LOW-SPEED VEHICLES & GOLF CARTS:</u>

The following pertains to the private use of low-speed vehicles and golf carts with in the Lake Mead NRA.  The use of low-speed vehicles and golf carts by government authorities, contractors, or concessioners is addressed with permits or contracts.

- Golf carts meeting applicable state and federal standards are considered motor vehicles and may be operated in limited areas within each developed area by licensed drivers.  A golf cart is defined as a motor vehicle that has not less than three wheels in contact with the ground, has an unloaded weight of less than 1,800 pounds, is designed to be and is operated at not more than 25 miles per hour, is designed to carry not more than four persons including the driver.

- Operating a golf cart not in accordance with state and federal motor vehicle laws is prohibited:

  a) The State of Arizona requires all golf carts to be licensed and insured as motor vehicles. They may only be operated in areas where the posted speed limit is such that they do not impede traffic or create a hazard to traffic, as defined by the state of Arizona.

  b) The State of Nevada: Permits for golf carts NRS 482.398

    - In a county whose population is 400,000 or more, a permit for the operation of a golf cart may be issued by the Department of Motor Vehicles if the golf cart is equipped as required by subsection 2 and evidence of insurance as required for the registration of a motor vehicle is submitted when application for the permit is made.

    - A golf cart must have the following equipment:

      a) Headlamps;
      b) Tail lamps, reflectors, stop lamps and an emblem or placard for slow moving vehicles;
      c) A mirror; and
      d) Brakes.
         Each of these items of equipment must meet the standards prescribed for motor vehicles generally. See www.dmvnv.com/lowspeed.htm for more information.

- Operating a permitted golf cart outside of designated areas is prohibited. It is the responsibility of the golf cart owner/operator to know what roads are designated as permissible for the operation of golf carts. Maps of designated areas are available in all developed areas. (Link to Map(s))

- Neighborhood Electric Vehicles that conform to Federal Motor Vehicle Safety Standards in 49 CFR 571.500, and which are licensed and insured, may be operated on park roads with a speed limit of 35 miles-per-hour or less. Operation of a Neighborhood Electric Vehicle on roadways with posted speed limits in excess of 35 MPH is prohibited, except to cross such a roadway at an intersection.

- The use of motorized skateboards, mini motorcycles (pocket rockets and other such motorized devices), and go-carts are prohibited within Lake Mead National Recreation Area.

- The use of a Segway®, or similar devices, within Lake Mead NRA by persons with disabilities is considered the same as if the person was utilizing a motorized wheelchair. Therefore, a Segway®, or similar devices will be granted the same consideration as a motorized wheelchair. The use of a Segway®, or similar devices, within Lake Mead NRA by all other persons will be controlled by the respective state law where it is being used.

*Determination: Low-speed Vehicles and Golf Carts, offer a low- or no-emission alternative for local transportation within developed areas. However, low-speed vehicles may create a hazard to occupants and to other motorists when operated on roads with higher speed limits. This order is issued to enhance the safety of the motoring public and to provide guidance to operators, while increasing the level of safety to those operators and to provide greater protection of the resource.*

- Bus Idling

  - Commercial tour or transportation buses that are not occupied by passengers may idle for a maximum of 5 minutes in developed areas. Idling in excess of 5 minutes while unoccupied is prohibited.

  - Buses occupied or partially occupied by passengers, and in the process of loading or unloading passengers, may not idle for periods longer than 15 minutes.

  - Area(s) may be designated where buses may idle during high summertime temperatures over 100 degrees. The east end of Last Chance Wash parking area located at Willow Beach, Arizona, the hairpin curve parking area or the first parking area on the south side of the South Cove Road before entering South

Cove Picnic Parking Area, and the bus idling area at Lake Mead Cruises are areas of exemption.

- An exemption is granted to vehicles idling during the operation of Power Take Off (PTO) drive equipment and or winches, electric winches and other devices used by Grand Canyon Concession River Runners engaged in active removal of rafts, vessels and equipment from Lake Mead at Pearce Ferry or South Cove.

**Determination:** *Idling diesel engines produce noise and noxious fumes, which adversely affect visitor health and visitor experience. These restrictions protect and enhance visitor experience, promote better air quality, and yet enable bus operators to heat and cool bus interiors for passenger comfort.*

## §4.11 VEHICLE LOAD, WEIGHT AND SIZE LIMITS

- Vehicles up to and including 102 inches (8-1/2 feet) wide are permitted on park roads. Beyond this width limit requires a special permit. (This does not include trailers being pulled by a vehicle).

- Vehicles and trailers may not exceed state height requirements (14 feet in Nevada, and 13-1/2 feet in Arizona).

- Overall length (vehicle and any trailers) may not exceed 70 feet. Overall length and width permits will be granted to Grand Canyon Concession River Runners and trailers using Pearce Ferry and South Cove roads retrieving rafts only during daylight hours. No exception will be granted for vehicles, boats, and any trailers over 10 feet wide.

- Vehicles and trailers exceeding established size limits require a permit issued by the Superintendent and appropriate state highway permits.

## §4.21 Speed Limits

- The Willow Beach Access Road has a speed reduction to 35 miles per hour imposed by the Superintendent.

**Determination:** Willow Beach is a developed area with a marina, campground, commercial facility and other visitor services. The access road has not yet been upgraded to the standards of the other developed areas. Annual flooding has also deteriorated the roadway and therefore in the interest of visitor safety the speed limit has been reduced from the standard.

- The Six Mile Cove Access Road has a speed reduction to 35 miles per hour imposed by the Superintendent.

**Determination:** Approved Road 31 which is an unpaved access road to Six Mile Cove receives a high level of traffic traveling to 6-mile Cove and has a history of significant vehicle accidents due to loss of traction on the roadway from speed and the combination of loose dirt and the wash boarding effect that occurs.

## §4.30(d) <u>Bicycles on Existing Trails</u>

- The Superintendent has designated the River Mountain Loop Trail and the Historic Railroad Tunnel trail in the Mead District along with the Heritage Trail in the Mohave District as authorized for bicycle use on September 28, 2021, after a planning process that evaluated the impacts of bicycle use on these trails pursuant to 36 C.F.R. 4.30. This includes the use of "electric bicycles" as defined under 36 CFR 1.4.

**Determination:** Allowing bicycles, to include electric bicycles on these existing trails will create new opportunities for recreation and access within the park and will not create adverse impacts on park visitors, resources or values. This action was evaluated and is covered by categorical exclusion 3.3.D.2 in the NPS NEPA Handbook.

## 36 CFR § Part 5 – Commercial and Private Operations

## §5.1 <u>ADVERTISEMENTS</u>

Commercial notices or advertisements shall not be displayed, posted, or distributed on federally owned or controlled lands within the park area unless written permission has been given by the Superintendent.

## §5.3 <u>BUSINESS OPERATIONS (COMMERCIAL USE AUTHORIZATION – CUA)</u>

Engaging in or soliciting any business in park areas, except in accordance with the provisions of a permit, contract, or other written agreement with the United States, is prohibited. Business operations within Lake Mead National Recreation Area must be authorized under a contract or permit. All authorized businesses are listed online at http://www.nps.gov/lake/parkmgmt/cuadirect.htm.

The exceptions to the written authorization for all commercial visitor service operations requirement are as follows:
- Vehicle tow services are considered emergency vehicles and are on a rotational basis through the Interagency Communication Center.
- Commercial providers of maintenance and improvements in long-term visitor trailer villages and vacation cabin sites are not required to obtain a commercial authorization, but they are required to contact the facility general manager.

- Vendors entering the park to provide a delivery specifically to a concession facility, concessioner employee, or NPS employee are not required formal authorization. Venders entering the park to provide a delivery for a park visitor must have a formal authorization. All vendors must notify the facility general manager of the area they are entering.

The businesses that offer any of the following three services in the long-term trailer village and/or vacation cabin sites must have a CUA permit:
1. appraisal services
2. pest control services, and
3. cable and/or satellite television services.

Trailer Villages and Cabin Sites
- All work performed is included in and/or complies with standards in either the Lake Mead NRA Long -Term Trailer Village Standards or Vacation Cabin Site Policy.

**END**

# Appendix A

- **Recreation Fee Schedule:**
  Annual Vehicle, Motorcycle or Individual .......... $45.00 per vehicle
  Daily Vehicle 1-7 Day Pass............................... $25.00 per vehicle
  Daily Motorcycle 1-7 Day Pass ........................ $20.00 per vehicle
  Daily Individual (walking / cycling) 1-7 Day Pass $15.00
  Annual Vessel Sticker*..................................... $50.00 per vessel
  Daily Vessel 1-7 Day Pass................................ $16.00 per vessel
  Interagency Annual Pass ................................. $80.00 (pass holder)
  Interagency Senior Pass (lifetime) .................... $80.00 per person (62 and older)
  Interagency Senior Pass (annual)………………$20.00 per person (62 and older)
  Interagency Annual Military Pass...................... Free (active U.S. military)
  Interagency Access Pass (lifetime) .................. Free (permanently disabled)
  Interagency Annual Volunteer Pass.................. Free (volunteers with 250 service hours)
  Interagency 4th Grade Pass (EKiP)…………….Free (valid from 9/1 to 8/31)

  *These passes are valid until December 31 of the year they were purchased.

- Daily Campground Use Fee Areas:

  | | |
  |---|---|
  | Regular per day | $20.00 |
  | Interagency Senior/ Access Pass per day | $10.00 |
  | Group Use per day | $80.00 |

- **Commercial Tour Category:**

  Entry is valid for five (7) days, only for the same vehicle and the same group.  Fees will be levied on vehicle capacity and are not pro-rated for those passengers who may be exempt from fees, such as, Interagency Passport, Golden Access, and Golden Age, Golden Eagle passport holders or those under the age of 16.  This was calculated into the fees coordinated with the National Transportation Association and the National Bus Association in conjunction with national tour meetings.  Commercial tour rates:

  | | |
  |---|---|
  | Sedan (1-6 persons) | $ 25.00 |
  | Van (7-15 persons) | $ 50.00 |
  | Mini-Bus (16-25 persons) | $ 60.00 |
  | Motor Coach (26+ persons) | $150.00 |

- Local Shuttle Service Category:

  Local shuttle services are any service originating and terminating, during the same day, in either Clark County, Nevada, or Mohave County, Arizona, and staying within Clark or Mohave Counties during the entire day or service.  Local shuttle service will be required to obtain a Commercial Use Authorization, recognizing their qualification and classification as a local shuttle service.  Only those services that complete the CUA process will be charged at the per-person rate, all others will be assessed the per-vehicle commercial tour rate.

-No passenger or vehicle size limits
-Flat rate per person of $15.00, not to exceed the commercial tour rate for vehicle type, whichever
  is less
-All Interagency passes will be honored
-Those under the age of 16, enter free

## Appendix B

## Special Park Use/Special Events

Special Park Use Cost Recovery Charges (Such as but not limited to, group activities, recreation events, and the use of motorized recreation vehicles):

Fishing Tournament (49 people or less):          $ 75.00 Flat Cost

Fishing Tournament (50 people or more):          $ 300.00 ($150.00 application fee,
                                                 $150.00 permit fee) plus all support costs.

Other activities:                                $ 300.00 ($150.00 application fee,
                                                 $150.00 permit fee) plus all support costs.

First Amendment                                  No Fee

## Still Photography

### Still Photography Application and Permit Fees

|  | Application Fee | Permit Cost | Total Cost |
|---|---|---|---|
| **1-4 people** | $150 | $0 + Cost Recovery* | $150** |
| **More than 4 people** | $150 | $150 + Cost Recovery* | $300** |

*Plus applicable Location Fee **Does not include cost recovery charges*

### Still Photography Location Fees

| 1-10 people | $50/day |
|---|---|
| 11-30 people | $150/day |
| More than 30 people | $250/day |

**Appendix C**


**Lake Mead NRA Closed Circuit Television Policy Statement**


In accordance with National Park Service Law Enforcement Reference Manual 9 (RM-9), notice is hereby given that Lake Mead National Recreation Area uses Closed Circuit Television (CCTV) security camera monitoring.

The park's use of Closed-Circuit Television (CCTV) for law enforcement and security purposes will only be to visually monitor public park areas and public activities where no constitutionally protected reasonable expectation of privacy exists. Such CCTV use – which will have adequate privacy and First Amendment safeguards – will be to help ensure public safety and security; facilitate the detection, investigation, prevention, and deterrence of terrorist attack and crime; help ensure the safety of citizens and officers; help assist in the proper allocation and deployment of law enforcement and public safety resources; and help facilitate the protection of the innocent and the apprehension and prosecution of criminals. (RM-9, 26.1)

This policy does not restrict the official use of CCTV in government administrative areas, including administrative buildings, jail holding facilities (RM-9, 26.3.7), revenue collection sites, etc., where the government may record/monitor its facilities. For example, the government may perform unrestricted video/audio recording at revenue collection points (entrance stations, visitor center counters, etc.). This policy does not restrict the use of an Audio/Visual Recording Device (AVRD) in patrol vehicles or officer-worn recording devices used by commissioned rangers. (RM-9, 26.1).

Operation of CCTV cameras, maintenance of recorded images and use of recorded images will be in accordance with NPS and Department policy and applicable laws and regulations.  (RM-9, 26.1-26.4) No person will be targeted or monitored merely because of race, religion, gender, sex, disability, national origin, or political affiliation or views. (RM-9, 26.4.2)

Nothing in this policy statement is intended to create any rights, privileges, or benefits not otherwise recognized by law.

# EXHIBIT E

# GRAND CANYON NATIONAL PARK
# Superintendent's Compendium
## of Designations, Closures, Use and Activity Restrictions, Permit Requirements, and Other Regulations

## November 30th, 2023

In accordance with the delegated authority provided in Title 36 Code of Federal Regulations (36 CFR), Chapter 1, Parts 1 through 7, and authorized by Title 16 United States Code, Section 3, the following regulatory provisions are established for the management, protection, and public use of Grand Canyon National Park, and apply to all lands and waters administered by the National Park Service within the boundaries of Grand Canyon National Park.

Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained elsewhere in Title 36 Code of Federal Regulations: Chapter 1: Parts 1 through 7.

The closures and restrictions delineated in this compendium do not apply to official or administrative use or applications (36 CFR 1.2(d) and 1.5(a)).

This compendium supersedes all previous releases. All prior releases are rescinded.

Recommended by:

_____
Justin Cully
Chief Ranger (acting)

Approved by:

_____
Edward T. Keable
Superintendent

# Introduction

The purpose of the compendium is to provide the public and park employees with a document that lists the special designations, closures, public use limits, permit requirements and other restrictions imposed under the discretionary authority of the superintendent. The superintendent's authority to implement these provisions is found in Title 36, Code of Federal Regulations (CFR), § 1.5(a). The compendium is available to the public upon request. The compendium will be reviewed and updated annually or as needed to ensure adequate protection of the park's resources, provide for public safety and enjoyment and to address changes in public use patterns.

The provisions found in this compendium constitute only one of many tools designed to manage and protect Grand Canyon National Park. It is important to utilize this document in conjunction with Title 36, Code of Federal Regulations, which includes the full text of National Park Service regulations, including those authorizing the provisions outlined in this compendium. Chapter I, Parts 1-7, of Title 36, include sections addressing resource protection, public use, recreation, boating, vehicles and traffic safety, commercial operations, and special regulations. These regulations are applicable on all federally owned lands and waters within the boundaries of Grand Canyon National Park and on lands and waters under the administrative control of the National Park Service. The closures and restrictions delineated in this compendium do not apply to official/administrative use or applications (36 CFR 1.2(d) and 1.5(a)). Interested parties may also wish to review Grand Canyon National Park planning documents including the General Management Plan, Colorado River Management Plan, and Backcountry Management Plan.

Fines and mandatory court appearances for violations of the regulations set forth in the Superintendent's Compendium for Grand Canyon National Park are set by the U.S. District Court.

It is the intent of this compendium, in conjunction with park brochures, maps, signs and other media, to help provide the public and park employees with a clear understanding of park rules and regulations. Any questions or requests for additional information should be addressed to the Superintendent's Office. We welcome your comments and suggestions.

# Closed Captioned Television (CCTV) Monitoring Policy

In accordance with National Park Service Law Enforcement Reference Manual 9 (RM-9), notice is hereby given that Grand Canyon National Park uses Closed-Circuit Television (CCTV) security camera monitoring and recording in some locations within the park.

The park's use of CCTV is for law enforcement and security purposes, and is used to visually monitor public park areas and public activities where no constitutionally protected reasonable expectation of privacy exists.

CCTV is used to help ensure public safety and security; facilitate the detection, investigation, prevention, and deterrence of crime; help ensure the safety of citizens and officers; assist in the proper allocation and deployment of public safety resources; and help facilitate the protection of the innocent and the apprehension and prosecution of criminals (RM-9, 26.1).

This policy does not restrict the use of audio and visual recording devices by the park's law enforcement officers (RM-9, 26.1). This policy also does not restrict the official use of CCTV in the government administrative areas, including administrative buildings, jail holding facilities, revenue collection sites, and locations where the government may record or monitor its facilities, such as entrance stations and visitor center counters.

Operation of CCTV cameras, maintenance of recorded images, and use of recorded images will be in accordance with National Park Service and Department of Interior policy and applicable laws and regulations (RM-9, 26.1-26.4).

No person will be targeted or monitored merely because of race, religion, gender, sex, disability, national origin, or political affiliation or views (RM-9, 26.4.2).

# 36 CFR Part 1: General Provisions

## 36 CFR § 1.4: Definitions

### Administrative travel

Travel in vehicles (wheeled or over snow) owned, leased and/or operated by the National Park Service (NPS), NPS Partners, NPS authorized concessioners and contractors, and those privately owned/leased by NPS, concessioner, and contractor employees living in the interior. This travel is permitted to ensure protection of park resources, provide visitor services, ensure visitor and employee safety, maintain assets or provide "outside" access for those who live and work in the interior of Grand Canyon National Park.

### Cave

The Federal Cave Resource Protection Act of 1988 defines the term "cave" as: Any naturally occurring void, cavity, recess, or system of interconnected passages which occurs beneath the surface of the earth or within a cliff or ledge (including any cave resource therein, but not including any vug, mine, tunnel, aqueduct, or other manmade excavation) and which is large enough to permit an individual to enter, whether or not the entrance is naturally formed or manmade. Such term shall include any natural pit, sinkhole, or other feature which is an extension of the entrance.

For management purposes, Grand Canyon National Park extends this definition to include any dissolution or erosion feature 50 feet or longer where the entrance is not wider than the cave is long (e.g. Redwall Cavern is not a cave by definition).

### Drug free school zone

That area within a radius of 1,000 feet of the Grand Canyon Public School, fields, and parking areas. (21 USC 860)

### Mine

For management purposes, Grand Canyon National Park defines mine as any anthropogenic feature excavated for the purpose of mineral extraction. This definition includes adits, shafts, pits, tunnels, prospects, and tailings piles associated with mining.

### Pack animals

Horses, burros, mules only.

### Unmanned Aircraft

The term "unmanned aircraft" means a device that is used or intended to be used for flight in the air without the possibility of direct human intervention from within or on the device, and the associated operational elements and components that are required for the pilot or system operator in command to operate or control the device (such as cameras, sensors, communication links). This term includes all types of devices that meet this definition (e.g., model airplanes, quadcopters, drones) that are used for any purpose, including for recreation or commerce.

# 36 CFR § 1.5: Closures and Public Use Limits

**General**

The superintendent may temporarily close park roadways, parking areas, facilities, waters, and all or portions of the park when such actions are deemed necessary to ensure public safety, protection of resources, or the avoidance of visitor use conflicts. The posting of signs, maps, media announcements, and the use of barricades and/or gates will identify such closures.

While these areas are closed to the public, the superintendent retains the right to grant special or routine access to park staff and/or administrative users for park management and/or research interests.

Consistent with applicable legislation and Federal administrative policies, the superintendent has established the following rules, designations, conditions and restrictions on the following park activities; 36 CFR § 1.5 (a)(2):

*The superintendent has determined that use of this discretionary authority is necessary for resource protection and public safety.*

(1) **Anasazi Bridge – Closed to Public / Restricted Area**: The cultural resource known as "Anasazi Bridge", located within the Redwall formation above river mile 43, is closed to public presence, use, and access without special written permission from the superintendent. This closure includes the climbing route within the Redwall formation above and below the "bridge". 36 CFR § 1.5 (a)(2)

   *(This restriction is necessary to protect a significant cultural resource and ensure public safety since the route involves climbing the Redwall formation.)*

(2) **Bass Asbestos Mine – Closed to Public / Restricted Area**: The area within 500-feet of the Bass Asbestos Mine and associated tailings, located within Hakatai Canyon, is closed to public entry without a special, written permission from the superintendent. 36 CFR § 1.5 (a)(2)

   *(This restriction is necessary for the protection of a significant cultural resource and public health due to the high levels of asbestos fiber, and for employee safety.)*

(3) **Commercial Rim-to-River-to-Rim Day Hiking – Prohibited**: Commercial companies and paid guides are prohibited from conducting or sponsoring Rim-to-River-to-Rim day hikes. Commercial day hikes will not be advertised as endurance events. 36 CFR § 1.5 (a)(2)
   *(This restriction is necessary to protect human health and safety.)*

(4) **Elk, Bison, and Deer Interactions – Prohibited**: Willfully approaching, within 25 yards of elk, bison, or deer, or within any distance that results in their disturbance or displacement, is prohibited. 36 CFR § 1.5 (a)(2)

   *(Wild animals have behavior that is often unpredictable. Engaging in any activity which places a person in close proximity to wild animals places the person at risk for injury or death. Wildlife may interpret this human behavior as threatening or aggressive, which in turn jeopardizes the well-being of the animal. This restriction to travel does not apply to inadvertent or casual encounters with wildlife in developed areas where foot traffic is normal and routine, e.g. sidewalks and established walkways, campground roads, etc. or in other areas where there is no reasonable alternative travel route.)*

(5) **Furnace Flats – Closed to Public / Restricted Area**: The cultural resource area known as Furnace Flats, from river mile 71.5 to river mile 72.2, is closed to public presence, use, and access without written permission from the superintendent. This closure extends from river mile 71 to river mile 72.5, from the 2800' contour line down to river level. 36 CFR § 1.5 (a)(2)

---

*(This restriction is necessary for the protection of a significant cultural resource.)*

(6) **Maricopa Point Endangered Plant Area**: The Maricopa Point Endangered Plant Area (located at Maricopa Point on the South Rim's Hermit Road) is closed to public presence, use, and access without written permission from the superintendent. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for the protection of a large population of sentry milk-vetch.)*

(7) **Mines**: Because of their sensitive and sometimes dangerous nature, public presence, use, and access in all mines, as defined above, is prohibited except for individuals with special, written permission from the superintendent to conduct research or administrative business in the mine. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary to protect human health and safety, unrecorded features, archaeological resources, and wildlife habitat.)*

(8) **Vehicles over 22 Feet in Length – Restricted**: Vehicles over 22 feet in length are restricted from the following North and South Rim roads and parking lots. This measurement reflects the total length of the vehicle from end to end, including anything towed. 36 CFR § 1.5 (a)(2)

  **(a)** On the North Rim they are prohibited from using the W1, W1A, W4, Fire Point, and Cape Royal Roads, and they are prohibited from parking in front of the North Rim Visitor Center (except when actively loading or unloading passengers). At Tuweep they are prohibited in the Tuweep Area and Kanab Plateau roads.

  **(b)** On the South Rim they are prohibited from parking in Parking Lots "A" (located at Park Headquarters), Parking Lot "4" (located at the Grand Canyon Visitor Center adjacent to the bicycle rental shop), and the Yavapai Geology Museum parking lot. Authorized school groups accessing Park Headquarters and Xanterra Tour Buses accessing the Yavapai Geology Museum are excepted.

*(This restriction is necessary due to limited space and parking lot configurations.)*

(9) **Passenger Carrying Buses and Idling – Restricted**: Commercial vehicles (buses, vans, school buses, etc.) are only allowed to idle while actively (passengers are physically getting on or off the bus) loading and unloading passengers. All operators must turn off vehicle engines at all times when parked or when not actively loading or unloading passengers. This restriction does not apply to vehicles stopped on roadways in obedience to traffic control devices or orders, or as needed in response to legitimate traffic safety concerns. Park Shuttle Buses are exempt. 36 CFR § 1.5 (a)(2)

*(This restriction is consistent with park management's plan of reducing air and noise emissions to the maximum extent feasible. These reductions add to and enhance the visitor's experience in the areas of landscape, solitude, primitiveness, remoteness and the inspirational value of the Grand Canyon.)*

(10) **Unmanned Aircraft – Prohibited**: Launching, landing, or operating an unmanned aircraft from or on lands and waters administered by the National Park Service within the boundaries of Grand Canyon National Park is prohibited except as approved in writing from the superintendent. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary to protect human health and safety, preserve visitor experience of unimpaired view sheds, safeguard park wildlife from potential displacement or harassment, avoid creation of public safety hazards per operation near roadways or large aggregations of visitors, and maintain safety for emergency operations that may include use of the park helicopter.)*

(11) **Rodenticide Ban:** The use of rodenticide within the park is prohibited except with the prior written approval of the park's superintendent. This ban applies to the entire park, including

residential, developed, and undeveloped areas of the south and north rims and inner canyon. This ban is consistent with NPS Management Policies (2006) on Pesticide Use at 4.4.5.3 and 36 CFR § 2.2(a)(1).

*(This ban is necessary stop the killing of non-targeted wildlife and pets that consume the rodenticide, and the secondary poisonings of predator and scavenger species that consume the poisoned rodents. This ban is also necessary to provide for increased resident and visitor safety by reducing the potential for human exposure to poisons in the developed areas of the south and north rims, and the inner canyon.)*

(12) **21-Gun Salutes Limited to Memorial Day and Military Interments Only:** A 21-Gun Salute shall only be permitted on Memorial Day and for military interments. This activity requires a permit authorized by the superintendent. 36 CFR § 1.5, 36 CFR § 2.50, and RM 53 C8-1.

*(21-gun salutes within the park require the assignment of a significant number of park personnel and park resources, and thereby take personnel and resources away from providing essential public services, to include emergency services. Therefore, this activity is limited to only these two occasions that have the most meaningful association to the park area, and whose observance contributes most to visitor understanding of the significance of the park area. 36 CFR § 2.50 and RM 53 C8-1.)*


**South Rim District:**

(13) **South Rim Range and Range Road – Closed to Public / Restricted Area**: Public presence, use, and access on the South Rim Range and Range Road is prohibited. 36 CFR § 1.5 (a)(2)

*(Firearms training and qualifications can occur at any time of day or night. This closure protects the public from exposure to projectiles.)*

(14) **South Rim Wastewater Treatment Plant – Closed to Public / Restricted Area**: The South Rim Wastewater Treatment Plant, located to the east of Rowe Well Road 0.5- mile south of the Canyon Rim and enclosed by a six-foot chain link fence, is enclosed to public entry, access or presence. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from potential hazards associated with wastewater treatment per the Arizona Department of Environmental Quality.)*

(15) **South Rim Lagoons and Access Road – Closed to Public / Restricted Area**: The South Rim Wastewater Lagoons, located at the end of fire road W-6 approximately 3- miles south of the canyon rim and 0.4-mile NW of Rowe Well Road, are closed to public entry. This area is defined by a three-strand wire fence with public closure notices posted. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from potential hazards associated with wastewater treatment per the Arizona Department of Environmental Quality.)*

(16) **South Rim Water Tanks – Closed to Public / Restricted Area**: The South Rim Water Tanks, enclosed by chain link-fences, are closed to public entry. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for public safety and the safety of a public water supply.)*

(17) **Former South Rim Landfill Site – Closed to Public / Restricted Area**: The former South Rim Landfill site, located 0.75-mile west of the South Entrance Road is closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from a potentially hazardous site and materials per the Arizona Department of Environmental Quality.)*

(18) **Desert View Wastewater Treatment Plant, Lagoons and Access Road – Closed to Public / Restricted Area**: The Desert View Wastewater Treatment Plant and accompanying lagoons, located to the east of Desert View Road (Highway 64) 0.5-mile east on Cedar Mountain Road and enclosed by a chain-link fence, are closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from potential hazards associated with wastewater treatment per the Arizona Department of Environmental Quality.)*

(19) **South Gate Storage Site (Maintenance and Protection storage area) – Closed to Public / Restricted Area**: The South Gate Road and storage area, as defined by the road closure gate and posted signs, is closed to public use, access and presence. 36 CFR § 1.5 (a)(2)

*(Public access of this area needs to be restricted for the protection of the government property.)*

(20) **Hopi Point Repeater Site – Closed to Public / Restricted Area**: The Hopi Point Repeater Site and access road, located on the south side of Hermit Road at Hopi Point, are closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access of this area is restricted for public safety and protection of the integrity of operational communications equipment.)*

(21) **South Rim Remediated Leaking Underground Storage Tank – Closed to Public / Restricted Area**: The construction of any permanent facility is prohibited between NPS building #1536 and the above ground fuel tanks (an area of 75' east to west and 35' north to south) within the former National Park Service maintenance yard. 36 CFR § 1.5 (a)(2)

*(This is the former site of a 20,000-gallon tank that experienced a leak resulting in an unknown amount of fuel loss into the surrounding soils. This closure is necessary to meet Arizona Department of Environmental Quality regulations regarding public safety at environmentally impacted sites.)*

(22) **Orphan Mine (Upper and Lower sites) – Closed to Public / Restricted Area**: The area surrounding the Orphan Mine sites (upper - located approximately 200-yards north of the Hermit Road between Maricopa and Powell points, lower - located 1,1000 feet below the canyon rim) and defined by a three-strand wire fence, is closed to public entry. 36 CFR § 1.5 (a)(2)

*(The Orphan Mine was an active uranium mine from 1956 - 1969 and the area has a number of safety hazards including open shafts, sharp metal, and varying levels of radioactivity.)*

(23) **Park Service Maintenance Operations Center and Wildland Fire Base – Closed to Public / Restricted Area**: Public access, use, and presence on Shuttle Bus Road, including the dirt shoulder, is prohibited beyond a point 250' south of the intersection with Center Road (posted with a sign); and within the National Park Service Maintenance Operations Center, fueling facilities, Shuttle Bus compound, Wildland Fire Base, and Aviation Operations Area (AOA) as either enclosed by chain-link fencing or public postings along the forested boundary. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary to protect government property, files and enhance employee safety.)*

(24) **1926 Wastewater Treatment Plant – Closed to Public / Restricted Area**: The 1926 Wastewater Treatment Plant facilities and surrounding grounds are closed to public entry. The public must stay 300 feet from all facilities, fencing, and other infrastructure at the 1926 Wastewater Treatment Plant. 36 CFR § 1.5(a)(2).

*(This restriction is necessary to protect the public from hazards.)*

(25) **Phantom Ranch Wastewater Treatment Plant – Closed to Public / Restricted Area**: The Phantom Ranch Wastewater Treatment Plant building and accompanying raised drying beds, located adjacent to the Bright Angel Trail 100-yards north of the Colorado River, are closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from potential hazards associated with wastewater treatment per the Arizona Department of Environmental Quality.)*

(26) **Hopi Salt Mines – Closed to Public / Restricted Area**: The cultural resource known as the "Hopi Salt Mines", is closed to public presence, use, and access. This closure extends from the existing water edge to the top of the Tapeats layer and from river mile 63.0 to 64.5. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for the protection of a significant cultural resource that is also composed of fragile natural materials.)*

(27) **Bass Asbestos Mine – Closed to Public / Restricted Area**: The area within 500-feet of the Bass Asbestos Mine and associated tailings, located within Hakatai Canyon, is closed to public entry without a written permit from the superintendent. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for the protection of a significant cultural resource and public health due to the high levels of asbestos fiber, and for employee safety.)*

(28) **Furnace Flats – Closed to Public / Restricted Area**: The cultural resource area known as Furnace Flats, from river mile 71.5 to river mile 72.2, is closed to public presence, use, and access without a written permit from the superintendent. This closure extends from the existing water edge, north at river mile 71 to the 2,800-foot contour, SQ to the river mile 72 drainage, then east to river mile 72 and NE along the shore to river mile 71. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for the protection of a significant cultural resource.)*

(29) **Glass Beverage Containers Around Phantom Ranch – Prohibited**: The Phantom Ranch Area (from Clear Creek trail junction with the North Kaibab trail, to Boat Beach including the Bright Angel Campground, the North Kaibab trail to the Black Bridge and the River trail to the Silver Bridge and all areas in between) is closed to glass beverage containers. 36 CFR § 1.5 (a)(2) The possession of glass beverage containers is prohibited except:

**(a)** Within domiciles.

**(b)** Within Concession operated food and beverage service areas.

**(c)** Stored within containers on boats.

*(The restriction on glass beverage containers is based on safety and environmental concerns. Glass beverage containers along Bright Angel Creek create a safety issue if glass is broken. Glass is heavy and backpackers are less willing to carry out empty containers, often leaving them behind as trash. Based on these concerns, the National Park Service has closed the above area to glass beverage containers.)*

(30) **Cave of the Domes – Closed to Public / Restricted Area**: Cave of The Domes is closed to public presence, use, and access except with prior written permission from the park's superintendent. 36 CFR § 1.5 (a)(2).

*(This ban is necessary to protect bats residing within the cave by firstly, stopping human disturbance of roosting and hibernating bats that reside within the cave, and secondly, stopping human transmission of Pseudogymnoascus destructans, the causative fungal agent of White Nose Syndrome, to bats within the cave.)*

(31) **Roaring Springs Pumphouse – Closed to Public / Restricted Area**: The Roaring Springs Pumphouse, attached helistop, and the surrounding water source infrastructure are closed to public entry. The public must stay 100 feet from all water infrastructure at the Roaring Spring Pumphouse. 36 CFR § 1.5(a)(2).

*(This restriction is necessary to protect critical park infrastructure and to protect the public from hazards.)*

### North Rim District:

(32) **Little Park – Closed to Public**: All areas within the open meadow known as Lower Little Park Meadow and the roadway are closed to all public entry or use. The perimeter of the closure is defined by irregularly spaced signs. 36 CFR § 1.5 (a)(2)

*(This area and the capture facility within it present a hazard to the public due to the intentional presence of wildlife within and adjacent to the facility. The closure is also necessary to allow for the safe, efficient, and effective use of the facility by the government.)*

(33) **North Rim Range and Range Road – Closed to Public / Restricted Area**: Public use, access and presence on the North Rim Range Road are prohibited. 36 CFR § 1.5 (a)(2)

*(Firearms training and qualifications can occur at any time of day or night. This closure protects the public from exposure to projectiles.)*

(34) **North Rim Roads – December 1 to May 15 -- Closed to Public / Restricted Area**: All North Rim roads are closed to motor vehicles and bicycles from December 1 until May 15. Bicycles are permitted to directly cross Highway 67 or utilize dirt roads in areas where the Arizona Trail crosses or uses the dirt roads. 36 CFR § 1.5 (a)(2)

*(During the winter months, the high elevation North Rim and North Kaibab National Forest receive significant amounts of snow. It is not feasible for the National Park Service and the Arizona Department of Transportation to maintain the 50 miles of Highway 67 between Jacob Lake, AZ, and the terminus of Highway 67 at the North Rim. During the late spring, heavy equipment works to clear the roads and fallen trees. Backcountry dirt roads are impacted by heavy snow and downed trees, making them impassable. All roads are closed to motor vehicles for public safety during this period.)*

(35) **North Rim Wastewater Treatment Plant – Closed to Public / Restricted Area**: The North Rim Wastewater Treatment Plant and accompanying lagoons, located 0.5-mile northwest of the administration building and enclosed by a chain-link fence, is closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from potential hazards associated with wastewater treatment per the Arizona Department of Environmental Quality.)*

(36) **North Rim Water Tanks – Closed to Public / Restricted Area**: The North Rim Water Tanks, and enclosed by a chain link-fence, is closed to public entry. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for public safety and the safety of a public water supply.)*

(37) **Marble Flats Landfill Site – Closed to Public / Restricted Area**: The Marble Flats Landfill site, located 1.25 miles NE of the Widforss trailhead on fire road NW-1 and identified by four corner posts, is closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from a potentially hazardous site and materials per the Arizona Department of Environmental Quality.)*

(38) **Lindbergh Hill Landfill Site**: The Lindbergh Hill Landfill site, located .5-mile east of the North Rim Entrance road from the Lindbergh Hill Picnic area and identified by a road closure gate along with boundary posts, is closed to public entry. 36 CFR § 1.5 (a)(2)

*(Public access must be denied to protect the public from a potentially hazardous site and materials per the Arizona Department of Environmental Quality.)*

(39) **Tuweep Area**: No more than 30 vehicles or 85 visitors may be in the Tuweep area, including Toroweap Overlook, Tuweep Campground, Vulcan's Throne area, and local trails, at any one time. Groups traveling together in the Tuweep area, including all park areas within Toroweap Valley and on the Kanab Plateau, are limited to four vehicles and 11 people. 36 CFR § 1.5 (a)(2).

*(This restriction protects park resources and ensures the uncrowded, primitive visitor experience recommended in the Grand Canyon National Park General Management Plan.)*

(40) **Tuweep Area – Day Use**: The Tuweep Area within Grand Canyon National Park, including all park areas within Toroweap Valley and on the Kanab Plateau, is a Day Use Area. Day use hours are between official sunrise and 30 minutes after official sunset, Arizona Standard Time. Day users must arrive 1-hour prior to sunset and overnight users must arrive by sunset. 36 CFR § 1.5 (a)(2).

*(This restriction protects park resources and ensures the uncrowded, primitive visitor experience recommended in the Grand Canyon National Park General Management Plan.)*

(41) **Tuweep Area – Vehicle Entry**: Vehicle or motorcycle entry to the Tuweep Area within Grand Canyon National Park, including all park areas within Toroweap Valley and on the Kanab Plateau, requires one of the following: (1) Tuweep Area Day Use Ticket for each vehicle or motorcycle or (2) Backcountry Permit for each group or party consistent with Use Area location and dates. Operating a motor vehicle on muddy roads, or in a manner that damages the road or park resources, is prohibited. 36 CFR § 1.5(a)(2), 2.1(a)(1)(ii), and 4.10.

*(This restriction protects park resources and ensures the uncrowded, primitive, rustic, and remote visitor experience dominated by nature outlined in the Grand Canyon National Park General Management Plan. This restriction also increases visitor safety and mitigates degradation to park resources.)*

**River Corridor:**

(42) **Colorado River in Lower Granite Gorge – Downstream Only and Limited Horsepower**: No person shall operate a vessel engaged in predominantly upstream travel or having a horsepower in excess of 55 between River Mile 239.5 (Separation Canyon - marked with a mid-stream buoy) and River Mile 226 (Diamond Creek). 36 CFR § 1.5 (a)(2)

*(This section of river remains whitewater where the upstream travel would present a danger to oar powered rafts.)*

(43) **Deer Creek Drainage – No ascending or descending**: Deer Creek Drainage is located at the right-bank of the Colorado River at River mile 136.9. Climbing and/or rappelling (ascending or descending) in the creek narrows, with or without the use of ropes or other technical equipment, is prohibited. This restriction extends within the creek beginning at the southeast end of the rock ledges, known as the "Patio" to the base of Deer Creek Falls. 36 CFR § 1.5 (a)(2)

*(This restriction is necessary for the protection of a significant cultural resource.)*

**Little Colorado River:**

(44) **Boats – Prohibited from Little Colorado River**: Boats may not enter or park in the Little Colorado River channel. Boat travel is restricted to the Colorado River mainstream channel, and is independent of the mixing line between the two bodies of water. 36 CFR § 1.5 (a)(2)

*(This restriction helps protect the nurseries and critical habitat for the endangered humpback chub.)*

(45) **Swimming and Wading – Prohibited in the Southern Half of the Little Colorado River**: The southern half of the Little Colorado River (mid-stream to south shore), from the confluence to the park boundary approximately 2 miles upstream of the confluence with the Colorado River, is closed to swimming and wading from March 1st to November 30th. 36 CFR § 1.5 (a)(2)

*(This restriction helps protect the nurseries and critical habitat for the endangered humpback chub.)*

(46) **Stream Crossings – Limited to 0.2 miles upstream of the confluence**: Stream crossings are only allowed at approximately 0.2 miles upstream of the confluence with the Colorado River. 36 CFR § 1.5 (a)(2)

*(This restriction helps protect the nurseries and critical habitat for the endangered humpback chub.)*

**Roads Closed to Motorized Use**:

(47) **Closed to Motorized Use**: The following roads are closed to **motorized** modes of transportation. (Note: These closures do not apply to official/administrative use.) 36 CFR § 1.5 (a)(2)

**South Rim District Road Closures**

E-1
E-2
E-3
E-4
E-4a
E-5
E-6
E-7
E-9
E-10-b
E-11
E-12
E-12a
E-13
E-13a
E-15
Old Entrance Road
W-1 (Except that portion of the road that is between the Rowe Well Ramada and the intersection of W-1b. This portion leads to a parking lot for the Waldron Trailhead; see below).
W-1a
W-1b (Except that portion of the road from the intersection of W-1, west to the parking lot, which serves as access for the Waldron Trailhead. The length of the access road from the Rowe Well Ramada to the parking lot is approximately 2.2 miles).
W-1c
W-4
W-5
W-6
W-6a
W-6b
W-7

All power line roads

West Rim Drive to Hermits Rest (Closed to all but administrative and permitted use from March 1st - November 30th each year)

Yaki Point Access Road (closed to all except park employees, residents, official/administrative use, and for those granted handicap permit access by the park)

South Kaibab Trailhead Access Road (closed to all except park employees, residents, official/administrative use, and for those granted handicap permit access by the park)

*(The park's General Management Plan identifies the vision for the South Rim as one that will allow visitors direct access to canyon panoramas and to offer a range of visitor experiences. The number of private vehicles parking on the South Rim at any one time will be limited, allowing these areas to become pedestrian spaces where visitors can enjoy the views, use visitor services, and find secluded spots.)*

**Roads Closed to All Motorized and All Mechanized Travel:**

(48) **Closed to Mechanical Use**: The following roads are closed to ALL **motorized** and ALL mechanized travel. (Note: These closures do not apply to official/administrative use.) 36 CFR § 1.5 (a)(2)

**South Rim District Road Closures**:

Cape Solitude from E-14 Road
W9
W9a
Jicarilla Point from W1
W-9 (Except from FS-328 to W-9a

**North Rim District Road Closures**:

Kaibab Plateau

Widforss Point (NW-1C)
Tiyo Point (NW-1D)
Tiyo Point spur one (NW-1DA)
Tiyo Point spur two (NW-1DB)
Lower Little Park (NW-1E)
Crystal Creek (NW-1F)
Upper Little Park (NW-2)
Elephant Bog (NW-3)
Fawn Spring One (NW-3A)
Fawn Spring Two (NW-3B)
South Lancelot Point (NW-4A)
Tipover Springs (NW-4B)
Walla Valley (NW-5)
Bedivera Point (NW-6)
Galahad Point (NW-6A)
Thompson Canyon (NE-1)
Point Imperial (NE-1A)
Old Bright Angel Trail Access (NE-2)
Komo Point (NE-4)
Francois Mathes Point (NE-5)
Francois Mathes Point spur (NE-5A)
Walhalla Glades (NE-6)
Walhalla Glades spur (NE-6B)

Cape Final (NE-7) [converted to trail]

<u>Kanab Plateau</u> (East to West) - note: roads do not have common names

K-37   from park boundary south to jct. With K-38
K-30   from its jct. With K-26 & K-28 east to end (jct. With K-36 & K-37)
K-35   K-34   K-33
K-32   K-31   K-27
K-26   from the park boundary south to jct. With K-25
K-29   K-24   K-16
K-18   K-20   K-15
K-17   K-1    K-13
K-22   K-40   K-23
K-41   K-11   K-12
K-13   K-9    K-2
K-7    K-8    K-42
K-43   K-44   K-45

<u>Toroweap Valley</u>:

T-3 from Tuckup at Dream Rock (¼ mile east of T-1 jct.) to end
T-4 from Landfill to the Cove
T-4a
T-5
T-6 north end of Toroweap CG at site 9 to end (jct. With T-3)
T-7
T-8
T-9

<u>Sanup Plateau</u>:

S-1 from the NPS boundary to two-track north of the "Fort Garrett" Ruin and two-track south of the ruin, across Sanup Plateau to the Canyon rim.

<u>Grand Wash Cliffs</u>:

GW-1
GW-2
GW-3

*(The above listed roads fall within the Final Wilderness Recommendation, 1993 update and 2010 Update.)*

# 36 CFR § 1.6: Permits

The superintendent has determined that these use prohibitions, restrictions, regulations and permitting are necessary for public safety and protection of fisheries, water quality, wilderness values. Engaging in the following activities without first obtaining the required permit is prohibited. 36 CFR § 1.5 (a)(2), 1.6 (a)

(49) **Audio Disturbance Permits**: Permits are required to specifically authorize any operation of any of the following devices within the park: a power saw in the park's developed areas, any type of portable motor or engine or device powered by a portable motor or engine in non-developed areas, or a public address system in connection with a public gathering or special event. 36 CFR § 1.5 (a)(2), 1.6 (a), 2.12

(50) **Backcountry Overnight Use Permits**: All overnight use within the backcountry of Grand Canyon National Park requires a Backcountry Permit unless it is explicitly covered by a Colorado River Rafting Permit. Backcountry users must have the permit in their possession while in the Backcountry and follow all rules, regulations, and permit conditions including those listed on the Backcountry Permit. Backcountry Permits are valid only for the trip leader, campsites, dates, number of people, number of stock, and itinerary specified on the permit. An application for a Backcountry Permit should be submitted to the Backcountry Information Center. 36 CFR § 1.4, 1.5, 1.6, and 2.10

(a) **Crossing the River (Non River Assisted Backcountry Travel use)**: River crossings by hikers are extremely dangerous and not recommended due to the Colorado River's cold temperatures, swift currents, and large rapids. If a crossing is necessary, it is recommended that a passing river trip be hailed for assistance in crossing safely. Arrangements should be made in advance as river trips may not be able to provide assistance. River trips are permitted to transport hikers across the river even though the hikers are not on the river trip's manifest / passenger list provided the hikers are not transported downstream more than necessary to complete their crossing. Hikers must then walk along the river to their destination. Hikers actively crossing the river are required to abide by all conditions of a Noncommercial River Permit and/or a Commercial River Concessions Contract. All hikers crossing the river must be provided with and wear a U.S. Coast Guard approved personal flotation device (PFD), see GRCA Superintendent's Compendium 46 (b)(3).

(b) **River Assisted Backcountry Travel** (RABT) is defined as the transient travel on the Colorado River using a portable, personal raft (typically packrafts) for the purpose of crossing the river to access a route or trail on the other side or to travel a limited distance to gain access to a route or trail. The primary purpose of the trip is land based, typically a backcountry hike or canyoneering trip, and the travel on the Colorado River is incidental. River Assisted Backcountry Travel is allowed under the following conditions:

1) **Permit Required**: The group must have a backcountry permit with River Assisted Backcountry Travel designation regardless of duration of trip.

2) **PFDs**: A Type III or Type V PFD must be worn by every person while on the river or while lining or portaging near rough water. 36 CFR § 3.7

3) **Multiple Crossings**: Multiple crossings/launches are approved if the permitted itinerary requires them.

4) **Miles on River**: The distance travelled on the river is limited to 8 miles per backcountry permit, or approved exceptions on the Backcountry Permit. 36 CFR § 1.5

5) **Self-Carried**: Any packraft or device used on the river for River Assisted Backcountry Travel must be carried in and out by the person. 36 CFR § 1.5

6) **Restricted Areas**: The river travel does NOT occur within the following restricted areas: Lees Ferry (River Mile 0) to the Navajo Bridge (River Mile 4.5) and Boat Beach (River Mile 88) to Pipe Creek (River Mile 89.5) 36 CFR § 1.5

(c) **Pets**: Pets are prohibited below the rim. 36 CFR § 2.15

(d) **Stock Use**: Overnight private stock use in the backcountry requires a Backcountry Use Permit. Use is restricted to the trails and campsites designated for stock. 36 CFR § 1.5

*(Required to protect the resource from overuse and to help limit crowding to levels listed as acceptable within the park's Backcountry and Colorado River Management Plans.).*

(51) **Cave Entry Permits**: Because of their sensitive and sometimes dangerous nature, public presence, use and access in all caves, as defined above in the definitions section of this document, is prohibited without a valid permit authorized by the superintendent explicitly authorizing use of the cave. 36 CFR § 1.5 and 1.6

*(This restriction is necessary to protect the many unrecorded features, archaeological resources, and various life that may reside in the thousands of Grand Canyon caves.)*

(52) **Colorado River Rafting Permits**: No person shall conduct, lead, guide, or participate on a river trip within Grand Canyon National Park unless 1) that person has been authorized to do so through a current Grand Canyon National Park Noncommercial River Permit or through a Commercial River Concessions Contract and 2) that person abides by all the conditions of that permit.

   **(a) Commercial River Concessions Contracts**: Commercial River Concessions Contracts are required for all commercially guided river trips on the Colorado River through Grand Canyon. Sixteen river outfitters have been selected to utilize the entire Lees Ferry to Diamond Creek commercial river allocation and are permitted to provide a range of trip types in accordance with the National Park Service Concessions Management and Improvement Act of 1998 (16 USC 5961). No additional commercial river use is permitted. Individuals interested in participating on a commercially guided river trip should contact the park's River Permit Office for a list of authorized companies. For more information on the process for obtaining a river contract, contact the park's Commercial Services Office. 36 CFR § 1.5 (a)(2), 1.6 (a)

   **(b) Noncommercial River Permits**: Individuals interested in applying for a River Permit should contact the park's River Permits Office. The following are conditions of all Noncommercial River Permits: 36 CFR § 1.5 (a)(2), 1.6 (a)

      1. **Cost Sharing and Participatory Nature**: All noncommercial river trips must be participatory in nature. Trip preparation, costs, and conduct of the group must be shared by all members of the group. This includes logistics, food purchase, equipment assembly, transportation, vehicle shuttle, food preparation, and sanitation. 36 CFR § 5.3

      2. **Exchanges**: Persons hiking in to camp with a river trip must for each night either: 36 CFR § 2.10

         1) Be included on the river permit, or

         2) Be included on a backcountry permit for that use area.

      3. **Life Preservers**: Each participant on any part of the Colorado River between Lees Ferry (River Mile 0) and Separation Rapid (River Mile 240) MUST have a U.S. Coast Guard approved personal flotation device (PFD) Type I, III or V and properly fasten and wear that PFD while on the river or while lining or portaging near rough water. All PFDs must have a USCG approved label stating the PFD is designed for whitewater rafting, canoeing, sailing, paddling and/or kayaking and be free from any holes, rips, tears, broken buckles and/or broken zippers. 36 CFR § 3.7

4. **No Paid Participation**: Collecting a fee (monetary compensation), payable to an individual, group, or organization for conducting, leading, or guiding a noncommercial river trip is prohibited. 36 CFR § 5.3

5. **One Trip Per Year**: All individuals are prohibited from participating on more than one (1) recreational river trip (commercial or non-commercial) per year through any part of the Lees Ferry to Diamond Creek section of the Colorado River. 36 CFR § 1.5

6. **Self-Guided and Not For Profit**. Noncommercial river trips must be self-guided and may not hire guides. Noncommercial river trips may not be used by any person or organization in any way to obtain a profit. 36 CFR § 5.3

7. **Soap**: The use of soap near waterways is restricted to the mainstream of the Colorado River only. Use of biodegradable or any other type of soap or showers in side streams or within 100 yards of any side stream including its junction with the Colorado is prohibited. 36 CFR § 1.5

(c) **Crossing the River (non RABT use)**: River crossings by hikers are extremely dangerous and not recommended due to the Colorado River's cold temperatures, swift currents, and large rapids. If a crossing is necessary, it is recommended that a passing river trip be hailed for assistance in crossing safely. Arrangements should be made in advance as river trips may not be able to provide assistance. River trips are permitted to transport hikers across the river even though the hikers are not on the river trip's manifest / passenger list provided the hikers are not transported downstream more than necessary to complete their crossing. Hikers must then walk along the river to their destination. Hikers actively crossing the river are required to abide by all conditions of a Noncommercial River Permit and/or a Commercial River Concessions Contract. All hikers crossing the river must be provided with and wear a U.S. Coast Guard approved personal flotation device (PFD), see GRCA Superintendent's Compendium 46 (b)(3).

*(Required to protect the resource from overuse and to help limit crowding to levels listed as acceptable within the park's Colorado River Management Plan.)*

(53) **Commercial Backcountry Use Permits**: Commercial Use Authorizations (CUAs) are required for commercial backcountry use such as leading or conducting backcountry hikes or backpacking trips for a charge or profit. The permittee is responsible for organizing and providing reasonable and appropriate hikes for their client's abilities. CUA overnight use of the backcountry also requires completing Verifiable Client Lists and competitively applying for Backcountry Use Permits with the rest of the public. Individuals interested in applying for a CUA should contact the park's Commercial Services Office. 36 CFR § 1.5 (a)(2), 1.6 (a), 5.3

(54) **Commercial Filming Permits**: Permits are required for all commercial filming except commercial media coverage of breaking news in the absence of unacceptable impacts. Individuals interested in applying for one of these permits should contact the Superintendent's Office. 36 CFR § 1.5 (a)(2), 1.6 (a)

(55) **Commercial Passenger-Carrying Motor Vehicle Permits**: The commercial transportation of passengers by motor vehicles within the park requires a permit. 36 CFR § 7.4(a)

(56) **Special Permits**

(a) **Developed Area Rim Camping Permits**: All people staying overnight within their vehicles, camping apparatus, or outdoors within the developed areas of the South and North Rims must obtain a valid Campground Permit for Mather, Desert View, North Rim, or

Tuweep Campground for that night and camp within the designated boundaries of that campground. 36 CFR § 1.5 (a)(2), 1.6 (a)

(b) **Organized Group Hikes / Runs**: Any organized, non-commercial group of 12-30 participants, or not-for-profit group conducting rim-to-rim, rim-to-rim-to-rim, rim-to-river-to-rim, and/or extended day hiking that are operating in the inner canyon must obtain a Special Use Permit. The inner canyon is defined as the area below the Tonto Platform from the South Rim and below Manzanita Resthouse from the North Rim. Groups are only permitted one permit per group. Groups may not break into smaller groups on different permits to accommodate group size.

Groups who must obtain a permit include:

(c) **Organized non-commercial groups**: defined as any group traveling together such as scouts, a club, a church, a "meet up" group, or a common group of coworkers/business associates who have created their own itinerary. Group size is between 12-30 people.

(d) **Nonprofit groups**: defined as a group that may meet the criteria for a non-commercial group if the organization derives no taxable income from providing leisure and/or recreational services. Groups must prove 501 ©(3) status. Group size is limited to 30 people.

(e) **Fundraiser groups:** defined as any group seeking or raising financial support for a charity, institution, or other enterprise. Group size is limited to 30 people.

36 CFR § 1.5 (f), 1.6 (a)

*(Grand Canyon hosts more than 560,000 campers annually. Additionally, organized and extended inner canyon travel has increased dramatically in recent years, especially rim-to-rim and rim-to-rim-to-rim visitation. This restriction is necessary to protect park resources and maintain an appropriate visitor experience.)*

(57) **Engaging In or Soliciting Any Business**: Engaging in or soliciting any business requires a permit, contract, or other written agreement with the United States or must be pursuant to special regulations. Commercial Use Authorizations (CUAs) are required for all commercial visitor services provided by entities not based in the park. CUA permits can be issued for such things as commercial: tours, day hiking, backpacking, photography/art workshops, equipment rental, and bicycle tours. Individuals interested in applying for a CUA should contact the park's Commercial Services Office. 36 CFR

(58) **Fishing Permits**: All individuals fishing within the interior boundaries of Grand Canyon National Park must have a current, valid general fishing license or nonresident permit from the Arizona Game and Fish Department and are subject to following the most recent Arizona State fishing regulations. 36 CFR § 1.6 (a), 2.3

*(The Superintendent has determined that these use prohibitions and restrictions are necessary for public safety and resource protection and to assist in fisheries management.)*

(59) **Photography Permits**: Permits are required for still photography of vehicles, or other articles of commerce or models for the purpose of commercial advertising. Individuals interested in applying for one of these permits should contact the Superintendent's Office. 36 CFR § 1.5 (a)(2), 1.6 (a)

(60) **Public Assemblies, Meetings, or Sale or Distribution of Printed Matter Permits**: The areas listed below are designated for demonstrations and the sale or distribution of printed matter. These areas may be occupied by groups of 25 or fewer persons without a permit provided that all terms of 36 CFR 2.51 and 2.52 are met.

**(a)** Shrine of the Ages: 24 South Entrance Road, SH1 - on the parking lot island at the intersection of the Shrine's sidewalk and the parking lot

**(b)** Market Plaza Area: 5 Market Plaza Parking

- MP1 - on the left side of the entrance to the Post Office
- MP2 - On the right side of the bank's entrance
- MP3 - Market Plaza Road, near the south entrance to the Yavapai Cafeteria

**(c)** Grand Canyon Visitor Center: 8 South Entrance Road

- GCVC1 - North of Shuttle Bus Transit
- GCVC2 - Northwest of Lot 1, shelters
- GCVC3 - Northwest of Lot 1, shelters
- GCVC4 - Northwest of Lot 1, shelters

**(d)** Desert View: 901 Desert View Road
- DV1 - Northeast corner of main parking lot
- DV2 - Southeast corner of Trading Post

**(e)** North Rim: End of Highway 67, North Rim, AZ
- NR1 - At North Rim Visitor Center sign at south end of parking lot
- NR2 - Northeast corner of Visitor Center

**(f)** The Worship Site on the South Rim: Hermit Road at West Rim Interchange on the Rim Trail

Detailed maps of designated areas are available by request from the Commercial Services Office or the Superintendent's Office. For all other locations or group sizes, a permit is required and can be obtained through the Commercial Services Office.

(61) **Scattering of Human Ashes**: The scattering of human ashes from cremation is prohibited within Grand Canyon National Park and no permits will be issued for this activity. 36 CFR § 1.5(a)(2) and 36 CFR § 2.62.

*(The scattering of human ashes from cremation within Grand Canyon National Park is inconsistent with the National Historic Preservation Act (NHPA), 16 U.S.C. § 470, and the Native American Graves Protection and Repatriation Act (NAGPRA), 25 U.S.C. § 3001, and interferes with the park's efforts to comply with those statutes.)*

(62) **Shoshone Point Use Permits**: A permit is required for motor vehicle access on the Shoshone Point Road corridor (E-5) and, as is the case for all areas in the park, for any special event in the Shoshone Point Picnic Area. 36 CFR § 1.5 (a)(2) and 36 CFR § 2.50.

*(Unrestricted public vehicle use on this single lane dirt road would lead to resource degradation, and therefore this restriction is necessary for resource protection.)*

# 36 CFR Part 2: Resource Protection, Public Use & Recreation

## 36 CFR § 2.1: Preservation of Natural, Cultural & Archaeological Resources

(63) **Disturbing Nature**: Possessing, destroying, injuring, defacing, removing, digging, or disturbing from its natural state any plants, rocks, animals, mineral, cultural or archeological resources, natural features, or signs is prohibited. 36 CFR § 2.1

(64) **Driftwood for Firewood**: River users may collect driftwood from along beaches along the Colorado River from November 1st through the end of February to use as firewood. Gathering of wood from any standing or on-site fallen trees, dead or alive, is prohibited. Collecting and/or burning driftwood is prohibited outside of these dates. 36 CFR § 2.1(a)(4)

*(Driftwood is a limited resource within the river corridor. Collecting is limited to the winter months.)*

(65) **Pinon Nuts**: The gathering, by hand, of pinyon nuts for personal use or consumption is allowed. Each gatherer is allowed twenty five (25) pounds, in a shell, per day. This is approximately the volume of one large flour sack or standard size pillow case. Sale or commercial use of pinyon nuts gathered within the boundaries of the Grand Canyon National Park is strictly prohibited. Gathering of plants, rocks, or firewood is also strictly prohibited, unless authorized by permit. No limits apply within the Havasupai Traditional Use Lands (defined as the area within the Grand Canyon between the Colorado River and below the rim adjacent to the Havasupai Indian Reservation, with the western boundary at the Hualapai Indian Reservation, and the eastern boundary at Royal Arch Creek and Point Centeotl) for members of the tribe pursuant to the accommodations made for tribal members in the Grand Canyon Enlargement Act. 36 CFR § 2.1(c)(1)

The following limits to location of gathering pinyon nuts are in place: Gathering of pinyon nuts may not occur within campgrounds and housing areas except by permitted campers and residents, respectively. Pinyon gatherers must follow established park regulations for designated parking and camping activities. Within the Havasupai Use Lands (TUL) identified in the Grand Canyon Enlargement Act, no limits apply to members of the Havasupai Tribe. 36 CFR § 2.1(c)(2)(ii)

*(Based on resource knowledge, the gathering of pinyon nuts in amounts for personal consumption will not adversely affect the reproductive potential of the species. To adequately protect some specific plant species, gathering of pinyon should occur on the south side of the park road or, if on the north side, one mile from the rim.)*

(66) **Preserving Archeology**: Walking on, entering, traversing, or climbing on an archeological resource is prohibited. 36 CFR § 2.1(a)

(67) **Shortcutting**: Leaving a designated trail or walkway within Grand Canyon National Park to shortcut between two portions of the same trail or walkway or to shortcut to an adjacent trail or walkway is prohibited. 36 CFR § 2.1

*(This restriction is necessary for erosion management and to reduce trail degradation.)*

(68) **Throwing Rocks**: Throwing or rolling rocks or other items down hillsides or mountainsides, into valleys or canyons, or inside caves is prohibited. 36 CFR § 2.1

## 36 CFR § 2.2: Wildlife Protection

(69) **Artificial Lights for Viewing Wildlife -- Prohibited.** All areas of the park are closed to the viewing of wildlife with an artificial light for the purpose of viewing wildlife. Artificial light is defined as a flashlight, handheld spotlight, headlights, exterior vehicle lights or other light, which is emitted from a non-natural source. This also includes any infrared or similar light used in connection with a scope or electronic viewing device. 36 CFR § 2.2(e)

*(This restriction is necessary for the protection of wildlife.)*

(70) **Interacting with Wildlife**: Feeding, touching, teasing, or intentionally disturbing wildlife is prohibited. 36 CFR § 2.2

(71) **Transportation of Wildlife Through the Park -- Restricted**: Wildlife lawfully taken outside of the park may be transported through the park subject to the following conditions:

    **(a)** **North Rim - Prohibited**: With the exception of residents transporting legally taken wildlife to their residences on the North Rim, NO game animals will be allowed to enter the park via Highway 67 or any Forest Road. Hunters wishing to visit the North Rim must make arrangements to store their game animals outside of the park before proceeding south of the North Rim Entrance Station. Hunters transporting legally taken wildlife from the Arizona Strip / Parashant National Monument will utilize alternate road systems without entering Grand Canyon National Park.

    **(b)** **South Rim - Must Declare Intention**: Individuals or park residents wishing to transport legally taken wildlife into or through the park on Highway 64 (South Entrance Road-Desert View Drive) will declare that intention at the Desert View or South Entrance Stations. (Hunters/residents transporting wildlife will provide the Entrance Station personnel with hunter name, animal type and description, and destination, which will be logged as a record of permission for transporting legally taken wildlife in/through the park. Whenever the Park Entrance Stations are not staffed, hunters/residents transporting animals in/through the park will notify Park Dispatch (928-638-7805) of their intention prior to transport and prior to entering the park.

        ■ **Covered / Enclosed**: Animals being transported through the park will be enclosed within the vehicle, or otherwise covered in such a way as to conceal the nature of the transported item. No legally taken wildlife will be displayed or in open public view, while inside the park boundaries.

        ■ **Grandview Fire Road and Rowe Well Road**: Individuals or park residents will not transport game animals into the park, via the Grandview Fire Tower Road or Rowe Well Road, without notifying Park Dispatch (928-638-7805) of their intention prior to transport and prior to entering the park.

    *(This access will allow hunters to travel through the park with legally taken game with no increased risk to park resources and the risk of inadvertent law enforcement contacts will be reduced.)*

(72) **Traps and Nets**: Traps and nets are prohibited from Grand Canyon National Park. 36 CFR § 2.4

## 36 CFR § 2.10: Camping & Food Storage

**Camping Conditions**

(73) **Backcountry Overnight Use**: Backcountry camping shall be valid only for the trip leader, campsites, dates, number of people, and number of stock specified on the Backcountry Permit. Trip Leaders are responsible for ensuring all trip participants know and obey all the rules and restrictions established by the superintendent and listed on the backcountry permit. Deviations from the permit are allowed only when approved by authorized personnel designated by the Chief Ranger or where immediate safety considerations or other major concerns dictate the change. Cost Recovery Charges apply. Contact the Backcountry Information Center for information about designated camp and use area names and boundaries. 36 CFR § 2.10 (a)

    (a) **Affiliated Groups**: Backcountry Permits are void if on any night two affiliated groups (i.e. same club, organization, group of friends, etc.) is using the same campground or use area. More than one group from the same organization or affiliation camping in the same designated campground or Use Area per night is prohibited. 36 CFR § 1.5 and 1.6

    (b) **Restricted Areas**: The following restrictions apply within the following backcountry use areas:

(1) **Clear Creek** (AK9): The following areas within the Clear Creek Use Area or Clear Creek drainage as defined below are closed to overnight camping: in the Clear Creek drainage, areas below the first major side canyon north of the river that enters from the east, popularly known as "Wotans Alley". This closure also includes the area just to the west of the confluence of Clear Creek and the Colorado River.

(2) **Deer Creek** (AX7): The following areas within proximity to Deer Creek are closed to camping: the Deer Creek drainage from its confluence with the Colorado River, including ¼ mile upstream and ¼ mile downstream of the confluence and to the upper end of "narrows" including the area popularly known as "the patio", a distance of approximately ¼ mile. The Deer Creek Area allows for camping in designated sites only. All other areas within the Use Area are closed to camping.

(3) **Elves Chasm** (BR9): The following area within the Garnet Use Area is closed to camping: the Royal Arch Drainage or what is popularly known as Elves Chasm from its mouth at the Colorado River to the Arch at the 3000' contour. This includes the area within ¼ mile upstream & downstream of the confluence with the river. The closure affects approximately one mile of the drainage. The mouth of Royal Arch Creek is located on the Colorado River at river mile 116.5.

(4) **Palisades** (BA9): All camping is prohibited within ½ mile of the confluence of the Little Colorado River with the Colorado River in all directions and including the island at the confluence. The Little Colorado River is located at River Mile 61.5.

(5) **Havasu Creek** (BT9): The following area within the Olo Use Area is closed to camping: Havasu Creek drainage from the park boundary at Beaver Falls down to the Colorado River from 100 yards upriver of Havasu Creek confluence to ½ mile downriver of Havasu Creek (River Mile 157.3). The Park Service boundary with Havasupai Tribal Land is at the Havasu Creek / Beaver Creek confluence. People planning on hiking upstream (south) of this point are expected to pay access fees to the Havasupai Tribe.

(6) **Ken Patrick Use Area** (NC9): Camping is prohibited west of the Ken Patrick & Uncle Jim Loop Trail junction, including the Uncle Jim Loop Trail.

(7) **Lee's Ferry to the Navajo Bridge**: The area within Grand Canyon National Park jurisdiction along both sides of the Colorado River, from Lee's Ferry Boat Ramp (RM0) to Navajo Bridge (RM 4.5), is closed to overnight backpacking and camping.

(8) **Matkatamiba** (BT9): Camping is prohibited in Matkatamiba Canyon anywhere below the Redwall formation.

(9) **Pasture Wash Use Area** (SE0): Camping is prohibited within 500' of the historic Pasture Wash Ranger Station and outbuildings.

(10) **Phantom Creek** (AP9): The following area within Phantom Creek is closed to camping: from Bright Angel Creek at its confluence with Phantom Creek and the 3600' (foot) contour line as shown on the 7.5 minute Bright Angel Point Quadrant. The closure affects approximately 2 miles of the creek. The mouth of Phantom Creek is approximately 1.5 miles north of Phantom Ranger Station.

(11) **Robbers Roost Use Area** (ND9): Camping is prohibited within the area depicted on maps as "The Basin" and defined as the meadow areas and 100' beyond the tree line.

(12) **Saddle Canyon** (AD9): The following area within the Saddle Canyon Use Area is closed to camping: from above the historical high water mark of the Colorado River

to the top of Redwall Formation. The closure affects approximately 2 miles of the drainage. The mouth of Saddle Canyon is located on the Colorado River at river mile 47.

(13) **Thunder River** (AW7): The following area within the vicinity of Tapeats Creek Designated Camp is closed to overnight camping: Thunder River drainage from the edge of Surprise Valley at the 3800' contour to its confluence with Tapeats Creek. The closure affects approximately one mile of the drainage.

(14) **Toroweap Valley** (NM9): Camping is prohibited within the Toroweap Valley (described as beginning at the Lava Fall Trailhead, west along the Canyon Rim to the park boundary, north to the 5,000-foot elevation contour, and then east and north along the 5,000-foot contour to the park boundary.

(c) **Soap**: The use of soap or showers in streams or within 100 yards of any stream other than the Colorado River is prohibited. 36 CFR § 2.10

(d) **Food Storage**: When not being prepared or consumed, all food and food scented items within the backcountry must be secured in containers that prevent access by wildlife. Food storage boxes are provided for this purpose at Corridor Campgrounds (Bright Angel, Havasupai Gardens, and Cottonwood). For all other backcountry areas hikers must bring and use their own secure containers (e.g. Ratsacks, Ursacks, or similar).

Food scented items include food and snacks, food tainted garbage, food packaging, grocery bags, toothpaste, and other toiletries, creams, and ointments. 36 CFR § 2.10 (d)

*(Once habituated to human food, wildlife quickly learn to raid camps and tear through backpacks and tents. This food storage requirement is necessary both to protect wildlife from the negative effects of human food and to protect hiker food and gear from wildlife.)*

(e) **Excessive Noise**: In the corridor campgrounds (Bright Angel, Havasupai Gardens, Cottonwood), it is prohibited to create or sustain unreasonable noise between the hours of 8:00 p.m. and 6:00 a.m., considering the nature and purpose of the actor's conduct, impact on park users, location, and other factors which would govern the conduct of a reasonably prudent person under the circumstances. 36 CFR § 2.10 (b)(4)

*(In the corridor campgrounds, campsites are usually situated within 10 ft. of each other with no sound barriers. Many campers, tired from their day of hiking go to sleep early, often around dark. Depending on the season, darkness falls between 5:00 p.m. and 8:00 p.m. During summer months many campers go to sleep early and start hiking early in order to avoid hiking during the hottest part of the day. This "Hike Smart" strategy is routinely advised by Park Rangers.)*

(f) **Where to Camp**:

(1) **At Large Areas**: In "at large" use areas hikers can camp in any open area within the permitted use area provided they are abiding by regulations and not damaging vegetation or moving rocks. Hikers in at-large areas must, where possible, leave room for wildlife and protect water quality by camping at least 100 feet away from natural water sources other than the Colorado River.

(2) **Designated Sites**: In "designated sites" all camping activity, with the exception of sanitation, is limited to the impacted soils within a specific radius from the fiberglass or wooden post identifying the campsite. For designated sites below the rim this specific radius is 10' for groups of 1 to 6 people and 20' for groups of 7 to 11 people. For designated sites on the South or North Rim this specific radius is 15'.

*(These public use limits are imposed for the protection of park resources and to ensure that a variety of backcountry experiences are available. This maintains the ecological integrity and cultural significance of a fragile desert ecosystem that experiences heavy visitation.)*

(74) **Developed Area Camping:**

    (a) **Campgrounds:** All campers staying within the developed areas of the South Rim, Desert View, and North Rim must obtain a valid permit, pay associated fees, and camp within the designated areas of the Mather, Desert View, or North Rim Campground. Fees are required for all sites. 36 CFR § 2.10 (a)

    (b) **The following is prohibited:** Occupying any one of the three developed campgrounds within the park (Mather Campground, Desert View Campground, and North Rim Campground) for more than 14 consecutive days.

    (c) **The following in prohibited:** Occupying any combination of the three developed campgrounds within the park (Mather Campground, Desert View Campground, and North Rim Campground) for a cumulative total of more than 30 days in a calendar year.

*(Grand Canyon National Park hosts more than 245,000 developed area campers annually. This restriction is necessary to protect park resources and to prevent domination of a campground by a single person or group for extended periods of time and thereby provide greater access for a greater number of people to the limited number of campsites in the park.)*

    (d) **Food Storage**: When not being prepared or consumed, all food and food scented items must be secured in vehicles or containers that prevent access by wildlife. 36 CFR § 1.5 and 1.6

*(Once habituated to human food, wildlife quickly learn to raid camps and tear through tents and gear. This food storage requirement is necessary both to protect wildlife from the negative effects of human food and to protect camper food and gear from wildlife.)*

(75) **River Trip Camping**: Camping by River Trips shall be restricted to the dates, number of participants, and conditions established by the superintendent as listed on the river permit. Deviations from the permit are allowed only when approved by authorized personnel designated by the Chief Ranger or where immediate safety considerations or other major concerns dictate the change. Cost Recovery Charges apply. 36 CFR § 2.10 (a)

    (a) **Camp within 100 yards**: All camping along the river corridor must be conducted within 100 yards of the water line.

    (b) **Stay Together**: Splitting of a river trip is not allowed for safety reasons, except under the following conditions:

- Participants may separate to shuttle boats for a loop hike, which is defined as a hike that begins and ends at different locations on the river.

- Participants may separate to take passengers who are hiking out at Phantom Ranch or Pipe Creek to the trail head, when environmental conditions warrant an overriding safety need to hike at the earliest part of the day.

    (c) **Claiming a Campsite**: It is prohibited to establish possession of a river campsite until all members of the river trip are present. If other boats and members of the river trip are elsewhere on the river and not present at the campsite, participants must not block other river trips or users from accessing the campsite, use the main group areas of the campsite, or block the main boat parking area for that campsite.

    (d) **Restricted Areas**: The following restrictions apply within the corresponding river camps and are generally listed sequentially by river mile:

        (1) **Redwall Cavern**: Wood fires are never allowed at Redwall Cavern (River Mile 33). Restricted to day use only -- no camping.

(2) **Anasazi Bridge**: Anasazi Bridge is closed to all visitors (River Mile 43.3, both sides of the river).

(3) **Nankoweap Special Use Area**: The Nankoweap area (river right from River Mie 52.1 to 53.5) is restricted to four designated campsites: Little Nankoweap Camp at River Mile 52.1 (located at the upstream corner of nankoweap delta); Upper Nankoweap Camp / Bay Camp at River Mile 53.1 (located in a large cove behind a gravel bar); the Main Nankoweap Camp at River Mile 53.4; and Lower Nankoweap Camp / Point Camp at River Mile 53.5 (located downstream and around the corner from the Main Camp). Only one river trip party may camp at each camp.

(4) **Little Colorado River**: Camping is prohibited on river left at the confluence of the Little Colorado River with the Colorado River from approximately River Mile 61.5 to River Mile 62, including the island at the confluence.

(5) **Hopi Salt Mines**: No visitation is permitted (River Mile 63.5 to River Mile 65).

(6) **Furnace Flats**: No visitation is permitted (River Mile 71.5 to River Mile 72.2, river right).

(7) **Hance Mine**: Due to asbestos hazard, river right from River Mile 77.5 through Hance Mine (River Mile 78.6) is closed to all visitation.

(8) **RM77.5-RM89.8**: All camps in the entire corridor between Hance (River Mile 77.5) through 0.25 miles below Pipe / Garden Creek (River Mile 89.8) on both sides of the river from March 1 through October 31 are designated as Phantom Exchange Camps. During this time period these Phantom Exchange Camps can be used only by river trips with passenger exchanges hiking out of Phantom Ranch or Pipe Creek early the next morning. Layovers (camping more than one night) at any camp in this reach (River Mile 77,5 to River Mile 89.8) are strictly prohibited. Cremation Camp has a capacity of two groups.

(9) **Shinumo Creek**. Camping is prohibited within 100 yards upstream or downstream of the confluence of Shinumo Creek and the Colorado River (River Mile 109.2).

(10) **Bass Mine, Hakatai Canyon**: Due to asbestos hazard, visitation is not permitted in the area immediately surrounding the mine, talus slope, and camp (River Mile 111.4).

(11) **Elves Chasm**: No camping within 0.25 miles of the confluence of Royal Arch Creek with the river (River Mile 117.2) or within the chasm. Upper Elves Chasm, in the Eves Chasm drainage from ¼ mile up-creek from the Colorado River to ½ mile up-creek from the Colorado River has special restrictions. Visitors to the area may not trample or disturb monkeyflower and maidenhair fern vegetation -- these plants are habitat for endangered Kanab ambersnail.

(12) **Tapeats Creek**: Tapeats Creek (River Mile 134.3) is day use only for river trips. No river trip camping is permitted on river right from ⅛ mile upstream to ⅛ mile downstream of the Tapeats Creek confluence with the Colorado River.

(13) **Deer Creek**: No camping on the river right from 0.25 miles upstream to 0.5 miles downstream of the Deer Creek confluence (River Mile 136.9). Climbing an/or rappelling (ascending or descending) in the creek narrows, with or without the use of ropes or other technical equipment, is prohibited. This restriction extends within the creek beginning at the southeast end of the rock ledges, known as the Patio, to the base of Deer Creek Falls.

(14) **Kanab Creek**: Day use only; No river trip camping from ¼ mile upstream to ¼ mile downstream of Kanab Creek confluence with the Colorado River (River Mile 144 on river right).

(15) **Matkatamiba Canyon**: The mouth of Matkatamiba Canyon and the Canyon itself are day-use areas only (River Mile 148.4). Camping is prohibited.

(16) **Havasu Creek**: Camping is not allowed on river left from 100 yards upriver of Havasu Creek confluence to ½ mile downriver of Havasu Creek (River Mile 157.3). The Park Service boundary with Havasupai Tribal Land is at the Havasu Creek / Beaver Creek confluence. People planning on hiking upstream (south) of this point are expected to pay access fees to the Havasupai Tribe.

(17) **RM 165 - RM 274**: The river left (south) side of the canyon above the historical high water (Flood) line is Hualapai Tribal Land. Any use of Hualapai Tribal land for camping or hiking must be explicitly approved in advance by the Hualapai Tribe in Peach Springs, Arizona.

(18) **RM185-RM187.5**: Camps may be utilized only by trips with exchanges at Whitmore Wash.

(19) **RM 266.8**: Entry into Bat Cave is prohibited.

(20) **Columbine Falls**: Camping is prohibited within 300 yards of the Cave Canyon / Columbine Falls confluence with the Colorado River (River Mile 274.3)

(21) **RM 274.5**: Entry into Rampart Cave is prohibited.

*(Grand Canyon National Park hosts more than 600,000 backcountry and rim campers annually. This restriction is necessary to protect park resources and maintain an appropriate visitor experience.)*

## 36 CFR § 2.13: Fires

(76) **Where Fires are Allowed**: Fires are permitted under the following conditions: 36 CFR § 2.13

**(a) Picnic Areas**: Wood, charcoal, and gas fires are permitted only within an elevated charcoal grill.

**(b) Rim Campgrounds**: Wood and charcoal fires may only be ignited within an established fire ring or an established elevated charcoal grill within the developed campgrounds on the rim. Gas fires are permitted.

**(c) River Camps**: Wood and charcoal fires are permitted along the Colorado River under conditions established within a valid River Permit.

**(d) Residential Areas**:

(a) Wood, charcoal, or gas fires for esthetics, warming, or food preparation may be lighted and maintained by park residents and visiting students at the Albright Training Center.

(b) Fires must be contained within a fire receptacle (such as a fire pan, chiminea, metal portable fire pit, or the like) located within the curtilage (area immediately adjacent) of their residence.

(c) Fires will be constantly monitored while burning and will be completely extinguished after use.

(d) Following each fire use, park residents will dispose of all ash and cold fire residue in an appropriate receptacle.

(e) It is prohibited to light or maintain a fire on the grounds of formal communal living areas, i.e. dormitories, resident halls, and motel units used for employee residences.

The use of barbecue grills for food preparation at these locations is allowed upon approval of the operating concessionaire.

(77) **Where Fires are Prohibited**: Fires are prohibited in all other areas including:

    **(a) Backcountry**: Wood and charcoal fires of any type are prohibited in all other areas of the backcountry and are prohibited as a condition of all backcountry permits. Sterno or fossil fuel backpack stoves are permitted. 36 CFR § 2.13

*(It is the intent of the superintendent to allow the residents of the park communities and visitors the opportunities to engage in family and social activities compatible with park goals and objectives. This regulation provides for the limited, controlled and minimal use of fire for warmth and esthetic values. Less restrictive management options could potentially lead to resource degradation or damage to park property or structures.)*

## 36 CFR § 2.14: Sanitation and Refuse

Conditions for the disposal, containerization, or carry out of trash and human body waste have been established as follows:

(78) **Solid Waste**: All persons within the backcountry of Grand Canyon National park must carry out their trash. Burning, burying, or leaving trash including toilet paper is prohibited. Toilet paper may be left in toilet facilities. 36 CFR § 2.14

(79) **Human Waste**: All persons within Grand Canyon National Park must properly dispose of human waste by making use of toilet facilities where available. In backcountry areas lacking toilet facilities, human waste can either be packed out using approved, commercially available bag systems*, or must be buried in a small hole dug in soil at least 6 inches deep and at least 200 feet away from any trail, campsite, and water source.

    ● At this time the EPA approved products we are aware of are the Restop® and Wagbag® systems. Both may be legally introduced into the municipal waste stream and can be placed in trash cans and dumpsters.

*(These requirements provide viable options for the appropriate disposal of human waste in the backcountry.)*

## 36 CFR § 2.15: Pets

(80) **Where Pets are Prohibited**: Pets are prohibited in the following areas:

    **(a) Below the Rim**: Pets are prohibited in all areas below the rim of the Grand Canyon, with the exception of Toroweap Road, Tuweep Campground, and Toroweap Overlook parking lot and picnic area. Pets in these areas must be restrained on a leash that does not exceed 6 feet in length, or otherwise physically confined at all times. 36 CFR § 2.15(a)(2).

    **(b) Grand Canyon Cemetery**: Pets are prohibited within the fenced perimeter of the Grand Canyon Cemetery, located in the South Rim District.

    **(c) North Rim Trails**: Pets are prohibited from all the following North Rim area trails:

      ■ Bright Angel Point Trail
      ■ Cliff Springs Trail
      ■ Ken Patrick Trail
      ■ Tiyo Point Trail
      ■ Transept Trail
      ■ Uncle Jim Trail
      ■ Widforss Trail

(81) **Pet Excrement**: Pet owners shall bag and properly dispose of pet excrement in trash containers.

(82) **Residents May Keep Pets**: Park residents may keep pets in accordance with guidelines set out in the Grand Canyon National Park Housing Plan.

   (a) **Disposition**: Pet owners are responsible for the disposition of unwanted pets or pets deemed undesirable by the park superintendent.

   (b) **Food**: No food is to be left outside on a permanent basis for the purpose of feeding a pet.

   (c) **Identification Tags**: Dogs must wear collars with current rabies tags as well as identification tags or implanted chips at all times. Cats must have identification tags or implanted chips.

   (d) **Limit of 2**: No more than two dogs or two cats, or a combination of one dog and one cat, shall be permitted in each household. In addition, the following are allowed: two caged birds, two rodents, two amphibians, two reptiles, and two rabbits. There is no restriction on aquarium fish.

   (e) **Pets Not Permitted**: Pets not permitted include:

      ■ Native wildlife

      ■ Federally or state protected rare, threatened or endangered species

      ■ Pets that cannot be permanently confined within the employee's residence and employee's immediate yard area.

      ■ Dangerous pets displaying hostile or threatening behavior which might harm humans or native wildlife.

   *(These restrictions are established as the minimum requirements because excluding pets from the park would be an undue hardship for park residents as well as many visitors. However, less restrictive measures would lead to resource degradation or damage to park property or structures.)*

## 36 CFR § 2.16: Horse & Pack Animals

(83) **Pack Animals**: Horses, mules, and burros are designated as "pack animals"

(84) **Where Allowed**: The use of stock or pack animals is permitted in the following areas:

   (a) **South Rim Primitive Roads**: Stock and pack animals are permitted on all South Rim primitive roads as well as on Bridle Paths (South Kaibab Trailhead to Mather Campground and Bright Angel Trailhead to the Xanterra Barn).

   (b) **Specific Canyon Trails**: Stock and pack animals are permitted on the following trails: Bright Angel, North Kaibab, Plateau Point, South Kaibab, the Tonto Trail between the Bright Angel and South Kaibab Trails, and Saddle Horse Loop Trail between Toroweap Road and Saddle Horse Loop Trail Overlook.

   (c) **Specific North Rim Trails**: Stock and pack animals are permitted on the following North Rim trails: Arizona, Ken Patrick, and Uncle Jim Trails as well as the Bridle Path from the North Kaibab Trailhead to the Grand Canyon Lodge. Stock and pack animals are also permitted on North Rim primitive roads.

(d) **Where Prohibited**: Stock and pack animals are prohibited on all other roads and trails including the Rim Trail from Pipe Creek Overlook to First Trailview, except with prior written permission from the Office of the Superintendent.

(85) **Stock Use Conditions**: All stock users must abide by the following conditions:

(a) **Camping**: Overnight private stock use requires a Backcountry Permit. Use is restricted to trails and campsites designated for stock. At least one member of the party must occupy the stock site overnight. 36 CFR § 2.16

(b) **Caulk Shoes**: Use of caulk shoes (sharpshod) is required whenever snow or ice is present or anticipated on park trails.

(c) **Coggins Test Requirement**: Upon request all stock users must submit valid proof of a negative Coggins Test performed on each stock animal within the last 12 months. 36 CFR § 1.5 (a)(2)

(d) **Feed**: Grazing is prohibited. Feed for stock must be packed in and certified weed free. All excess food must be packed out.

(e) **Group Size**: The maximum group size for day hikes is 12 riders or stock. Due to campsite size limitations the maximum group size for overnight backcountry camping is 6 riders plus 6 stock.

(f) **Kaibab Bridge**: Stock is restricted to using the Kaibab Bridge for crossings of the Colorado River at Phantom Ranch.

(g) **Lost or Deceased Stock**: Lost or dead stock animals within park boundaries will be reported as soon as possible to park rangers. If an animal dies within the park, it will be the owner or responsible person's responsibility to remove the carcass from the park or make arrangements for its proper disposal in a timely manner. 36 CFR § 1.5 (a)(2)

(h) **Pack Animal Maximum**: There will be a maximum of one pack animal per non-rider.

(i) **Ratio**: The maximum ratio of packstock to saddle stock is 5:1.

(j) **Streams**: Stock is not allowed in the stream above or below trail crossings.

(k) **Tree Savers**: Tree savers must be used when stock is tied to trees.

*(These limitations and conditions are necessary to protect the resource and prevent incidents involving private stock within Grand Canyon where the heat and ecosystem can quickly overtax livestock.)*

## 36 CFR § 2.17: Aircraft and Air Delivery

(86) **Aircraft and Air Delivery**: Delivery or retrieval of a person or object by parachute, helicopter, or other airborne means, or to remove a downed aircraft is prohibited at Grand Canyon unless special written permission is given by the superintendent. 36 CFR § 2.17

(87) **Permits**: Permit required pursuant to FAA regulations. Contact the FAA. 36 CFR § 2.17

## 36 CFR § 2.20: Skating, Skateboards and Similar Devices

(88) **Where Permitted**: The use of roller skates, roller blades, skateboards, and foot powered scooters is permitted on the paved residential bike trail system and established roads within the South Rim residential housing area (identified as being west of Trailer Village, south of Village Loop, east of the Backcountry Information Center, and north of the NPS Maintenance / Firebase

Complex), on the Greenway from Grand Canyon Visitor Center to the Village Library, and on the established roads within the North Rim residential housing areas.

(89) **Where Prohibited**: The use of such devices is prohibited on the Rim Trail, at visitor facilities (e.g. Grand Canyon Visitor Center, Yavapai Lodge, the Backcountry Information Center, and the North Rim Visitor Center / Grand Canyon Lodge walkways and parking lots), and Grand Canyon Unified School District facilities.

(90) **Motorized Scooters**: Motorized scooters are prohibited on all pathways.

*(It is appropriate to allow the opportunity for skating, etc. to local children recreating, or adults exercising, on the paved residential paths.)*

## 36 CFR § 2.21: Smoking

(91) **Areas Closed to Smoking:**

    (a) **Federal Buildings**: All federal buildings and structures are closed to smoking pursuant to Executive Order 13058.

    (b) **Corridor Campgrounds:** Smoking is not allowed within 100 feet of Bright Angel, Havasupai Gardens, and Cottonwood Campground. Smoking is also prohibited within 25 feet of Ranger Stations and Water Utility buildings.

## 36 CFR § 2.31: Trespassing, Tampering, and Vandalism

(92) **Defacing**: Writing on, scratching, or otherwise defacing natural features, signs, or other property is prohibited. 36 CFR § 2.31

## 36 CFR § 2.35: Alcoholic Beverages & Controlled Substances

(93) **Closed Areas**: The following areas are closed both to the consumption of alcoholic beverages as well as to the possession of a bottle, can or other receptacle containing an alcoholic beverage that is open, or that has been opened, or whose seal is broken or the contents of which have been partially removed:

    (a) The area within Grand Canyon Village bounded by Center Road to the east, Albright Street to the south and west, and Boulder Street to the north, including all school grounds and buildings, parking lots, day-care center, recreational fields and recreation center; provided, however, that this closure/restriction shall not apply to residents (and guests) of quarters (both permanent and temporary) within this area while utilizing those quarters or provided outside picnic facilities; nor shall it apply to persons serving/consuming alcoholic beverages at the recreation center, community ramada, or church, pursuant to a valid permit.

*(This restriction is intended to supplement restrictions on the possession/consumption of alcoholic beverages within school zones that are imposed under A.R.S. 13-3411. The mission of the Drug Free School Zone is to guarantee a safe environment on and around the school campus.)*

## 36 CFR § 2.61: Residing on Federal Lands

(94) **Residing in Park**: Residing in the park is restricted to government, concession or contract employees and their families and is pursuant to approval by the superintendent. 36 CFR § 1.5 (a) (2)

*(This restriction is necessary for public safety and resource protection.)*

# 36 CFR Part 3: Boating & Water Use Activities

## 36 CFR § 3.3: Vessel Permits:

See 36 CFR 7.4(b)

## 36 CFR § 3.6: Boating Operations:

See 36 CFR 7.4(b)

(95) **Evacuations, Loss, or Injury of Persons**: Any incidents resulting in evacuation from the canyon, personal injury requiring more than first aid, the death or disappearance of any participant, property damage greater than $500, or the occurrence of gastrointestinal illnesses must be reported to Grand Canyon National Park and is a condition of the River Permit. 36 CFR § 3.5

## 36 CFR § 3.12: Water Skiing:

(96) **Water Skiing -- Prohibited**: Water skiing is prohibited within Grand Canyon National Park. No special waters have been designated for use of water skis.

## 36 CFR § 3.16: Swimming and Bathing:

See 36 CFR 7.4(b)(8)

# 36 CFR Part 4: Vehicles & Traffic Safety

## 36 CFR § 4.10: Travel on Park Roads & Designated Routes

(97) **Wheeled Vehicles**: The use of motorized vehicles or wheeled vehicles, such as bicycles, e-bikes, motorcycles, baby buggies, and similar vehicles, on trails below the rim is prohibited. 36 CFR 4.10 and 4.30

*(The superintendent has determined that these restrictions are necessary to promote visitor safety.)*

## 36 CFR § 4.21: Speed Limits

(98) **Speed Limits**: Speed limits, other than 45 miles per hour and 15 miles per hour, are designated as posted on roads within Grand Canyon National Park.

*(The superintendent has determined that these restrictions are necessary to promote traffic and visitor safety, and to reduce wildlife mortalities caused by vehicular collisions.)*

## 36 CFR § 4.30: Bicycles

(99) **Open Areas to Bicycles & Class 1 and Class 3 E-Bikes**: The following are open to bicycles and Class 1 and Class 3 e-bikes:

(a) **Greenway - South Rim Residential Sections**: The South Rim residential greenway system.

(b) **Greenway - VC to Entrance**: The greenway beginning south of the Grand Canyon Visitor Center and continuing south, parallel to South Entrance Road / Highway 64, to the park boundary, south of the South Entrance. This includes the spur greenway trails into Trailer Village and Mather Campground.

   **(c)** **Greenway - VC to SK**: The greenway beginning south of Grand Canyon Visitor Center and continuing east to Pipe Creek Vista and the South Kaibab trailhead.

   **(d)** **Greenway - VC to Village**: The greenway beginning south of Grand Canyon Visitor Center and continuing south of Village Loop Road to Grand Canyon Village.

   **(e)** **Hermit Road Greenway**: The Hermit Road Greenway beginning at Monument Creek Vista and continuing to the junction with Hermit Road (approximately ¼ mile east of Hermit's Rest).

   **(f)** **North Rim Bridle Trail**: The Bridle Trail on the North Rim, between the North Kaibab Trailhead and the Grand Canyon Lodge.

   **(g)** **Roads Open to General Motor Vehicle Traffic**: All roads open to general motor vehicle traffic are also open to bicycle and Class 1, Class 2, and Class 3 e-bikes.

(100) **Closed Areas to Bicycles and all E-Bikes**: All other areas of Grand Canyon National Park remain closed to the use of bicycles and all e-bikes, including the section of greenway directly on the rim between the greenway intersection to the southeast of Mather Point and the Bright Angel Trailhead on the South Rim.

   The use of e-bikes is prohibited in all locations where the use of traditional bicycles is prohibited. Using the electric motor to move an e-bike without pedaling is prohibited except where the use of motor vehicles by the public is allowed.

(101) **E-Bikes:** The term "e-bike" means a two-or three-wheeled cycle with fully operable pedals and an electric motor of less than 750 watts (1 h.p.).

**E-bike Classification Definitions:**
**Class 1 electric bicycle:** an electric bicycle equipped with a motor that provides assistance only when the rider is pedaling, and that ceases to provide assistance when the bicycle reaches the speed of 20 miles per hour.
**Class 2 electric bicycle:** an electric bicycle equipped with a motor that may be used exclusively to propel the bicycle, and that is not capable of providing assistance when the bicycle reaches the speed of 20 miles per hour.
**Class 3 electric bicycle:** an electric bicycle equipped with a motor that provides assistance only when the rider is pedaling, and that ceases to provide assistance when the bicycle reaches the speed of 28 miles per hour.

   **(a)** A person operating an e-bike is subject to the following sections of 36 CFR part 4 that apply to the use of traditional bicycles: 4.12, 4.13, 4.20, 4.21, 4.22, 4.23, 4.30(h), and Section 4.30(i) that applies to e-bikes.

   **(b)** Except as specified in this Compendium, the use of an e-bike within Grand Canyon National Park is governed by state law (ARS-28-819). Any violation of state law adopted by this paragraph is prohibited.

*(The superintendent has designated these routes for bicycle use based on written determination that such use is consistent with the protection of the park's natural, scenic and aesthetic values, safety considerations and management objectives and will not disturb wildlife or park resources 36 CFR § 1.4 and 4.30(i))*


**End of Document**