**Exhibit 3**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

Civil Action No. 4:23-cv-00505-DKG

BLUERIBBON COALATION,

    Plaintiff,

v.

MERRICK GARLAND, in his official capacity as
Attorney General of the United States;
DEBRA A. HAALAND, in her official capacity as
Secretary of the Interior; THOMAS J. VILSACK,
in his official capacity as Secretary of Agriculture;
TRACY STONE-MANNING, in her official capacity as
Director of the Bureau of Land Management;
CHARLES F. SAMS III, in his official capacity as
Director of the National Park Service; and
RANDY MOORE, in his official capacity as
Chief of the United States Forest Service,

    Defendants.

## DECLARATION OF MARK CHANDLER

I, Mark Chandler, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-captioned matter.

**I.**    **Background**

1.    I am employed by the United States Forest Service (the "Forest Service" or "the agency") as a Realty Specialist for the Lands Special Uses Program in the Forest Service's Washington Office, Lands, Minerals, and Geology Management Staff. I have been in this position since June 2015. Prior to this position, I worked as a Program Specialist for the Department of Energy from December 2013 to May 2015, and as a Realty Specialist for the

Bureau of Land Management from December 1994 to December 2013.

2.  As a Realty Specialist for the Lands Special Uses Program in the Washington Office, I administer the Forest Service's national commercial filming program. Among other things, I manage, update, provide guidance on, and implement the agency's commercial filming program on National Forest System ("NFS") lands. As part of this effort, I serve as a primary subject matter expert regarding issuance of special use permits for commercial filming on NFS lands, including implementation of the governing statute, regulations, and agency directives and land use fees and cost recovery fees charged for commercial filming permits. I also coordinate with the National Park Service and the Bureau of Land Management on implementation of their commercial filming programs, since all three agencies are subject to the same statutory language in regulating commercial filming on the federal lands they manage.

3.  Based on my duties and responsibilities as a Realty Specialist for the Lands Special Uses Program in the Washington Office, I have knowledge of and familiarity with the Forest Service's national Lands Special Uses Program, including its national Commercial Filming Program, as well as the authorities and policies governing that program and the policy objectives it is intended to achieve.

**II.     Forest Service Directives**

4.  The Forest Service's Directive System consists of the Forest Service Manual and Forest Service Handbooks, which contain the agency's policies, practices, and procedures. The Directive System serves as the primary basis for the internal management of all Forest Service programs and is the main source of administrative guidance to Forest Service employees.

**III.    Special Use Authorizations**

5. The Forest Service has promulgated regulations governing special uses on NFS lands. *See* 36 C.F.R. Part 251, Subpart B.

6. NFS lands are defined as all lands, waters, or interests therein administered by the Forest Service. 36 C.F.R. § 251.51. All third-party uses of NFS lands, improvements, and resources, with limited exceptions not relevant here, are designated as "special uses." 36 C.F.R. § 251.50(a). Accordingly, the third-party use and occupancy of NFS lands to conduct commercial filming is a special use requiring a special use authorization.

7. A special use authorization is defined as a legal document such as a permit, term permit, lease, or easement that authorizes occupancy, use, rights, or privileges on NFS lands. 36 C.F.R. § 251.51.

8. Special use authorizations, including special use permits for commercial filming, are critical tools that the Forest Service utilizes to fulfill its mission, which includes protecting natural resources and providing safe and enriching recreational opportunities to the public.

9. The Forest Service's Lands Special Use Program has four primary objectives: (1) to authorize and manage lands special uses on NFS lands in a manner that protects natural resources and public health and safety, consistent with the applicable Forest Service land management plan; (2) to administer lands special uses based on resource management objectives and sound business management principles; (3) to develop and maintain a well-trained workforce to properly manage and administer lands special uses; and (4) to facilitate use and occupancy of NFS lands for facilities and services not provided by the Forest Service.

IV. **Forest Service's National Commercial Filming Program**

11. As a Realty Specialist for the Lands Special Uses Program in the Washington

3

Office, I am familiar with and utilize records pertaining to the commercial filming permits issued by the Forest Service. According to these records, in the last five years, the agency issued a total of 3,057 commercial filming permits: 778 in 2019, 525 in 2020, 659 in 2021, 560 in 2022, and 535 in 2023.

12. These 3,057 commercial filming permits were issued for commercial filming projects on NFS lands across the United States. The three regions that issued the most commercial filming permits in the last five years include the Pacific Southwest (765), Intermountain (584), and Rocky Mountain Regions (492).

13. In the last five years, the Forest Service collected a total of approximately $1,438,840 in land use fees for commercial filming: $322,422 in 2019, $209,021 in 2020, $337,210 in 2021, $286,511 in 2022, and $283,677 in 2023.

14. In the last five years, the Forest Service collected a total of approximately $572,001 in cost recovery fees for commercial filming: $151,959 in 2019, $87,533 in 2020, $114,739 in 2021, $115,433 in 2022, and $102,337 in 2023.

15. The Forest Service retained and spent the approximately $ 2,010,841 in land use fees and cost recovery fees collected for commercial filming in the last five years on administration of the agency's national Commercial Filming Program.

Executed on this 13th day of December 2023, in Fairfax, VA.

_____
Mark Chandler
Realty Specialist
Lands, Realty, and Geology Management
United States Forest Service